KATHY BAZOIAN PHELPS (155564)
kphelps@diamondmccarthy.com
**DIAMOND McCARTHY LLP**
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 651-2997

KENNETH DANTE MURENA, P.A.
Florida Bar No. 147486
**DAMIAN & VALORI, LLP**
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile:  (305) 371-3965
*Pro Hac Vice Application to be filed*

*Counsel for Plaintiff*
*Melanie E. Damian, as Receiver*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melanie E. Damian, solely in her capacity as Permanent Receiver in the matter of United States Commodity Futures Trading Commission v. Hunter Wise Commodities, LLC, Hunter Wise Services, LLC, Hunter Wise Credit, LLC, Hunter Wise Trading, LLC, et. al., *U.S. Dist. Court, Southern District of Florida, Case No. 12-81311-CIV-MIDDLEBROOKS/BRANNON* | CASE NO. 2:16-mc-125 |
| Plaintiff, | **COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS** |
| v. | |
| A-Mark Precious Metals, Inc., | |
| Defendant. | |

Plaintiff, Melanie E. Damian, in her capacity as the Court-appointed Receiver ("Plaintiff" or the "Receiver") for Hunter Wise Commodities, LLC ("HW Commodities"), Hunter Wise Services, LLC ("HW Services"), Hunter Wise Credit, LLC ("HW Credit"), and Hunter Wise Trading, LLC ("HW Trading") (collectively, the "HW Entities"), files this Complaint stating claims for fraudulent transfers and unjust enrichment against Defendant A-Mark Precious Metals, Inc. ("A-Mark" or "Defendant"), and in support hereof states as follows:

## THE PARTIES

### The Receiver

1.      On February 22, 2013, the United States District Court for the Southern District of Florida (the "Receivership Court") appointed Plaintiff as the Special Monitor and Corporate Manager of the HW Entities and other entity defendants in the action styled *United States Commodity Future Trading Commission v. Hunter Wise Commodities, LLC, et al*., Case No. 12-81311-CIV-Middlebrooks (the "Receivership Action"). *See* Receivership Action, ECF No. 77 (the "Appointment Order").

2.      On February 24, 2013, the Receivership Court further defined and expanded Plaintiff's powers, duties and responsibilities in its Order on Plaintiff's Motion for Preliminary Injunction (the "Preliminary Injunction"). *See id.,* ECF No. 78.

3.    On May 16, 2014, the Receivership Court entered its Order of Final Judgment, Permanent Injunction, Civil Monetary Penalty and Other Equitable Relief (the "Final Judgment"), which, among other things, granted Plaintiff "full authority to act as an Equity Receiver for the Hunter Wise entity defendants." *See id.,* ECF No. 306. As such, the Receiver had no right of action against Defendant until May 16, 2014, when by virtue of becoming full Equity Receiver she was authorized to expend and devote substantial time and resources of the Receivership Estate to investigating, formulating and pursuing fraudulent transfer recovery claims and other causes of action against third parties, such as the claims against Defendant stated herein.

4.    On June 16, 2016, the Receivership Court entered its Order Granting Unopposed Motion for Order Reappointing Receiver [Case No. 12-81311-CIV-MIDDLEBROOKS/BRANNON, ECF No. 418].

5.    On June 29, 2016, the Receiver filed a miscellaneous action in this District, pursuant to the requirements of Title 28, United States Code, Sections 754 and 1692 in this District.

**The Defendant[1]**

---

[1] For purposes of this Complaint, when reference is made to any act, deed, or transaction of any entity, the allegation means that the corporation engaged in the act, deed, or transaction by or through its officers, directors, agents, employees, or representatives while they were engaged in the management, direction, control, or transaction of the entity's business or affairs.

6.      As provided in the sworn testimony of A-Mark's Chief Financial Officer, at all times material hereto, A-Mark is a wholly-owned subsidiary of Spectrum PMI, Inc., which is itself a subsidiary of Spectrum Group International, Inc., a publicly traded company and a global trading and collectibles network.[2]

7.      A-Mark is the trading segment of Spectrum Group International, Inc., is a full-service precious metal trading company, and is an official distributor for many government mints throughout the world. A-Mark also supplies precious metals to banks, sovereign entities, industrial manufacturers, and precious metals retailers. A-Mark is North America's largest physical metals merchant, selling a variety of gold, silver, platinum and palladium products for storage and delivery in the form of coins, bars, wafers and grain, and its services include financing, leasing, consignment, hedging and various customized financial programs.

8.      A-Mark is organized and existing under the laws of the State of Delaware, is registered as a foreign corporation in California, and maintains its principal place of business in Santa Monica, California.

## JURISDICTION AND VENUE

9.      This Court has subject matter jurisdiction over this action pursuant to the principles of diversity jurisdiction under Title 28, United States Code, Section

_____

[2] In or around March 2014, Spectrum Group International, Inc. completed a spinoff of A-Mark through a distribution of the shares of A-Mark. Immediately thereafter, A-Mark's shares of common stock commenced trading on the NASDAQ Global Select Market under the symbol "AMRK."

1332(a) because the action is between citizens of different U.S. States. Indeed, Plaintiff is a citizen of Florida (and the HW Entities are citizens of Nevada) and Defendant is a citizen of Delaware. And, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

10.     Plaintiff has complied with the requirements of Title 28, United States Code, Sections 754 and 1692 in this District.

11.     This Court has personal jurisdiction over Defendant because during the relevant time period Defendant: (i) resided, transacted business, was found, and/or had agents in this District; (ii) committed a substantial part of the overt acts and omissions giving rise to these claims in this District; (iii) received funds directly or indirectly from the HW Entities, which were operating, conducting, engaging in, and carrying on a fraudulent business or business venture in, among other locations, this District; and (iv) upon information and belief, executed transactions for the HW Entities with funds obtained from retail customers residing in this District. Further, the funds that Defendant received directly or indirectly from the HW Entities were proceeds from the HW Entities' fraudulent scheme conducted in part from this District. And, both Spectrum Group International, Inc. and A-Mark hold themselves out as having a substantial presence worldwide including in this District. As stated above, A-Mark is a Delaware corporation that is registered as a foreign corporation in California and conducts business and maintains its principal place of business in this District. A-Mark is regulated by various federal and state agencies. Finally,

Defendant's conduct caused injury to persons residing in, located in, or doing business throughout the U.S., including in this District, and Plaintiff's claims arise out of such conduct of Defendant.

12. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), (c), (d) because: (i) during the relevant time period, Defendant resided, transacted business, was located, or had agents in this District; (ii) a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District; (iii) as set forth above, this Court has personal jurisdiction over Defendant; and (iv) a portion of the trades giving rise to Plaintiff's claims involved funds derived from retail customers residing in this District.

### THE RECEIVER'S STANDING TO BRING
### THE CLAIMS ASSERTED HEREIN

13. The Receiver has standing to bring the claims asserted herein pursuant to the Court's Appointment Order and Final Judgment. *See* Receivership Action, ECF Nos. 77 and 306, respectively. This Complaint is brought to accomplish the ends sought and directed by the Receivership Court in the Receivership Action, which, among other things, appointed Plaintiff as Special Monitor, Corporate Manager and Equity Receiver. Upon being appointed full equity receiver of the HW Entities in the District Court's May 16, 2014 Final Judgment, the Receiver obtained all rights of action of those entities, standing in their shoes for all purposes necessary to fulfill her duties as Receiver.

14.   The Receiver also has standing to bring this action pursuant to Title 28, United States Code, Section 754, which provides that "[a] receiver appointed in any civil action or proceeding involving property, real, personal or mixed, situated in different districts shall . . . be vested with complete jurisdiction and control of all such property with the right to take possession thereof [and] shall have capacity to sue in any district without ancillary appointment[.]" The Receiver has complied with the requirements set forth in Title 28, United States Code, Sections 754 and 1692.

15.   Further, Plaintiff, as the Receiver of the HW Entities, has legal claims as a "creditor", as defined by the California Uniform Fraudulent Transfer Act Ann. Cal. Civ. Code §§ 3439.01, *et seq*., and under California common law, and is empowered to assert such claims on behalf of the HW Entities and the Receivership Estate.

16.   The HW Entities were the instruments of Messrs. Fred Jager and Harold Edward Martin's fraud, but they were also distinct legal entities whose purpose was to use customer funds to invest in commodities, and they were harmed when Messrs. Jager and Martin diverted the funds for uses unauthorized by those customers, including without limitation the transfers of funds to Defendant. The transfers from the HW Entities to Defendant were coerced by the actions of Messrs. Jager and Martin, such that the HW Entities became creditors at the time of the transfers. Under the California Fraudulent Transfers Act and California common law, the HW Entities became creditors with a right to payment at the time Messrs. Jager and Martin used the HW Entities to perpetuate a fraud, in violation of federal law, including without

limitation the Commodity Exchange Act (detailed below), and breached their fiduciary duties to those entities by, among other things, transferring funds rightfully belonging to the HW Entities and their customers to third parties, including without limitation Defendant. Accordingly, upon the entry of the Final Judgment on May 16, 2014, Plaintiff was authorized to pursue recovery of the transfers on behalf of the HW Entities and the Receivership Estate.

## FACTUAL AND PROCEDURAL BACKGROUND

### Overview of the HW Entities' Fraudulent Scheme

17.   The HW Entities operated a precious metals trading scheme from their headquarters in Irvine, California. All fraudulent transfers that Plaintiff seeks to recover from Defendant were made from the HW Entities' accounts located in California. Further, all trading instructions given by the HW Entities to Defendant causing the losses subject of this Complaint originated from the HW Entities' headquarters in California.

18.   The HW Entities offered retail customers two types of transactions: (1) the purchase or sale of physical precious metals, and (2) off-exchange trading of gold, silver, platinum, palladium, and copper on a leveraged, margined or financed basis traded through margin accounts that the HW Entities held with Defendant. In the latter transactions, the retail customers were led to believe that they purchased physical commodities and paid only a portion of the purchase price and financed the

balance of the purchase price. These types of "financed" transactions conducted through the margin trading accounts held with Defendant constituted the vast majority of the HW Entities' business.

19.    The HW Entities used a network of retail dealers and telemarketing firms (collectively, the "dealers"), located throughout the U.S. including in this District, to solicit retail customers and execute financed transactions with the HW Entities.

20.    The HW Entities and their dealers' marketing materials and websites misrepresented that (1) retail customers could purchase physical commodities, including gold, silver, copper, platinum, and palladium, by paying as little as 20-25% of the purchase price; (2) the dealers would lend the customers the remaining portion of the purchase price and charge the customer interest on the loan; (3) the customer would receive title to the physical commodities after the financed purchase; and (4) the dealers would store the physical commodities at an independent depository on the customers' behalf and customers would be charged a "storage fee".

21.    After signing account agreements with the dealers, the retail customers would place either long (buy) or short (sell) trades to speculate on the price movement of metals. Once the customers agreed to place orders to purchase or sell metals, the dealers contacted the HW Entities to enter the trades for the customers. The dealers then collected the customer funds and sent them to the HW Entities, which would then place similar trades through margin trading accounts held in the name of HW

Commodities with Defendant.

22.   Customers were charged a commission, a price spread (a mark-up or mark-down from the current price of the metals), interest on the purported loan, storage fees, and other fees until the long or short trading position was offset. The HW Entities would transfer to Defendant a portion of the fees, charges and interest that the customers paid to the HW Entities for the transactions.

23.   The customers' equity increased or decreased as prices of metals fluctuated, while also subject to depletion on a daily basis by interest and service fees. When customers' equity fell below 15% of the value of their total trading position, the customers received margin calls, requiring the customers to deposit additional funds in order to maintain their trading positions. If the customers' equity dropped to 9%, any open trading positions were liquidated and the customers would generally lose their entire investments.

24.   The overwhelming majority of the HW Entities' retail customers who entered into financed transactions with the HW Entities or through the dealers, lost money as a result of those transactions, and those losses were compounded by the high commissions, fees and interest that the HW Entities charged. Neither the HW Entities nor their dealers disclosed those losses to customers when soliciting them to open new accounts. The retail customers who were victims of the HW Entities' scheme were located throughout the U.S. including in California.

**The Dodd-Frank Act**

25.     On July 16, 2011, Section 742 of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (the "Dodd-Frank Act") went into effect. The Dodd-Frank Act broadened the scope of the Commodity Future Trading Commission's ("CFTC") jurisdiction to include financed commodity transactions with retail customers. Specifically, this broadened jurisdiction required that such transactions be executed on an exchange and subjected these transactions to anti-fraud provisions as set forth in Sections 4(a) and 4(b) of the Commodity Exchange Act (the "CEA"), as amended by the Dodd-Frank Act (*see* 7 U.S.C. §§ 2(c)(2)(D), 6(a), 6b, 9, and 15), and the CFTC's regulations promulgated thereunder (*see* 17 C.F.R. §§ 1.1, *et seq*. (2012)). In addition, effective August 15, 2011, Section 753 of the Dodd-Frank Act amended Section 6(c) of the CEA, 7 U.S.C. §§ 9 and 15, broadening the CFTC's anti-fraud jurisdiction as set out in 17 C.F.R. § 180.1.

26.     The Dodd-Frank Act amendments to the CEA require that commodity transactions with individual consumers (like the retail customers here) on a leveraged or margined basis or financed by the offeror (like the financed transactions engaged in by the HW Entities) must be done on a regulated commodity exchange.

**The HW Entities' Violations of the Dodd-Frank Act**

27.     The HW Entities claimed to supply physical metals to, and provide financing for, financed metals transactions marketed by their dealers. The HW Entities, however, did not generally buy, sell, loan, store, or transfer physical metals

COMPLAINT

in connection with financed metals transactions.

28.    The HW Entities allowed customers to take "long" trading positions through purported purchases of metals, and "short" trading positions through what it called "commodity loans." When they received an order and the necessary customer funds from a dealer, the HW Entities made a book entry in a database reflecting the retail customer's transaction.

29.    The HW Entities would aggregate the funds they received from the dealers and deposit those funds in their bank accounts. The HW Entities then deposited a portion of those funds in margin trading accounts in the name of HW Commodities held with Defendant, with which HW Commodities had signed agreements on behalf of the HW Entities.

30.    At no time during the relevant period at issue in this Complaint did the HW Entities have a sufficient inventory of physical precious metals that it sold or loaned to customers in connection with financed metals transactions. The HW Entities did not (with few exceptions) pay in full for the purchase of commodities through its margin trading accounts. Instead, the HW Entities deposited funds with the metals suppliers or with Defendant as margin in order to trade metals futures or forward contracts on their own behalf. The HW Entities traded in their margin accounts with Defendant to manage their exposure to customer orders.

31.    The HW Commodities's trading in those margins accounts did not involve the shipment, receipt, or storage of physical metals. Defendant, with which

HW Commodities placed margin trades, did not actually deliver any physical commodities to the HW Entities, their dealers or their retail customers for any of the margin trades.

32.     In fact, neither the HW Entities nor their dealers or retail customers were granted ownership, possession or title to any metals as a result of their margin trades. Defendant never actually stored any specific metals or warehouse receipts for the HW Entities in connection with the margin trades. And, any invested equity that the HW Entities did have in trading accounts with Defendant was never assigned to specific retail customers or dealers.

33.     The HW Entities did not actually deliver any physical commodities to any of its dealers or retail customers in connection with any of the financed commodity transactions executed through Defendant. These violations of the Dodd-Frank Act constituted a breach of the fiduciary duties that the HW Entities owed their retail customers.

34.     As a result of the above-described business model of the HW Entities, instituted, operated, and overseen by Messrs. Jager and Martin through the HW Entities's accounts with Defendant and essentially premised on fraudulent misrepresentations to their customers, Messrs. Jager and Martin caused the HW Entities to operate in violation of the Dodd-Frank Act. Further, the HW Entities' equity derived from its business operations was always highly leveraged such that the amount of its liabilities always exceeded the value of its assets, and thus they were

insolvent at all relevant times.

**Defendant's Role in and Knowledge of the HW Entities' Scheme**

35.     Commencing on or around April 9, 2007, Defendant A-Mark provided off exchange precious metals trading services to Hunter Wise Financial Services, LLC and/or HW Commodities through its trading desk. *See* Trading Agreements (collectively, the "Trading Agreement"), attached hereto as **Composite Exhibit 1.** [3] By January 1, 2008, HW Commodities was fully funding the A-Mark account held in the name of Hunter Wise Financial Services, LLC.

36.     As Defendant's Chief Financial Officer Thor Gjerdrum testified during his deposition on April 11, 2013, HW Commodities entered into two types of transactions with Defendant. The first type of transaction was a margin trade, in which HW Commodities would first call Defendant to fix a price for a quantity of metal that HW Commodities sought to purchase from Defendant and Defendant would sell to HW Commodities, on margin, then HW Commodities would deposit and maintain the required equity amount in the margin account for the purchase, and Defendant would charge HW Commodities (i) interest on the unpaid portion of the

---

[3] At the inception of the relationship, Hunter Wise Financial Services, LLC entered into the Trading Agreement with Defendant dated April 9, 2007. As of January 1, 2008, HW Commodities was funding the account. Then on June 1, 2011, the Trading Agreement was amended to be between Defendant and HW Commodities, and all other terms remained the same. Therefore, on the HW Entities's books and records and in this Complaint, the margin trading account is referred to as HW Commodities's margin trading account even though the account was held in the name of Hunter Wise Financial Services, LLC for a portion of the relationship between the parties.

COMPLAINT

purchase price, and (ii) spread amounts for each trade. In such transactions, Defendant was supposed to purchase and hold the metals for HW Commodities until full payment by HW Commodities, at which time Defendant was to deliver the metals to HW Commodities. Defendant, however, did not purchase and/or title any metals in the name of Hunter Wise until after HW Commodities's paid the full purchase price for the metals. Such margin transactions made up more than 99.3% of HW Commodities's trading activity with Defendant. The second type of transaction was a physical trade, in which HW Commodities would call Defendant to make an outright purchase of physical metals, Defendant would sell to HW Commodities the metals in the form of coins or bars, and HW Commodities would pay for the metals and then instruct Defendant to deliver them to a particular location. Such physical trades did not involve interest payments (but did involve spread payments) by HW Commodities and were extremely rare, only having been executed 17 times out of the thousands of trades that occurred during the course of the relationship between HW Commodities and Defendant.

37.    To fund that margin trading account, HW Commodities placed cash margin on deposit in the account and in turn, A-Mark allowed HW Commodities to carry out buying and selling of precious metals futures or forward contracts that basically created leverage and resulted in a margin trade position in various metals including gold, silver, platinum and palladium.

38.    HW Commodities's trading of precious metals positions through A-

Mark was carried out as follows: First, HW Commodities called A-Mark with a request to purchase or sell precious metals positions. Upon receipt of the call, A-Mark determined whether the HW Commodities had sufficient margin in its account to execute the transaction. A-Mark set the limits for the acceptable level of risk in HW Commodities's account requiring that HW Commodities maintain a fifteen percent (15%) equity value in the margin account. Then A-Mark presented HW Commodities with a buy or sell price for the precious metals and, if HW Commodities agreed to that price, A-Mark executed the trade and then considered all trades carried out in the HW Commodities's margin trading account in re-assessing the risk level of the account.

39.     Despite the fact that the HW Entities's customers transferred their funds to the HW Entities upon the belief that they were purchasing physical metals that the HW Entities would deliver to depositories and stored in the names of the customers, no physical metals were ever purchased, delivered or stored in connection with the margin trades executed by Defendant. Consequently, in exchange for the interest on the margin account and the spread and other fees that A-Mark charged to HW Commodities, A-Mark assisted the HW Entities to violate the Dodd-Frank Act and perpetuate the fraudulent scheme on thousands of retail customers.

40.     Defendant allowed HW Commodities to open a margin trading account when no other trading house would do so and provided HW Commodities with a credit limit of $5,000,000, which Defendant increased to $10,000,000, despite HW

COMPLAINT

Commodities's lack of credit and/or trading history. With knowledge that the HW Commodities was using the margin account to engage in off-exchange commodities transactions using customer funds (rather than merely its own funds), Defendant permitted and encouraged HW Commodities to actively trade in that account at or below its equity limits, which, among other things, enabled the HW Entities to be operated as a scheme to defraud its retail customers. Indeed, Defendant advised HW Commodities as to how to deposit customer funds to increase trading activity and avoid margin calls while trading on the very edge of HW Commodities's margin limits, thereby increasing the risk for HW Commodities and its customers, all with the intent of making more revenue from HW Commodities's increased trading activity without regard for the eventual losses of HW Commodities's or its customer's funds.

41.     In fact, Defendant continued to effect HW Commodities's trades for which Defendant earned substantial interest and spread revenue for at least one year after they learned of the CFTC's investigation into HW Commodities. As of March 2011, Defendant was aware of and asked for information concerning a CFTC inquiry into the HW Entities's trading business. And, in June 2011, Defendant initiated discussions with HW Commodities's attorney regarding Dodd-Frank compliance.

42.     Therefore, Defendant was on notice before the Dodd-Frank Act became effective in July 2011that HW Commodities's business model may not have been consistent with the Act's requirements. Nevertheless, Defendant continued to

facilitate HW Commodities's trading and to earn interest and spread revenues from such trading for approximately eight months after the Act became law.

43.    Without the margin trading account and assistance of Defendant, HW Commodities would not have been able to engage in the reckless off-exchange trading of metals positions using retail customer funds, at least from the inception of HW Commodities when no other trading house would provide a margin account or extend credit until it found another trading house to do so years later. The HW Entities's trading scheme, which the Receivership Court in May 2014 determined was fraudulent and in violation of the Dodd-Frank Act, caused trading losses to the HW Entities totaling $32,601,348.85 since their inception and $31,470,357.42 since the effective date of the Dodd-Frank Act, losses to the defrauded retail customers totaling $52,643,399.19 since the effective date of the Dodd-Frank Act, and the HW Entities' restitution obligation of $52,643,399.19 and civil monetary penalty of $55,445,892.39, pursuant to the Final Judgment.

**Fraudulent Transfers to Defendant**

44.    Defendant received spread revenue in connection with the trades that the HW Entities executed through Defendant. Defendant also charged variable interest rate ranging from 4.25% to 6.25% per annum on the open balance in the margin trading account held with Defendant. The spread revenue that Defendant received from HW Commodities was based on Defendant's selling the metal positions to HW Commodities at a higher price than it purchased the metal positions in the

marketplace, or Defendant's purchasing the metal positions from HW Commodities at a lower price than it could sell those positions in the marketplace.

45.     For the period from January 1, 2008 (the date on which HW Commodities began funding the account at A-Mark) until March 2012 (the last month HW Commodities traded through that account), A-Mark charged and HW Commodities paid more than $100,000.00 in spread amounts (the "Spread Transfers") on the metal trades executed in the margin account.

46.     Further, for the period from January 1, 2008 (the date on which HW Commodities began funding the account at A-Mark) until March 2012 (the last month HW Commodities traded through that account), A-Mark charged and HW Commodities paid to A-Mark $1,457,086.36 in interest on HW Commodities's margin account (the "Interest Transfers" and together with the Spread Transfers, the "Transfers"). *See* Summary of Interest Transfers to Defendant, attached hereto as **Exhibit 2**. The Interest Transfers are itemized in the A-Mark Margin Statements and Invoices, attached hereto as **Composite Exhibit 3**.

47.     Defendant did not provide reasonably equivalent value in exchange for the Transfers from the fraudulent and insolvent HW Entities. As discussed in paragraphs 36-39 *supra*, Defendant did not purchase physical metals for, deliver physical metals to, or hold physical metals titled in the name of, HW Commodities (or its end customers) for the margin transactions between HW Commodities and Defendant, despite Defendant's charging HW Commodities interest and spread

COMPLAINT

amounts on such transactions. And, virtually all of their transactions were margin transactions. Rather, Defendant only purchased metals for, and delivered metals to, HW Commodities for the few physical trades Defendant executed for HW Commodities, for which HW Commodities paid spread amounts but not interest. Thus, despite charging HW Commodities interest and spread amounts on each of the margin transactions, Defendant did not provide any value in exchange for such charges, in the form of physical metals purchased and titled in the name of, or delivered to, HW Commodities or its end customers, or in any other form. Indeed, any such value could only have been provided by Defendant to HW Commodities *after* HW Commodities had paid the remaining balance due on a particular financed purchase of metals. Therefore, Defendant did not provide reasonably equivalent value in exchange for the Interest Transfers or the Spread Transfers it received from HW Commodities on those margin transactions.

48.     Defendant did not accept the Transfers in good faith because it knew or should have known that the HW Entities were operating a fraudulent scheme since (i) Defendant conducted its initial due diligence of the HW Entities upon the inception of Defendant's relationship with HW Financial Services, LLC in or about April 2007, (ii) the date Defendant began executing trades in HW Commodities's margin account and charging and receiving Interest Transfers and Spread Transfers in 2008, (iii) the date the Dodd-Frank Action (providing for a July 16, 2011 effective date) was enacted on July 21, 2010, and/or (iv) the date Defendant first learned of the CFTC's

investigation of the HW Entities in early 2011, at the latest. Further, Defendant knew or should have known that HW Commodities's margin trades, after July 16, 2011, violated the Dodd-Frank Act and therefore did not receive the Transfers in good faith.

49.    Indeed, in the event Defendant did not, in fact, know of HW Entities's fraudulent operations and business model, Defendant would have learned of such misconduct had it complied with its own client acceptance procedures, including know-your-customer and anti-money laundering processes, prior to allowing HW Commodities to open and trade in the margin account, as Defendant's CFO described at his April 11, 2013 deposition. Similarly, had Defendant investigated the HW Entities's operations and business model when, as detailed *supra* in paragraphs 40-43, it doubled HW Commodities's margin trading account credit limit in or about October 2009, it would have learned that such operations and business model were fraudulent. Further, had Defendant investigated the HW Entities's operations and business model when the Dodd-Frank Act was enacted on July 21, 2010, it would have discovered that the HW Entities's operations, business model and transactions would violate that Act after its July 16, 2011 effective date, and in fact were fraudulent. Finally, at the very latest, Defendant should have known of the fraudulent nature of the HW Entities and their operations, business model and transactions would violate the Dodd-Frank Act when it learned of the CFTC investigation of the HW Entities in early 2011.

50.    Notwithstanding the foregoing opportunities to discover the HW

Entities's fraud and violations of the Dodd-Frank act, Defendant failed to close HW Commodities's margin account or halt its margin trades and continued to receive the Transfers for (i) nearly five years after the margin account was opened, (ii) approximately three years after HW Commodities began actively trading in the margin account, (iii) nearly two years after the Dodd-Frank Act was enacted, and (iv) at least one year after it learned of the CFTC's investigation of the HW Entities. And, Defendant did so with the intention of making more spread and interest income from HW Commodities's increased trading activity and increased amount of credit extended by Defendant, when it knew or should have known that those funds were coming from HW Commodities's customers and HW Commodities's trading in the margin account and payment of the Transfers to Defendant was preventing those customers from receiving the funds that were improperly taken from them. As such, by charging and receiving the Transfers from HW Commodities, Defendant, rather than acting in good faith, actually participated in, facilitated and benefited from Messrs. Martin and Jager's dissipation of assets of the HW Entities.

51.    As a result, the HW Entities incurred tens of millions of dollars in trading losses in HW Commodities's margin trading account held with Defendant, causing significant damage to the HW Entities and their retail customers.

**The CFTC Enforcement Action**

52.    On December 5, 2012, the CFTC filed a complaint against the HW Entities, related entities including dealers of the HW Entities, and their respective

principals, for injunctive and other equitable relief and penalties under the CEA and the Dodd-Frank Act, alleging, among other things, that the HW Entities offered and executed transactions for the purchase and sale of precious metals in violation of those Acts. *See* Receivership Action, ECF No. 1.

53.     That same day, the CFTC also filed a Motion for Preliminary Injunction, seeking (i) to enjoin the HW Entities, related entities including dealers of the HW Entities, and their respective principals, from continuing their operations and further violations of the CEA and the Dodd-Frank Act, and (ii) the appointment of a receiver. *See id.*, ECF No. 4.

54.     On February 22, 2013, following a hearing on the CFTC's Motion for Preliminary Injunction, the Receivership Court entered the Appointment Order.

55.     On February 25, 2013, the Receivership Court entered the Injunction Order.

56.     Subsequently, defendants Harold Edward Martin, Jr. and Fred Jager, the principals of the HW Entities, appealed the Receivership Court's Injunction Order.

57.     On February 19, 2014, the Receivership Court entered its Order on the Parties' Motions for Summary Judgment, granting the CFTC's Motion for Summary Judgment on Count One of its complaint, determining that the HW Entities, Mr. Martin, Mr. Jager, and certain other defendants violated certain sections of the CEA and the Dodd-Frank Act, and on Count Twelve, determining that the HW Entities failed to register as Futures Commission Merchants in violation of those Acts, and

denying the defendants' Counter Motion for Summary Judgment on all Counts of the CFTC's complaint. *See id.*, ECF No. 281.

58.    On April 15, 2014, the United States Court of Appeals for the Eleventh Circuit entered its opinion affirming the Receivership Court's Injunction Order. *See* 749 F.3d 967 (11th Cir. 2014).

59.    On May 16, 2014, after a trial on the remaining Counts of the CFTC complaint, the Receivership Court entered an Opinion and Order in which the Court, among other things, found that the HW Entities "misrepresented facts about the precious metals transactions it oversaw… [and] directly and indirectly led the retail customers to believe metals were stored on their behalf." *See* Receivership Action, ECF No. 303 at p. 31 (as amended on May 22, 2014 at ECF No. 308). The Court further found that [the HW Entities] failed to inform [retail customers] that the metals it purchased were on a financed basis, it did not own the metals, and the metals, if there were any at all, were not in the retail customers' names." *Id*. Accordingly, the Receivership Court held that the CFTC established by a preponderance of evidence that the HW Entities committed fraud and aided and abetted the other entity defendants, including dealers, in defrauding the retail customers, in violation of the CEA, the Dodd-Frank Act, and the CFTC's regulations promulgated thereunder. *See id.*, ECF Nos. 303 and 308.

60.    The Final Judgment ordered the HW Entities and their principals Mr. Martin and Mr. Jager, jointly and severally, to pay restitution in the amount of

$52,643,399.19 and a civil monetary penalty in the amount of $55,445,892.39 (which represents triple their monetary gain as a result of their wrongdoing). *See id.,* ECF No. 306 at pp. 4 and 7.

61.     At least two of the three members/managers and all of the officers who controlled and operated the HW Entities (*i.e.*, Messrs. Martin and Jager) actively contested the CFTC's allegations that the enterprise was fraudulent (and therefore that any transfers from the HW Entities were fraudulent transfers) from the commencement of the CFTC's investigation of the HW Entities through the entry of the Final Judgment in May 16, 2014 (and to this day), and therefore the HW Entities did not and could not learn that the Transfers were fraudulent until the Final Judgment was entered and until Plaintiff was appointed as full equity receiver and given authority to investigate and pursue recovery of those fraudulent Transfers. The only other member/manager of the HW Entities was David Manners, who was a resident of the United Kingdom who never had any control over, and never participated in the management or operations of, the HW Entities. And Messrs. Jager and Martin did not keep Mr. Manners apprised of, or seek his input regarding, the management and day-to-day operations of the HW Entities. Mr. Manners only managed a short-lived subsidiary of HW Commodities based in the United Kingdom, for which he received consulting fees. That subsidiary was not involved in, and had no effect on, the management or operations of the HW Entities and was shut down long before the CFTC commenced the enforcement action against the HW Entities and Messrs.

Martin and Jager. Given Messrs. Martin and Jager's complete domination of every aspect of the management and operations of the HW Entities which prevented the HW Entities, Mr. Manners and any other persons having any position of authority at the HW Entities, and given Mr. Manners's remote location and relationship to, and his lack of control over and involvement with, the HW Entities (except to receive minimal member distributions), Mr. Manners had no means by which to, and did not, stop, prevent or discover the fraud committed by Messrs. Jager or Martin, the fraudulent scheme for which the HW Entities were used, or the HW Entities' fraudulent transfers, including without limitation the Transfers to Defendant.

62.   No party appealed the Receivership Court's Opinion and Order or Final Judgment.

### The Insolvency of the HW Entities

63.   As a result of the fraudulent scheme that Messrs. Martin and Jager operated through the HW Entities and the substantial trading losses incurred in the margin accounts held with Defendant caused by that scheme, the HW Entities were undercapitalized and their liabilities far exceeded the value of their assets. Furthermore, as a result of that fraudulent scheme, the HW Entities did not have sufficient assets to pay their debts to customers and creditors as those debts became due, and this deficit only worsened as a result of the significant trading losses and devaluation of all precious metals. Therefore, during all relevant times including the time period during which all of the Transfers were made, the HW Entities were

COMPLAINT

insolvent.

64. Plaintiff seeks to recover all Transfers made during the 7-year limitations period established in the California Uniform Fraudulent Transfer Act (Ann. Cal. Civ. Code, § 3439.09), as applied in conjunction with the 3-year limitations period established in California common law (Cal. Code Civ. Proc. § 338(d)), which 3-year period did not begin to run until the entry of the Judgment on May 16, 2014, when the Court determined, and the HW Entities learned for the first time, that the enterprise Messrs. Martin and Jager were operating through the HW Entities was a fraud, and thus that any transfers from the HW Entities to third parties could be determined to be fraudulent transfers. Indeed, until the Judgment was entered on May 16, 2014, neither the HW Entities nor the Receiver had a right of action against Defendant or any other recipient of transfers from the HW Entities while it was being operated as a fraud.

## CLAIMS FOR RELIEF

## COUNT I

**(Fraudulent Transfer under Ann. Cal. Civ. Code, § 3439.04(a)(1)**

**and California Common Law Fraudulent Conveyance)**

65. Plaintiff repeats, re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 64 of this Complaint as if fully set forth herein.

66. This is a claim to avoid and recover fraudulent transfers pursuant to Ann. Cal. Civ. Code, § 3439.04(a)(1) and pursuant to California common law on fraudulent

conveyance.

67.     As detailed above, HW Commodities made the Transfers (in excess of $1.5 million) to Defendant.

68.     Defendant received the Transfers from HW Commodities without providing reasonably equivalent value in exchange for the Transfers.

69.     At the time that HW Commodities made the Transfers, it was operating as a fraudulent scheme, was insolvent, and was engaged in a business or transaction for which its remaining assets were unreasonably small in relation to the business or transaction.

70.     Further, when HW Commodities made the Transfers to Defendant, the HW Entities intended to incur, or believed or reasonably should have believed that it would incur, debts beyond its ability to pay them as they became due.

71.     Thus, HW Commodities had the actual intent to delay, hinder, or defraud creditors, and made the Transfers to delay, hinder, or defraud creditors. Consequently, the Transfers were fraudulent pursuant to Ann. Cal. Civ. Code, § 3439.04(a)(1) and pursuant to California common law on fraudulent conveyances.

72.     Because the Transfers were voidable under Ann. Cal. Civ. Code, § 3439.04(a)(1) and under California common law on fraudulent conveyances, the Receiver may avoid the Transfers, pursuant to Ann. Cal. Civ. Code, §§ 3439.07(a)(1) and 3439.08(b)(2) and under California common law on fraudulent conveyances.

73.     As a direct and proximate result of HW Commodities's fraudulent

COMPLAINT

Transfers to Defendant, HW Commodities and the Receivership Estate have been diminished by in excess of $1.5 million, and the remaining assets of HW Commodities and the Receivership Estate are insufficient to pay HW Commodities's and the Receivership Estate's debts and liabilities, including, most notably, the claims of the retail customers and creditors of the HW Entities who were defrauded by the HW Entities.

WHEREFORE, Plaintiff, Melanie E. Damian, as the Receiver for the HW Entities, respectfully requests that the Court enter judgment against Defendant: (1) determining that the Transfers from HW Commodities to Defendant were fraudulent and avoiding those Transfers; (2) entering a money judgment against Defendant in the full amount of the Transfers to Defendant, and, if necessary, imposing a constructive trust and/or equitable lien on the funds or other assets traceable to such Transfers; (3) awarding Plaintiff damages, costs, and interest; and (4) granting such other and further relief as may be just and proper.

## COUNT II

**(Fraudulent Transfer under Ann. Cal. Civ. Code, §§ 3439.04(a)(2) and 3439.05) and California Common Law Fraudulent Conveyance)**

74.     Plaintiff repeats, re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 64 of this Complaint as if fully set forth herein.

75.     This is a claim to avoid and recover fraudulent transfers, pursuant to

Ann. Cal. Civ. Code, §§ 3439.04(a)(2) and 3439.05 and pursuant to California common law on fraudulent conveyances.

76.    As detailed above, HW Commodities made the Transfers (in excess of $1.5 million) to Defendant.

77.    Defendant received the Transfers from HW Commodities without providing reasonably equivalent value in exchange for the Transfers.

78.    HW Commodities had creditors whose claims arose before it made the Transfers to Defendant.

79.    HW Commodities did not receive reasonably equivalent value in exchange for the Transfers to Defendant, as detailed above. Indeed, Defendant have made no payments and provided no value to HW Commodities or the Receivership Estate other than to facilitate the HW Entities' fraudulent scheme by executing the trades giving rise to the Transfers, and, thus, Defendant received a profit in excess of $1.5 million from HW Commodities and the fraudulent scheme.

80.    When HW Commodities made the Transfers to Defendant, the assets remaining in HW Commodities's business were unreasonably small in relation to the business or transaction.

81.    Further, when HW Commodities made the Transfers to Defendant, HW Commodities intended to incur, or believed or reasonably should have believed that it would incur, debts beyond its ability to pay them as they became due.

82.    Because the Transfers are fraudulent under Ann. Cal. Civ. Code, §§

3439.04(a)(2) and 3439.05, the Receiver may avoid the Transfers, pursuant to Ann. Cal. Civ. Code, §§ 3439.07(a)(1) and 3439.08(b)(2) and pursuant to California common law on fraudulent conveyances.

83.     As a direct and proximate result of HW Commodities's fraudulent Transfers to Defendant, HW Commodities and the Receivership Estate have been diminished by in excess of $1.5 and the remaining assets of HW Commodities and the Receivership Estate are insufficient to pay HW Commodities's and the Receivership Estate's debts and liabilities, including, most notably, the claims of the retail customers and creditors of the HW Entities who were defrauded by the HW Entities.

WHEREFORE, Plaintiff, Melanie E. Damian, as the Receiver for the HW Entities, respectfully requests the Court enter judgment against Defendant: (1) determining that the Transfers from HW Commodities to Defendant were fraudulent and avoiding those Transfers; (2) entering a money judgment against Defendant in the full amount of the Transfers to Defendant, and, if necessary, imposing a constructive trust and/or equitable lien on the funds or other assets traceable to such Transfers; (3) awarding Plaintiff damages, costs, and interest; and (4) granting such other and further relief as may be just and proper.

///

///

## COUNT III

### (Unjust Enrichment as to the Transfers)

84.    Plaintiff repeats and re-alleges and incorporate by reference the allegations set forth in paragraphs 1 through 64 of this Complaint as if fully set forth herein.

85.    HW Commodities conferred a benefit on Defendant when it made the Transfers to Defendant in excess of $1.5 million, all of which were derived from the retail customers of the HW Entities, which entities owed fiduciary duties to those customers.

86.    Defendant had knowledge of the benefit they received from HW Commodities as a result of the Transfers and voluntarily accepted and retained the benefit conferred.

87.    It is inherently unfair and inequitable that the funds of retail customers defrauded in the HW Entities' fraudulent scheme are retained by and used to personally benefit Defendant, rather than being returned to the Receivership Estate for the benefit of all of the defrauded retail customers.

88.    As a direct and proximate result of Defendant's retention of in excess of $1.5 million that HW Commodities transferred to Defendant, HW Commodities and the Receivership Estate have been diminished, and, under the circumstances, equity dictates that Defendant should return the funds they received from HW Commodities, and any assets they may have acquired with those funds, to the Receiver for the

COMPLAINT

benefit of all of the defrauded customers.

WHEREFORE, Plaintiff, Melanie E. Damian, as the Receiver for the HW Entities, respectfully requests the Court enter judgment against Defendant: (1) determining that Defendant was unjustly enriched by virtue of its receipt of the Transfers from HW Commodities; (2) entering a money judgment against Defendant in the full amount of the Transfers, and, if necessary, imposing a constructive trust and/or equitable lien on the funds or other assets traceable to such Transfers; (3) awarding Plaintiff damages, costs, and interest; and (4) granting such other and further relief as may be just and proper.

COMPLAINT

## JURY DEMAND

Plaintiff hereby demands trial by jury with respect to all issues so triable.

Dated: September 22, 2016      **DIAMOND MCCARTHY LLP**


By: *_/s/ Kathy Bazoian Phelps_*
Kathy Bazoian Phelps
**DIAMOND McCARTHY LLP**
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 651-2997
kphelps@diamondmccarthy.com

Kenneth Dante Murena, P.A.
Florida Bar No. 147486
**DAMIAN & VALORI, LLP**
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile:  (305) 371-3965
*Pro Hac Vice Application to be filed*


*Counsel for Plaintiff*
*Melanie E. Damian, as Receiver*

# EXHIBIT "1"

[For reference purposes only, the date of this Agreement is June 1, 2011 .]

## This Trading Agreement ("Agreement") is between A-Mark Precious Metals, Inc. ("A-Mark") and Hunter Wise Commodities, LLC .

("Customer" or "You")

### 1.  The Purpose of This Agreement

This Agreement contains the terms and conditions which will govern all purchases and sales between you and A-Mark. This Agreement does not require you to buy or sell precious metals through A-Mark, but gives you the opportunity to do so pursuant to this Agreement.

### 2.  There are Two Standard Types of Trades

**A. Outright Trade**

   You may buy or sell metal products ("Metal") for immediate physical delivery at the full cash price of the Metal.

**B. Deferred Delivery (Margin)**

   You may purchase Metal from A-Mark and request that physical delivery be deferred for up to two years after the purchase of the Metals for commercial reasons. A-Mark may allow you to finance each such deferred delivery (margin) purchase of Metals. For each deferred delivery (margin) purchase, you make a down payment (original margin) to A-Mark, finance the balance of the purchase price and have delivery of the Metal deferred for up to two years. You pay interest on a monthly basis on the outstanding unpaid balance. You may request delivery of the Metal upon payment of the outstanding balance including interest.

The required down payment and the initial interest rate is quoted by the A-Mark trader to you when you call to purchase Metal on a deferred delivery (margin) basis. The down payment, in funds acceptable to A-Mark, must be received by A-Mark within two business days after the date of the Trade. A-Mark reserves the right to change the margin requirement and the interest rate charged on the unpaid balance, at A-Mark's sole discretion.

   Interest is computed Daily by dividing the current applicable annual interest rate being charged by A-Mark on that day by 360, and then multiplying the result by the unpaid balance.

   There is no charge to you for storage or insurance on the Metal purchased.

A-Mark may establish from time to time, and subject to change without notice, a minimum equity requirement for your margin account, expressed as a percentage of the market value of the Metal held in your margin account, as determined by A-Mark's current bid for the Metal.

In the event the equity in your margin position falls below the minimum equity requirement, as determined by A-Mark, A-Mark may issue a margin call. The margin call requires you to restore your equity to an amount greater than or equal to the minimum equity. In the event a margin call is not met by you with funds acceptable to A-Mark and within the time limits set by A-Mark in its sole discretion, A-Mark may liquidate all or a portion of the Metal in your account, and you are responsible for any deficiency and accrued interest due.

   The Margin Call will be sent to you by mail, telephone, email, or facsimile, and shall be effective upon transmission by A-Mark to your last known address, telephone number, email address or facsimile number.

   A-Mark shall have the option of requiring you to pay any outstanding balance and take delivery upon demand, regardless of whether or not you have requested delivery. Furthermore, A-Mark has no obligation to repurchase any Metal purchased by you on a deferred delivery (margin) basis. Any repurchase by A-Mark will be a separate, individually negotiated transaction.

**C. Additional Types of Trades**

   Additional types of Trades may be provided by either Addendum to this agreement or by a separate written agreement.

### 3.  Placing Your Trade

   To Place a Trade, after your account is established:

A. Call the A-Mark trading desk and advise the trader of the Metal you want to buy or sell;

B. The trader will normally quote you a price;

C. You should then indicate to the trader whether or not you want to place the Trade;

D. If you place the Trade, the trader will issue a confirmation number, which you should record as evidence of the transaction.

   Once a Trade is placed, a contract is created. Regardless of what happens to the price of the Metal after the Trade is placed, the contracted price is binding on you and A-Mark.

   Unless A-Mark is instructed otherwise in writing, any of your employees or agents may place Trades and you will be bound by such Trades even if a Trade was placed erroneously or was not authorized by you.

### 4.  Extension of Credit by A-Mark

   Upon your request, A-Mark may, but is not required to extend additional credit to you. **Credit is a privilege not a right. The credit limit and the terms of such credit may be established, changed, withdrawn or eliminated any time at A-Mark's sole discretion.**

   Extensions of credit by A-Mark may be in the form of an A-Mark check being sent to you at the same time you deliver Metal to A-Mark or one of its depositories (A-Mark's C.O.C. [Cash on Confirmation] Program). The extension of credit may also be in the form of your check (as opposed to a wire transfer, certified or a cashier's check), being accepted in exchange for the shipment of Metal, or in the amount of Metal you can buy or sell that remain as open trades.

### 5.  Payment and Delivery

**A. When you sell to A-Mark:**

   The Metal sold must be delivered within five business days (unless otherwise agreed to by A-Mark in writing) after the date of the Trade and will be received by A-Mark or its depository agent on a "said to contain" basis as to quality and quantity. All Metal received by

**EXHIBIT "1"**

**Page 1**

A-Mark is subject to A-Mark's inspection to verify the quality and quantity. If the verification by A-Mark indicates a shortage of Metal received or if the Metal is unacceptable to A-Mark, you must rectify the shortage within two business days by delivering the short Metal to A-Mark, or repurchasing the entire trade at the current market prices from A-Mark or replacing any Metal or unacceptable quality with Metal acceptable to A-Mark.

Payment will be made to you upon A-Mark's receipt, inspection, and satisfaction with the Metal, unless you qualify and are approved for earlier payment under an A-Mark C.O.C. program or under other terms agreed to by A-Mark.

In the event that you should fail to deliver Metal when due, A-Mark may, at its option, assess a charge for late delivery, cancel the order, and/or assess a charge for no delivery. A-Mark may also pursue any other remedies allowed by law or equity.

**B.  When you buy from A-Mark:**

Unless you qualify for different terms as determined by A-Mark, your payment (by wire transfer, certified or cashier's check) for Metal must be received within two business days of the Trade. The Metal will be shipped by A-Mark after your payment in good funds has been received. Other delivery and payment terms may apply if you qualify and are approved for an A-Mark C.O.C. program.

**6.   Two-Way Market**

Although A-Mark strives to and usually makes a two-way market by buying and selling Metal, A-Mark is not obligated to so do.

**7.   Warranties Made By You**

You warrant to A-Mark that you are a knowledgeable commercial user or dealer in the precious metals market and, when purchasing from A-Mark, are doing so as a principal and for resale only and not for family, personal, or household use. You are not an agent or representative of A-Mark for any purpose.

You further warrant as to all Metals you sell to A-Mark, that you are the legal owner of and have full right, title and interest in and to the Metal as your separate property free and clear of all liens and encumbrances. You have the full right and authority to sell the Metals to A-Mark without the consent or concurrences of any other person or entity.

**8.   Security Interest and Right of Offset**

As long as amounts are due and owing from you to A-Mark or any A-Mark subsidiary or affiliated company, whether under this Agreement or any other agreement entered into with A-Mark, any A-Mark subsidiary or affiliated company, A-Mark shall retain a security interest in all Metals purchased by you and all renewals, substitutions, replacements, additions, accessions and proceeds thereto, and accounts receivable, contract rights, and chattel paper thereof ("Collateral").

You hereby authorize A-Mark to file documentation it deems reasonably necessary to perfect a security interest in its favor. A-Mark shall have a right of offset against any assets that you have with A-Mark, any A-Mark subsidiary, or affiliated company.

You agree to notify A-Mark in writing of the exact nature of any intended change of your name, or the use of any trade name, and the effective date of such change.

You shall preserve, protect, renew and keep in full force and effect your existence in the current state of incorporation, principal place of business, and residence, your rights, licenses, permits, patents, trademarks, trade names and franchises and shall comply with all laws and regulations applicable to you and shall not materially alter the nature or scope of the business presently conducted by you.

**9.   Death or Bankruptcy of Customer**

In the event of the bankruptcy or death of you or the signatory on your behalf, A-Mark, at its discretion, may offset your Metal or other assets in A-Mark's possession against any amounts owing from you to A-Mark without notice of any kind. This offset does not relieve you of any remaining obligations.

**10.   Assignability/ Heirs, Successors, Or Personal Representatives**

This Agreement cannot be assigned by you without A-Mark's written permission. It is binding on the parties and their respective heirs, successors, personal representatives, and permitted assignees.

**11.   Governing Law**

This Agreement shall be governed by the laws of California and the parties agree to be subject exclusively to the jurisdiction and venue of the Superior Court for the Central District of California as to any disputes arising out of or related to this Agreement, whether contract, tort, or both.

**12.   Severability**

If any part of this Agreement is invalidated for any reason by any legal authority, the balance shall remain binding on the parties.

**13.   Attorneys' Fees and Costs**

You shall pay to A-Mark all costs and expenses of collection of amounts due herein, or to otherwise enforce any or all provisions of this Agreement or the subject matter of this Agreement, including but not limited to, reasonable attorney fees and costs incurred before legal action, if any, is commenced, and fees and costs incurred in connection with the protection, or realization of the Collateral. You further agree that in any litigation or other proceeding based upon, arising out of, or related to this Agreement, whether such litigation sounds in tort or contract, you shall pay to A-Mark its attorney fees and other expenses and costs incurred in connection with the litigation or other proceeding if A-Mark is the prevailing party.

**EXHIBIT "1"**

**Page 2**

**14.   Applicable Taxes**

You are responsible for and agree to indemnify A-Mark for all taxes (except those measured on A-Mark's income) that may be assessed as a result of activity entered into under this Agreement including but not limited to taxes assessed for merchandise purchased from A-Mark, whether A-Mark has shipped it to you or, at your discretion, shipped it to a third party.

**15.   Electronic Data Transmissions**

During the term of this Agreement, A-Mark may at times, but is under no obligation to, provide you certain information ("Information") via electronic transmission, including but not limited to email, facsimile transmission or modem-to-modem transmission. The Information is confidential and is for your use only and shall not be transmitted to anyone else without express written permission from A-Mark. You agree to maintain the confidential nature of the Information. Furthermore, you acknowledge and agree that A-Mark does not ensure the accuracy of the Information and that any reliance upon the Information shall be solely at your own risk and that A-Mark shall have no liability or responsibility for the accuracy, completeness or usefulness of the Information.

**16.   Time is of the Essence/No Waiver**

Time is of the essence with respect to all of the provisions of this Agreement. No waiver of a breach, failure of condition, or any right or remedy contained in this Agreement shall be effective unless it is in writing and signed by the party waiving the breach, failure, right or remedy. No waiver of any breach, failure, right or remedy, shall be deemed a waiver of any other breach, failure, right or remedy, whether or not similar, nor shall any waiver constitute a continuing waiver unless the writing so specifies.

**17.   Phone Recording Practices**

A-Mark may, without future notice, from time to time record conversations on our telephone lines, although we are under no obligation to do so. Unless you otherwise notify A-Mark in writing, your signature on this Agreement hereby constitutes consent to all such recordings.

**18.   Cooperation**

You shall execute and deliver such further documents and instruments and shall take such other actions as may be reasonably required or appropriate to evidence or carry out the intent and purpose of this Agreement.

**19.   Change in Financial Condition**

You shall immediately notify A-Mark in writing of any material adverse change in your financial condition or any other factor that may impair your ability to perform each obligation pursuant to this Agreement.

**20.   Entire Agreement/Modification Only In Writing**

This Agreement and any other written agreement in effect between the parties constitutes the entire agreement between the parties and supercedes all prior communications, representations, or agreements between the parties with respect to the subject matter thereto. Any terms and conditions which may be contained in any purchase orders, acknowledgements, invoices or other forms which may be sent in connection with this Agreement, where inconsistent with this Agreement, shall be deemed to be superceded by this Agreement, and of no force or effect. This Agreement can only be changed or modified by a separate writing signed by the parties.

**21.   Default**

A default occurs under this Agreement upon any of the following: (i) default by you in the payment or performance of any of your obligations under this Agreement or any other agreement entered into with A-Mark, or (ii) any material adverse change in the operations or financial condition of you or any guarantor. Upon any Default, A-Mark, at its option, may do any or all of the following: (1) accelerate all amounts outstanding; (2) liquidate any and all Collateral under this Agreement or any other agreement entered into with A-Mark; (3) setoff any amounts due and owing by you to A-Mark against any amounts due and owing you by A-Mark; (4) cancel any orders which have not yet been delivered; (5) charge interest at a minimum of 2% per month on all outstanding amounts due and owing A-Mark; (6) impose late charges of 10% of the outstanding amounts due and owing; or (7) exercise any other collection rights A-Mark has under state or federal law. The parties agree that an immediate sale of Metal at the price being bid by a primary bullion dealer in the over-the-counter market and/or a London Bullion Market Association member will constitute a commercially reasonable sale.

**22.   Waiver of Jury Trial and Arbitration**

THE PARTIES HEREBY WAIVE THEIR RESPECTIVE RIGHT TO TRIAL BY JURY OF ANY CAUSE OF ACTION WHATSOEVER ARISING OUT OF OR IN ANY WAY RELATED TO OR CONNECTED WITH THIS OR ANY OTHER AGREEMENT NOW OR HEREAFTER ENTERED INTO BETWEEN THE PARTIES, WHETHER CONTRACT, TORT, OR ANY OTHER LEGAL OR EQUITABLE THEORY.

The parties also waive any rights they may have to arbitration of any matter arising pursuant to this or any other Agreement now or hereafter entered into between the parties, including waiving any rights to arbitration under the rules of the Professional Numismatic Guild.

**23.   Indemnity and Release**

You hereby expressly represent and warrant that you have good, marketable title, free of all liens and encumbrances to all monies and Metals sent to A-Mark in connection with each Trade. You, your heirs, agents, successors and assigns, generally and specifically waive and release and forever discharge A-Mark, its respective affiliates, parents, shareholders, agents, subsidiaries, employees, members of their respective boards of directors, from any and all claims, rights, demands and causes of action and suits of whatever kind or nature, whether

in law or equity, whether known or unknown, suspected or unsuspected, which you may claim to have with respect to and/or arising out of, or in connection with any challenge to the title to any money or Metals used in connection with the Trade. Additionally, you hereby agree to indemnify A-Mark and hold A-Mark harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever which may be imposed on, incurred by, or asserted against A-Mark in any way relating to the title to the money or Metals, other than arising out of A-Mark's breach, default, negligence or willful misconduct in its obligations under this Agreement.

**24.  Force Majeure**

If A-Mark fails to perform or is otherwise delayed in the performance of its obligations as a result of actions or inactions by a third party or act of God, including but not limited to a material reduction in production and/or deliveries by any Mint, refinery or supplier in the product being sold, which is beyond the reasonable control of A-Mark, then A-Mark's performance or delay in performance shall be excused and no damages or loss may be claimed.

**25.  Risks & Disclosures**

Some of the risks and disclosures of the precious metals business are set out on a click through at the bottom of the home page of our web site, www.amark.com.

**26.  Signatures**

This Agreement may be signed in counterparts.  Delivery of a signed copy may be made by facsimile or electronic transmission, which shall be equally binding as delivery of a signed original, and such facsimile or electronic copy shall be admissible in court or other legal proceedings as equivalent to an original copy.

Customer warrants and represents it is a ___LLC_____ [corporation, partnership/sole proprietorship/limited liability partnership / limited partnership / limited liability company] engaged in the business of ___Trading_____.  If Customer is an organization (stock, nonprofit or foreign corporations/limited liability company), its state/country of organization is ___Nevada_____.  If Customer is a partnership (general, limited liability or limited), the state of its place of business is _____ and the state of its Chief Executive Office is _____.  If Customer is a sole proprietorship, the state of residence is _____.  Customer agrees to notify A-Mark immediately of any change in the information provided in this Agreement.

("Customer") Hunter Wise Commodities, LLC

ADDRESS: 4966 S. Rainbow Blvd., #110

Las Vegas, NV 89118

Telephone: 702-784-0208; FAX: 949-336-8746

Email: trading@hwcom.com

By: _____
    (Please sign name)

Title: Ed Martin, COO/President
    (Please type or print name)

By: _____
    (Please sign name)

Title: _____
    (Please type or print name)

A-Mark Precious Metals, Inc.

429 Santa Monica Boulevard, Suite 230

Santa Monica, CA 90401

General Business: (310) 319-0200

Trading: (310) 319-0371; FAX: (310) 319-0279

By: _____

Title: _____

By: _____

Title: _____

If you, the Customer, are a corporation, limited liability company, or limited liability partnership, or limited partnership, then the obligations of Customer to A-Mark are completely, jointly and severally guaranteed by _____, Individually.

_____
(Please sign name)

Date: _____

_____
(Please sign name)

Date: _____

© 2002, as revised, May 7, 2002, A-Mark Precious Metals, Inc.  All Rights Reserved

**EXHIBIT "1"**
**Page 4**

[For reference purposes only, the date of this Agreement is __April 9, 2007__.]

## This Trading Agreement ("Agreement") is between A-Mark Precious Metals, Inc. ("A-Mark") and __Hunter Wise Financial Services__ LLC

("Customer" or "You")

### 1.  The Purpose of This Agreement

This Agreement contains the terms and conditions which will govern all purchases and sales between you and A-Mark. This Agreement does not require you to buy or sell precious metals through A-Mark, but gives you the opportunity to do so pursuant to this Agreement.

### 2.  There are Two Standard Types of Trades

**A. Outright Trade**

You may buy or sell metal products ("Metal") for immediate physical delivery at the full cash price of the Metal.

**B. Deferred Delivery (Margin)**

You may purchase Metal from A-Mark and request that physical delivery be deferred for up to two years after the purchase of the Metals for commercial reasons. A-Mark may allow you to finance each such deferred delivery (margin) purchase of Metals. For each deferred delivery (margin) purchase, you make a down payment (original margin) to A-Mark, finance the balance of the purchase price and have delivery of the Metal deferred for up to two years. You pay interest on a monthly basis on the outstanding unpaid balance. You may request delivery of the Metal upon payment of the outstanding balance including interest.

The required down payment and the initial interest rate is quoted by the A-Mark trader to you when you call to purchase Metal on a deferred delivery (margin) basis. The down payment, in funds acceptable to A-Mark, must be received by A-Mark within two business days after the date of the Trade. A-Mark reserves the right to change the margin requirement and the interest rate charged on the unpaid balance, at A-Mark's sole discretion.

Interest is computed Daily by dividing the current applicable annual interest rate being charged by A-Mark on that day by 360, and then multiplying the result by the unpaid balance.

There is no charge to you for storage or insurance on the Metal purchased.

A-Mark may establish from time to time, and subject to change without notice, a minimum equity requirement for your margin account, expressed as a percentage of the market value of the Metal held in your margin account, as determined by A-Mark's current bid for the Metal.

In the event the equity in your margin position falls below the minimum equity requirement, as determined by A-Mark, A-Mark may issue a margin call. The margin call requires you to restore your equity to an amount greater than or equal to the minimum equity. In the event a margin call is not met by you with funds acceptable to A-Mark and within the time limits set by A-Mark in its sole discretion, A-Mark may liquidate all or a portion of the Metal in your account, and you are responsible for any deficiency and accrued interest due.

The Margin Call will be sent to you by mail, telephone, email, or facsimile, and shall be effective upon transmission by A-Mark to your last known address, telephone number, email address or facsimile number.

A-Mark shall have the option of requiring you to pay any outstanding balance and take delivery upon demand, regardless of whether or not you have requested delivery. Furthermore, A-Mark has no obligation to repurchase any Metal purchased by you on a deferred delivery (margin) basis. Any repurchase by A-Mark will be a separate, individually negotiated transaction.

**C. Additional Types of Trades**

Additional types of Trades may be provided by either Addendum to this agreement or by a separate written agreement.

### 3.  Placing Your Trade

To Place a Trade, after your account is established:

A. Call the A-Mark trading desk and advise the trader of the Metal you want to buy or sell;

B. The trader will normally quote you a price;

C. You should then indicate to the trader whether or not you want to place the Trade;

D. If you place the Trade, the trader will issue a confirmation number, which you should record as evidence of the transaction.

Once a Trade is placed, a contract is created. Regardless of what happens to the price of the Metal after the Trade is placed, the contracted price is binding on you and A-Mark.

Unless A-Mark is instructed otherwise in writing, any of your employees or agents may place Trades and you will be bound by such Trades even if a Trade was placed erroneously or was not authorized by you.

### 4.  Extension of Credit by A-Mark

Upon your request, A-Mark may, but is not required to extend additional credit to you. **Credit is a privilege not a right. The credit limit and the terms of such credit may be established, changed, withdrawn or eliminated any time at A-Mark's sole discretion.**

Extensions of credit by A-Mark may be in the form of an A-Mark check being sent to you at the same time you deliver Metal to A-Mark or one of its depositories (A-Mark's C.O.C. [Cash on Confirmation] Program). The extension of credit may also be in the form of your check (as opposed to a wire transfer, certified or a cashier's check), being accepted in exchange for the shipment of Metal, or in the amount of Metal you can buy or sell that remain as open trades.

### 5.  Payment and Delivery

**A. When you sell to A-Mark:**

The Metal sold must be delivered within five business days (unless otherwise agreed to by A-Mark in writing) after the date of the Trade and will be received by A-Mark or its depository agent on a "said to contain" basis as to quality and quantity. All Metal received by

A-Mark is subject to A-Mark's inspection to verify the quality and quantity. If the verification by A-Mark indicates a shortage of Metal received or if the Metal is unacceptable to A-Mark, you must rectify the shortage within two business days by delivering the short Metal to A-Mark, or repurchasing the entire trade at the current market prices from A-Mark or replacing any Metal or unacceptable quality with Metal acceptable to A-Mark.

Payment will be made to you upon A-Mark's receipt, inspection, and satisfaction with the Metal, unless you qualify and are approved for earlier payment under an A-Mark C.O.C. program or under other terms agreed to by A-Mark.

In the event that you should fail to deliver Metal when due, A-Mark may, at its option, assess a charge for late delivery, cancel the order, and/or assess a charge for no delivery. A-Mark may also pursue any other remedies allowed by law or equity.

**B.  When you buy from A-Mark:**

Unless you qualify for different terms as determined by A-Mark, your payment (by wire transfer, certified or cashier's check) for Metal must be received within two business days of the Trade. The Metal will be shipped by A-Mark after your payment in good funds has been received. Other delivery and payment terms may apply if you qualify and are approved for an A-Mark C.O.C. program.

### 6.  Two-Way Market

Although A-Mark strives to and usually makes a two-way market by buying and selling Metal, A-Mark is not obligated to so do.

### 7.  Warranties Made By You

You warrant to A-Mark that you are a knowledgeable commercial user or dealer in the precious metals market and, when purchasing from A-Mark, are doing so as a principal and for resale only and not for family, personal, or household use. You are not an agent or representative of A-Mark for any purpose.

You further warrant as to all Metals you sell to A-Mark, that you are the legal owner of and have full right, title and interest in and to the Metal as your separate property free and clear of all liens and encumbrances. You have the full right and authority to sell the Metals to A-Mark without the consent or concurrences of any other person or entity.

### 8.  Security Interest and Right of Offset

As long as amounts are due and owing from you to A-Mark or any A-Mark subsidiary or affiliated company, whether under this Agreement or any other agreement entered into with A-Mark, any A-Mark subsidiary or affiliated company, A-Mark shall retain a security interest in all Metals purchased by you and all renewals, substitutions, replacements, additions, accessions and proceeds thereto, and accounts receivable, contract rights, and chattel paper thereof ("Collateral").

You hereby authorize A-Mark to file documentation it deems reasonably necessary to perfect a security interest in its favor. A-Mark shall have a right of offset against any assets that you have with A-Mark, any A-Mark subsidiary, or affiliated company.

You agree to notify A-Mark in writing of the exact nature of any intended change of your name, or the use of any trade name, and the effective date of such change.

You shall preserve, protect, renew and keep in full force and effect your existence in the current state of incorporation, principal place of business, and residence, your rights, licenses, permits, patents, trademarks, trade names and franchises and shall comply with all laws and regulations applicable to you and shall not materially alter the nature or scope of the business presently conducted by you.

### 9.  Death or Bankruptcy of Customer

In the event of the bankruptcy or death of you or the signatory on your behalf, A-Mark, at its discretion, may offset your Metal or other assets in A-Mark's possession against any amounts owing from you to A-Mark without notice of any kind. This offset does not relieve you of any remaining obligations.

### 10.  Assignability/ Heirs, Successors, Or Personal Representatives

This Agreement cannot be assigned by you without A-Mark's written permission. It is binding on the parties and their respective heirs, successors, personal representatives, and permitted assignees.

### 11.  Governing Law

This Agreement shall be governed by the laws of California and the parties agree to be subject exclusively to the jurisdiction and venue of the Superior Court for the Central District of California as to any disputes arising out of or related to this Agreement, whether contract, tort, or both.

### 12.  Severability

If any part of this Agreement is invalidated for any reason by any legal authority, the balance shall remain binding on the parties.

### 13.  Attorneys' Fees and Costs

You shall pay to A-Mark all costs and expenses of collection of amounts due herein, or to otherwise enforce any or all provisions of this Agreement or the subject matter of this Agreement, including but not limited to, reasonable attorney fees and costs incurred before legal action, if any, is commenced, and fees and costs incurred in connection with the protection, or realization of the Collateral. You further agree that in any litigation or other proceeding based upon, arising out of, or related to this Agreement, whether such litigation sounds in tort or contract, you shall pay to A-Mark its attorney fees and other expenses and costs incurred in connection with the litigation or other proceeding if A-Mark is the prevailing party.

**EXHIBIT "1"**

**Page 6**

**14.   Applicable Taxes**

You are responsible for and agree to indemnify A-Mark for all taxes (except those measured on A-Mark's income) that may be assessed as a result of activity entered into under this Agreement including but not limited to taxes assessed for merchandise purchased from A-Mark, whether A-Mark has shipped it to you or, at your discretion, shipped it to a third party.

**15.   Electronic Data Transmissions**

During the term of this Agreement, A-Mark may at times, but is under no obligation to, provide you certain information ("Information") via electronic transmission, including but not limited to email, facsimile transmission or modem-to-modem transmission. The Information is confidential and is for your use only and shall not be transmitted to anyone else without express written permission from A-Mark. You agree to maintain the confidential nature of the Information. Furthermore, you acknowledge and agree that A-Mark does not ensure the accuracy of the Information and that any reliance upon the Information shall be solely at your own risk and that A-Mark shall have no liability or responsibility for the accuracy, completeness or usefulness of the Information.

**16.   Time is of the Essence/No Waiver**

Time is of the essence with respect to all of the provisions of this Agreement. No waiver of a breach, failure of condition, or any right or remedy contained in this Agreement shall be effective unless it is in writing and signed by the party waiving the breach, failure, right or remedy. No waiver of any breach, failure, right or remedy, shall be deemed a waiver of any other breach, failure, right or remedy, whether or not similar, nor shall any waiver constitute a continuing waiver unless the writing so specifies.

**17.   Phone Recording Practices**

A-Mark may, without future notice, from time to time record conversations on our telephone lines, although we are under no obligation to do so. Unless you otherwise notify A-Mark in writing, your signature on this Agreement hereby constitutes consent to all such recordings.

**18.   Cooperation**

You shall execute and deliver such further documents and instruments and shall take such other actions as may be reasonably required or appropriate to evidence or carry out the intent and purpose of this Agreement.

**19.   Change in Financial Condition**

You shall immediately notify A-Mark in writing of any material adverse change in your financial condition or any other factor that may impair your ability to perform each obligation pursuant to this Agreement.

**20.   Entire Agreement/Modification Only In Writing**

This Agreement and any other written agreement in effect between the parties constitutes the entire agreement between the parties and supercedes all prior communications, representations, or agreements between the parties with respect to the subject matter thereto. Any terms and conditions which may be contained in any purchase orders, acknowledgements, invoices or other forms which may be sent in connection with this Agreement, where inconsistent with this Agreement, shall be deemed to be superceded by this Agreement, and of no force or effect. This Agreement can only be changed or modified by a separate writing signed by the parties.

**21.   Default**

A default occurs under this Agreement upon any of the following: (i) default by you in the payment or performance of any of your obligations under this Agreement or any other agreement entered into with A-Mark, or (ii) any material adverse change in the operations or financial condition of you or any guarantor. Upon any Default, A-Mark, at its option, may do any or all of the following: (1) accelerate all amounts outstanding; (2) liquidate any and all Collateral under this Agreement or any other agreement entered into with A-Mark; (3) setoff any amounts due and owing by you to A-Mark against any amounts due and owing you by A-Mark; (4) cancel any orders which have not yet been delivered; (5) charge interest at a minimum of 2% per month on all outstanding amounts due and owing A-Mark; (6) impose late charges of 10% of the outstanding amounts due and owing; or (7) exercise any other collection rights A-Mark has under state or federal law. The parties agree that an immediate sale of Metal at the price being bid by a primary bullion dealer in the over-the-counter market and/or a London Bullion Market Association member will constitute a commercially reasonable sale.

**22.   Waiver of Jury Trial and Arbitration**

**THE PARTIES HEREBY WAIVE THEIR RESPECTIVE RIGHT TO TRIAL BY JURY OF ANY CAUSE OF ACTION WHATSOEVER ARISING OUT OF OR IN ANY WAY RELATED TO OR CONNECTED WITH THIS OR ANY OTHER AGREEMENT NOW OR HEREAFTER ENTERED INTO BETWEEN THE PARTIES, WHETHER CONTRACT, TORT, OR ANY OTHER LEGAL OR EQUITABLE THEORY.**

**The parties also waive any rights they may have to arbitration of any matter arising pursuant to this or any other Agreement now or hereafter entered into between the parties, including waiving any rights to arbitration under the rules of the Professional Numismatic Guild.**

**23.   Indemnity and Release**

You hereby expressly represent and warrant that you have good, marketable title, free of all liens and encumbrances to all monies and Metals sent to A-Mark in connection with each Trade. You, your heirs, agents, successors and assigns, generally and specifically waive and release and forever discharge A-Mark, its respective affiliates, parents, shareholders, agents, subsidiaries, employees, members of their respective boards of directors, from any and all claims, rights, demands and causes of action and suits of whatever kind or nature, whether

**EXHIBIT "1"**
**Page 7**

in law or equity, whether known or unknown, suspected or unsuspected, which you may cla.. ..o have with respect to and/or arising out of, or in connection with any challenge to the title to any money or Metals used in connection with the Trade. Additionally, you hereby agree to indemnify A-Mark and hold A-Mark harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever which may be imposed on, incurred by, or asserted against A-Mark in any way relating to the title to the money or Metals, other than arising out of A-Mark's breach, default, negligence or willful misconduct in its obligations under this Agreement.

**24.  Force Majeure**

If A-Mark fails to perform or is otherwise delayed in the performance of its obligations as a result of actions or inactions by a third party or act of God, including but not limited to a material reduction in production and/or deliveries by any Mint, refinery or supplier in the product being sold, which is beyond the reasonable control of A-Mark, then A-Mark's performance or delay in performance shall be excused and no damages or loss may be claimed.

**25.  Risks & Disclosures**

Some of the risks and disclosures of the precious metals business are set out on a click through at the bottom of the home page of our web site, www.amark.com.

**26.  Signatures**

This Agreement may be signed in counterparts. Delivery of a signed copy may be made by facsimile or electronic transmission, which shall be equally binding as delivery or a signed original, and such facsimile or electronic copy shall be admissible in court or other legal proceedings as equivalent to an original copy.

Customer warrants and represents it is a ___California___ [corporation, partnership/sole proprietorship/limited liability partnership / limited partnership / _limited liability company_] engaged in the business of ___Physical Commodities___. If Customer is an organization (stock, nonprofit or foreign corporations/limited liability company), its state/country of organization is ___California___. If Customer is a partnership (general, limited liability or limited), the state of its place of business is ___California___ and the state of its Chief Executive Office is ___California___. If Customer is a sole proprietorship, the state of residence is _____. Customer agrees to notify A-Mark immediately of any change in the information provided in this Agreement.

("Customer") Hunter Wise Financial Services LLC

ADDRESS: 2171 Campus Drive, Ste. 200

Irvine, CA 92612

Telephone: (949) 852-1700  Fax: _____

Email: fjager@hunterwise.com

By: _____ (Please sign name)

Title: CEO   Fred G. Jager (Please type or print name)

By: _____ (Please sign name)

Title: COO   Ed Martin (Please type or print name)

A-Mark Precious Metals, Inc.

429 Santa Monica Boulevard, Suite 230

Santa Monica, CA 90401

General Business: (310) 319-0200

Trading: (310) 319-0371; FAX: (310) 319-0279

By: _____

Title: _____

By: _____

Title: SVP

If you, the Customer, are a corporation, limited liability company, or limited liability partnership, or limited partnership, then the obligations of Customer to A-Mark are completely, jointly and severally guaranteed by Hunter Wise Financial Group, LLC, Individually.

Date: April 9, 2007

Date: 4/9/2007

© 2002, as revised, May 7, 2002, A-Mark Precious Metals, Inc. All Rights Reserved

# EXHIBIT "2"

HWC INTEREST PAYMENTS MADE TO A-MARK PRECIOUS METALS, INC. 2008 - 2012

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | A-MARK | | | | | | | | | | $65 | $0 | $136 | $201 | $201 |
| 2009 | A-MARK | $1,314 | $3,240 | $6,358 | $8,611 | $5,698 | $15,601 | $16,868 | $24,679 | $21,209 | $44,827 | $49,724 | $44,796 | $242,925 | $242,925 |
| 2010 | A-MARK | $43,148 | $30,609 | $38,784 | $42,279 | $39,712 | $20,236 | $24,319 | $24,817 | $13,343 | $17,389 | $26,284 | $34,962 | $355,882 | $355,882 |
| 2011 | A-MARK | $40,684 | $36,561 | $48,427 | $48,443 | $31,698 | $38,708 | $49,978 | $95,993 | $112,591 | $76,681 | $87,123 | $77,068 | $743,955 | $743,955 |
| 2012 | A-MARK | $39,808 | $47,384 | $29,678 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $116,870 | $116,870 |

GRAND TOTAL:                $1,459,833

# EXHIBIT "3"



**A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | January 2009 |
|---|---|

| | |
|---|---|
| Bill To: | Hunter Wise Financial Group LLC<br>2361 Campus Drive<br>Suite 140<br>Irvine, CA 92612 |

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 50.00 |
| DF EX DEL SB | 43,380.00 |
| | |
| Account Number: 101116 | |
| Under/(Over) Limit: | $4,252,748 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $274,345.47 | | |
| January | 1 | | | $274,345.47 | 5.00% | $38.104 |
| January | 2 | Buy 3,000 Silver | $33,270.00 | $307,615.47 | 5.00% | $42.724 |
| January | 3 | | | $307,615.47 | 5.00% | $42.724 |
| January | 4 | | | $307,615.47 | 5.00% | $42.724 |
| January | 5 | | | $307,615.47 | 5.00% | $42.724 |
| January | 6 | | | $307,615.47 | 5.00% | $42.724 |
| January | 7 | | | $307,615.47 | 5.00% | $42.724 |
| January | 8 | | | $307,615.47 | 5.00% | $42.724 |
| January | 9 | | | $307,615.47 | 5.00% | $42.724 |
| January | 10 | | | $307,615.47 | 5.00% | $42.724 |
| January | 11 | | | $307,615.47 | 5.00% | $42.724 |
| January | 12 | | | $307,615.47 | 5.00% | $42.724 |
| January | 13 | | | $307,615.47 | 5.00% | $42.724 |
| January | 14 | | | $307,615.47 | 5.00% | $42.724 |
| January | 15 | December Interest | $136.16 | $307,751.63 | 5.00% | $42.743 |
| January | 16 | | | $307,751.63 | 5.00% | $42.743 |
| January | 17 | | | $307,751.63 | 5.00% | $42.743 |
| January | 18 | | | $307,751.63 | 5.00% | $42.743 |
| January | 19 | | | $307,751.63 | 5.00% | $42.743 |
| January | 20 | | | $307,751.63 | 5.00% | $42.743 |
| January | 21 | | | $307,751.63 | 5.00% | $42.743 |
| January | 22 | | | $307,751.63 | 5.00% | $42.743 |
| January | 23 | | | $307,751.63 | 5.00% | $42.743 |
| January | 24 | | | $307,751.63 | 5.00% | $42.743 |
| January | 25 | | | $307,751.63 | 5.00% | $42.743 |
| January | 26 | | | $307,751.63 | 5.00% | $42.743 |
| January | 27 | Sell 18K - PO 83633 / 3K - PO 83632 / 12K PO 83634 | ($394,410.00) | ($86,658.37) | 5.00% | $0.000 |
| January | 28 | Buy 2K Silver - RFI207003 - Rec'd Bank Wire | ($105,420.00) | ($192,078.37) | 5.00% | $0.000 |
| January | 29 | Buy 1K Silver - RFI222602 | $12,030.00 | ($180,048.37) | 5.00% | $0.000 |
| January | 30 | Buy 67K Silver / Buy 100 Gold / Disbursed Excess Equity $30K | $927,300.00 | $747,251.63 | 5.00% | $103.785 |
| January | 31 | | | $747,251.63 | 5.00% | $103.785 |
| February | 2 | Sell 100 Gold / Sell 28K Silver | ($445,600.00) | $301,651.63 | | |
| **Total Interest Due:** | | | | | | **$1,314.01** |

| | | | | |
|---|---|---|---|---|
| INTEREST DUE: | 01-15-09 | $ | 136.16 | **Equity %**   **49.729%** |
| INTEREST PAYMENT: | | $ | - | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement. (310) 587-1474

**EXHIBIT "3"**
**Page 1**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | February 2009 |
| --- | --- |

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 140**
**Irvine, CA  92612**

| Product Description | Quantity |
| --- | --- |
| DF EX DEL GOLD | 210.00 |
| DF EX DEL SB | 131,280.00 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $5,000,000 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $747,251.63 | | |
| February | 1 | | | $747,251.63 | 4.25% | $88.217 |
| February | 2 | Sell 100 Gold / Sell 28K Silver | ($445,600.00) | $301,651.63 | 4.25% | $35.612 |
| February | 3 | Rec'd Bank Wire | ($150,000.00) | $151,651.63 | 4.25% | $17.903 |
| February | 4 | Buy 25,200 Silver / Buy 300 Gold | $589,356.00 | $741,007.63 | 4.25% | $87.480 |
| February | 5 | Buy 10,500 Silver / Buy 10 Gold | $138,605.00 | $879,612.63 | 4.25% | $103.843 |
| February | 6 | Buy 5,500 Silver | $69,245.00 | $948,857.63 | 4.25% | $112.018 |
| February | 7 | | | $948,857.63 | 4.25% | $112.018 |
| February | 8 | | | $948,857.63 | 4.25% | $112.018 |
| February | 9 | | | $948,857.63 | 4.25% | $112.018 |
| February | 10 | Buy 2,200 Silver - Rec'd Bank Wire 50K | ($20,894.00) | $927,963.63 | 4.25% | $109.551 |
| February | 11 | Buy 9,300 Silver | $121,632.00 | $1,049,595.63 | 4.25% | $123.911 |
| February | 12 | Buy 10,000 Silver / Sell 13,000 Silver | ($39,110.00) | $1,010,485.63 | 4.25% | $119.293 |
| February | 13 | Sell 50 G / Sell 20,000 S / Buy 2,000 S - Disbursed $75K | ($214,440.00) | $796,045.63 | 4.25% | $93.978 |
| February | 14 | | | $796,045.63 | 4.25% | $93.978 |
| February | 15 | January Interest | $1,314.01 | $797,359.64 | 4.25% | $94.133 |
| February | 16 | | | $797,359.64 | 4.25% | $94.133 |
| February | 17 | Buy 34,700 Silver | $475,214.00 | $1,272,573.64 | 4.25% | $150.234 |
| February | 18 | Disbursed 50K | $50,000.00 | $1,322,573.64 | 4.25% | $156.137 |
| February | 19 | Sell 10K Silver | ($140,000.00) | $1,182,573.64 | 4.25% | $139.609 |
| February | 20 | | | $1,182,573.64 | 4.25% | $139.609 |
| February | 21 | | | $1,182,573.64 | 4.25% | $139.609 |
| February | 22 | | | $1,182,573.64 | 4.25% | $139.609 |
| February | 23 | | | $1,182,573.64 | 4.25% | $139.609 |
| February | 24 | Buy 14K Silver / Buy 200 Gold - Disbursed $50K | ($31,960.00) | $1,150,613.64 | 4.25% | $135.836 |
| February | 25 | | | $1,150,613.64 | 4.25% | $135.836 |
| February | 26 | Buy 100 Gold / Sell3,500 Silver | $48,885.00 | $1,199,498.64 | 4.25% | $141.607 |
| February | 27 | Buy 9,000 Silver | $125,130.00 | $1,324,628.64 | 4.25% | $156.380 |
| February | 28 | | | $1,324,628.64 | 4.25% | $156.380 |
| March | 3 | Buy 18,000 Silver | $240,390.00 | $1,565,018.64 | | |

| Total Interest Due: | | | | | | $3,240.56 |
| --- | --- | --- | --- | --- | --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| INTEREST DUE: | 02-15-09 | $ | 1,314.01 | |
| INTEREST PAYMENT: | | $ | - | |

| Equity % | 18.250% |
| --- | --- |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions  regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica  California 90401  Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 2**



**A-MARK PRECIOUS METALS, INC.**

<u>Margin Account Statement</u>

| Margin Billing for: | March 2009 |
| --- | --- |

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 140
Irvine, CA 92612

| Product Description | Quantity |
| --- | --- |
| DF EX DEL GOLD | 360.00 |
| DF EX DEL SB | 141,780.00 |
| DF EX DEL PLAT | 200.00 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $3,071,111 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $1,565,018.64 | | |
| March | 1 | | | $1,565,018.64 | 4.25% | $184.759 |
| March | 2 | Rec'd Bank Wire | ($45,000.00) | $1,520,018.64 | 4.25% | $179.447 |
| March | 3 | | | $1,520,018.64 | 4.25% | $179.447 |
| March | 4 | Buy 5,000 Silver - Rec'd Bank Wire 100K & 75K | ($109,250.00) | $1,410,768.64 | 4.25% | $166.549 |
| March | 5 | Buy 5,000 Silver / Sell 15,000 Silver / Buy 50 Platinum | ($72,500.00) | $1,338,268.64 | 4.25% | $157.990 |
| March | 6 | Buy 20K Silver | $263,000.00 | $1,601,268.64 | 4.25% | $189.039 |
| March | 7 | | | $1,601,268.64 | 4.25% | $189.039 |
| March | 8 | | | $1,601,268.64 | 4.25% | $189.039 |
| March | 9 | Buy 2,500 Silver - Rec'd Bank Wire $25K & $30K | ($21,775.00) | $1,579,493.64 | 4.25% | $186.468 |
| March | 10 | Buy 2,000 Silver | $26,960.00 | $1,606,453.64 | 4.25% | $189.651 |
| March | 11 | Buy 5,000 Silver | $64,500.00 | $1,670,953.64 | 4.25% | $197.265 |
| March | 12 | Buy 20K Silver - Disbursed 60K | $314,200.00 | $1,985,153.64 | 4.25% | $234.358 |
| March | 13 | | | $1,985,153.64 | 4.25% | $234.358 |
| March | 14 | | | $1,985,153.64 | 4.25% | $234.358 |
| March | 15 | February Interest | $3,240.56 | $1,988,394.20 | 4.25% | $234.741 |
| March | 16 | | | $1,988,394.20 | 4.25% | $234.741 |
| March | 17 | | | $1,988,394.20 | 4.25% | $234.741 |
| March | 18 | | | $1,988,394.20 | 4.25% | $234.741 |
| March | 19 | Disbursed 50K | $50,000.00 | $2,038,394.20 | 4.25% | $240.644 |
| March | 20 | Sell 30K Silver PO 94269 | ($366,600.00) | $1,671,794.20 | 4.25% | $197.365 |
| March | 21 | | | $1,671,794.20 | 4.25% | $197.365 |
| March | 22 | | | $1,671,794.20 | 4.25% | $197.365 |
| March | 23 | Sell 10K Silver PO 94053 | ($135,800.00) | $1,535,994.20 | 4.25% | $181.333 |
| March | 24 | Buy 2K Silver | $27,700.00 | $1,563,694.20 | 4.25% | $184.603 |
| March | 25 | Buy 50 Gold | $47,675.00 | $1,611,369.20 | 4.25% | $190.231 |
| March | 26 | Buy 95 Platinum | $106,400.00 | $1,717,769.20 | 4.25% | $202.792 |
| March | 27 | Buy 100 x Gold & 4,000 x Silver | $146,970.00 | $1,864,739.20 | 4.25% | $220.143 |
| March | 28 | | | $1,864,739.20 | 4.25% | $220.143 |
| March | 29 | | | $1,864,739.20 | 4.25% | $220.143 |
| March | 30 | Buy 55 x Platinum | $64,150.00 | $1,928,889.20 | 4.25% | $227.716 |
| March | 31 | | | $1,928,889.20 | 4.25% | $227.716 |

| Total Interest Due: | | | | | | $6,358.29 |
| --- | --- | --- | --- | --- | --- | --- |

| INTEREST DUE: | 03-15-09 | $ | 3,240.56 | | Equity % | 19.693% |
| --- | --- | --- | --- | --- | --- | --- |
| INTEREST PAYMENT: | | $ | | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement. (310) 587-1474

429 Santa Monica Blvd. Suite 230  Santa Monica  California 90401  Telephone (310) 587-1474  Fax (310) 319-0279

**EXHIBIT "3"**
**Page 3**

 **A-MARK PRECIOUS METALS, INC.**

## Margin Account Statement

| Margin Billing for: | April 2009 |
| --- | --- |

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 140
Irvine, CA  92612

| Product Description | Quantity |
| --- | --- |
| DF EX DEL GOLD | 350.00 |
| DF EX DEL SB | 201,780.00 |
| DF EX DEL PLAT | 145.00 |
| Account Number:  101116 | |
| Under/(Over) Limit: | $2,981,862 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $1,928,889.20 | | |
| April | 1 | | | $1,928,889.20 | | |
| April | 2 | | | $1,928,889.20 | 5.25% | $281.296 |
| April | 3 | | | $1,928,889.20 | 5.25% | $281.296 |
| April | 4 | | | $1,928,889.20 | 5.25% | $281.296 |
| April | 5 | | | $1,928,889.20 | 5.25% | $281.296 |
| April | 6 | | | $1,928,889.20 | 5.25% | $281.296 |
| April | 7 | | | $1,928,889.20 | 5.25% | $281.296 |
| April | 8 | Buy 30 Gold / Sell 90 Gold (96609 fixed to 877.40, 233897 = X) | ($52,434.00) | $1,876,455.20 | 5.25% | $281.296 |
| April | 9 | Buy 50 Gold - Rec'd Bank Wire 50K | ($5,810.00) | $1,870,645.20 | 5.25% | $273.650 |
| April | 10 | | | $1,870,645.20 | 5.25% | $272.802 |
| April | 11 | | | $1,870,645.20 | 5.25% | $272.802 |
| April | 12 | | | $1,870,645.20 | 5.25% | $272.802 |
| April | 13 | Buy 3,000 Silver / Rec'd Bank Wire 60K | ($22,650.00) | $1,847,995.20 | 5.25% | $272.802 |
| April | 14 | | | $1,847,995.20 | 5.25% | $269.499 |
| April | 15 | March Interest        buy 25 x Plat & 25K Silver/ Sell 100 G | $235,133.29 | $2,083,128.49 | 5.25% | $269.499 |
| April | 16 | Rec'd Bank Wire | ($75,000.00) | $2,008,128.49 | 5.25% | $303.790 |
| April | 17 | Rec'd Bank Wire | ($75,000.00) | $1,933,128.49 | 5.25% | $292.852 |
| April | 18 | | | $1,933,128.49 | 5.25% | $281.915 |
| April | 19 | | | $1,933,128.49 | 5.25% | $281.915 |
| April | 20 | Buy 4,500 x Silver / Buy 20 x Platinum | $79,960.00 | $2,013,088.49 | 5.25% | $281.915 |
| April | 21 | Buy 5,000 x Silver / Sell 100 x Gold | ($26,150.00) | $1,986,938.49 | 5.25% | $293.575 |
| April | 22 | Buy 2500 x Silver | $30,450.00 | $2,017,388.49 | 5.25% | $289.762 |
| April | 23 | Buy 5,000 x Silver | $61,250.00 | $2,078,638.49 | 5.25% | $294.202 |
| April | 24 | | | $2,078,638.49 | 5.25% | $303.135 |
| April | 25 | | | $2,078,638.49 | 5.25% | $303.135 |
| April | 26 | | | $2,078,638.49 | 5.25% | $303.135 |
| April | 27 | Buy 100 Gold - Rec'd Bank Wire - $50K | $39,500.00 | $2,118,138.49 | 5.25% | $303.135 |
| April | 28 | | | $2,118,138.49 | 5.25% | $308.895 |
| April | 29 | Rec'd Bank Wire | ($100,000.00) | $2,018,138.49 | 5.25% | $308.895 |
| April | 30 | | | $2,018,138.49 | 5.25% | $294.312 |
| | | | | $2,018,138.49 | 5.25% | $294.312 |

| Total Interest Due: | | | | | | $8,611.81 |
| --- | --- | --- | --- | --- | --- | --- |

| INTEREST DUE: | 04-15-09 | $    235,133.29 | | Equity % | 31.926% |
| --- | --- | --- | --- | --- | --- |
| INTEREST PAYMENT: | | $           - | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions  regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 4**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | May 2009 |
|---|---|

Bill To:

| Hunter Wise Financial Group LLC |
|---|
| 2361 Campus Drive |
| Suite 140 |
| Irvine, CA  92612 |

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 400.00 |
| DF EX DEL SB | 124,280.00 |
| DF EX DEL PLAT | 1,410.00 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $2,678,948 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $2,018,138.49 | | |
| May | 1 | Buy 13,000 Silver | $166,430.00 | $2,184,568.49 | 5.25% | $318.583 |
| May | 2 | Buy 2,000 Silver | $24,900.00 | $2,209,468.49 | 5.25% | $322.214 |
| May | 3 | | | $2,209,468.49 | 5.25% | $322.214 |
| May | 4 | | | $2,209,468.49 | 5.25% | $322.214 |
| May | 5 | | | $2,209,468.49 | 5.25% | $322.214 |
| May | 6 | Buy 10,000 x Silver / Disbursed 50K | $179,700.00 | $2,389,168.49 | 5.25% | $348.420 |
| May | 7 | Disbursed 100K | $100,000.00 | $2,489,168.49 | 5.25% | $363.004 |
| May | 8 | Sell 25,000 x Silver - Rec'd 100K Bank Wire | ($443,450.00) | $2,045,718.49 | 5.25% | $298.334 |
| May | 9 | | | $2,045,718.49 | 5.25% | $298.334 |
| May | 10 | | | $2,045,718.49 | 5.25% | $298.334 |
| May | 11 | | | $2,045,718.49 | 6.25% | $355.159 |
| May | 12 | | | $2,045,718.49 | 6.25% | $355.159 |
| May | 13 | | | $2,045,718.49 | 6.25% | $355.159 |
| May | 14 | Buy 20 x Gold / Sell 30,000 Silver / Disbursed 50K | ($357,586.00) | $1,688,132.49 | 6.25% | $293.079 |
| May | 15 | April Interest        Rec'd Bank Wire 75K | ($66,388.19) | $1,621,744.30 | 6.25% | $281.553 |
| May | 16 | | | $1,621,744.30 | 6.25% | $281.553 |
| May | 17 | | | $1,621,744.30 | 6.25% | $281.553 |
| May | 18 | Buy 150 x Gold / Sell 100 Gold / Rec'd Bank Wire - 90K | ($43,525.00) | $1,578,219.30 | 6.25% | $273.996 |
| May | 19 | Buy 8,000 Silver / Buy 260 x Platinum | $403,880.00 | $1,982,099.30 | 6.25% | $344.114 |
| May | 20 | Buy 3,000 x Silver / buy 130 Platinum | $189,850.00 | $2,171,949.30 | 6.25% | $377.075 |
| May | 21 | Rec'd Bank Wire | ($50,000.00) | $2,121,949.30 | 6.25% | $368.394 |
| May | 22 | Buy 75 x Platinum | $86,547.50 | $2,208,496.80 | 6.25% | $383.420 |
| May | 23 | | | $2,208,496.80 | 6.25% | $383.420 |
| May | 24 | | | $2,208,496.80 | 6.25% | $383.420 |
| May | 25 | | | $2,208,496.80 | 6.25% | $383.420 |
| May | 26 | Buy 5,000 Silver / 30 x Platinum | $105,830.00 | $2,314,326.80 | 6.25% | $401.793 |
| May | 27 | | | $2,314,326.80 | 6.25% | $401.793 |
| May | 28 | Buy 40 x Platinum / Sell 20 x Gold - Disbursed 100K | $126,545.00 | $2,440,871.80 | 6.25% | $423.762 |
| May | 29 | Buy 90 x Platinum / Sell 15K x Silver | ($119,820.00) | $2,321,051.80 | 6.25% | $402.960 |
| May | 30 | | | $2,321,051.80 | 6.25% | $402.960 |
| May | 31 | | | $2,321,051.80 | 6.25% | $402.960 |
| June | 1 | Buy 320 x Platinum / Sell 10K x Silver | $160,870.00 | $2,481,921.80 | | |
| **Total Interest Due:** | | | | | | **$10,750.57** |

| | INTEREST DUE: | 05-15-09 | $ | 8,611.81 | | Equity % | 42.192% |
|---|---|---|---|---|---|---|---|
| | INTEREST PAYMENT: | | $ | - | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions  regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 5**



**A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | June 2009 |
|---|---|

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 140**
**Irvine, CA  92612**

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 300.00 |
| DF EX DEL SB | 121,780.00 |
| DF EX DEL PLAT | 2,090.00 |
| DF EX DEL PALL | 100.00 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $1,704,141 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $2,321,051.80 | | |
| June | 1 | Buy 320 x Platinum / Sell 10K x Silver / Disbursed 120 K | $280,870.00 | $2,601,921.80 | 6.25% | $451.723 |
| June | 2 | Buy 325 x Platinum / Sell 18,500 x Silver - Rec'd Bank Wire 70K | $481.50 | $2,602,403.30 | 6.25% | $451.806 |
| June | 3 | Buy 190 x Platinum / Sell 19,000 x Silver | ($65,795.00) | $2,536,608.30 | 6.25% | $440.383 |
| June | 4 | Buy 245 x Platinum | $304,600.00 | $2,841,208.30 | 6.25% | $493.265 |
| June | 5 | Buy 160 x Platinum / Sell 12,000 x Silver - Rec'd Bank Wire 40K | ($23,930.00) | $2,817,278.30 | 6.25% | $489.111 |
| June | 6 | Sell 17,500 x Silver / Buy 255 x Platinum / Buy 2,000 x Silver | $81,495.00 | $2,898,773.30 | 6.25% | $503.259 |
| June | 7 | Buy 155 x Platinum | $198,395.00 | $3,097,168.30 | 6.25% | $537.703 |
| June | 8 | | | $3,097,168.30 | 6.25% | $537.703 |
| June | 9 | | | $3,097,168.30 | 6.25% | $537.703 |
| June | 10 | Sell 15,000 x Silver / Buy 110 x Platinum | ($86,912.50) | $3,010,255.80 | 6.25% | $522.614 |
| June | 11 | Sell 100 x Platinum / Sell 50 x Gold / Buy 30 x Platinum | ($135,195.00) | $2,875,060.80 | 6.25% | $499.143 |
| June | 12 | Sell 30 x Platinum | ($38,130.00) | $2,836,930.80 | 6.25% | $492.523 |
| June | 13 | | | $2,836,930.80 | 6.25% | $492.523 |
| June | 14 | | | $2,836,930.80 | 6.25% | $492.523 |
| June | 15 | May Interest              Buy 100 x Palladium - Disbursed 50K | $86,950.57 | $2,923,881.37 | 6.25% | $507.618 |
| June | 16 | Buy 30 x Platinum | $37,760.00 | $2,961,641.37 | 6.25% | $514.174 |
| June | 17 | Buy 40 x Platinum / Buy 5,000 x Silver | $118,910.00 | $3,080,551.37 | 6.25% | $534.818 |
| June | 18 | Buy 20 x Platinum - Rec'd Bank Wire | ($25,560.00) | $3,054,991.37 | 6.25% | $530.380 |
| June | 19 | | | $3,054,991.37 | 6.25% | $530.380 |
| June | 20 | | | $3,054,991.37 | 6.25% | $530.380 |
| June | 21 | | | $3,054,991.37 | 6.25% | $530.380 |
| June | 22 | Buy 20 x Platinum | $24,260.00 | $3,079,251.37 | 6.25% | $534.592 |
| June | 23 | | | $3,079,251.37 | 6.25% | $534.592 |
| June | 24 | Buy 4,000 x Silver  Disbursed $30K | $85,360.00 | $3,164,611.37 | 6.25% | $549.412 |
| June | 25 | Buy 10 x Platinum / Buy 27,000 x Silver / Sell 315 x Platinum | $21,770.00 | $3,186,381.37 | 6.25% | $553.191 |
| June | 26 | Buy 4,000 x Silver / Sell 50 x Gold | $9,085.00 | $3,195,466.37 | 6.25% | $554.768 |
| June | 27 | | | $3,195,466.37 | 6.25% | $554.768 |
| June | 28 | | | $3,195,466.37 | 6.25% | $554.768 |
| June | 29 | Buy 6,000 x Silver / Buy 10 x Platinum | $96,380.00 | $3,291,846.37 | 6.25% | $571.501 |
| June | 30 | Buy 10 x Platinum | $12,050.00 | $3,303,896.37 | 6.25% | $573.593 |
| July | 1 | Sell 160 x Platinum / Buy 13,000 x Silver | ($8,037.50) | $3,295,858.87 | | |
| **Total Interest Due:** | | | | | | **$15,601.30** |

|  |  |  | | Equity % | 26.806% |
|---|---|---|---|---|---|
| INTEREST DUE: | 06-15-09 | $ | 8,611.81 | | |
| INTEREST PAYMENT: | | $ | - | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions  regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica  California 90401  Telephone (310) 587-1474  Fax (310) 319-0279

**EXHIBIT "3"**
**Page 6**



**A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | July 2009 |
| --- | --- |

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 140**
**Irvine, CA  92612**

| Product Description | Quantity |
| --- | --- |
| DF EX DEL GOLD | 290.00 |
| DF EX DEL SB | 354,180.00 |
| DF EX DEL PLAT | 175.00 |
| DF EX DEL PALL | 250.00 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $1,274,352 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $3,303,896.37 | | |
| July | 1 | Sell 160 x Platinum / Buy 13,000 x Silver | ($8,037.50) | $3,295,858.87 | 6.25% | $572.198 |
| July | 2 | | | $3,295,858.87 | 6.25% | $572.198 |
| July | 3 | | | $3,295,858.87 | 6.25% | $572.198 |
| July | 4 | | | $3,295,858.87 | 6.25% | $572.198 |
| July | 5 | | | $3,295,858.87 | 6.25% | $572.198 |
| July | 6 | Buy 10,500 x Sil / Sell 110 x PT / Sell 4,400 x Sil / Sell 95 x Gold | ($134,043.00) | $3,161,815.87 | 6.25% | $548.926 |
| July | 7 | | | $3,161,815.87 | 6.25% | $548.926 |
| July | 8 | Buy 5K x S / Buy 10 x PT / Sell 30 x G / Sell 2K x S / Sell 20 x PT | $715.00 | $3,162,530.87 | 6.25% | $549.050 |
| July | 9 | Buy 21,300 x Silver / Sell 190 x Platinum | $66,109.50 | $3,228,640.37 | 6.25% | $560.528 |
| July | 10 | Buy 70.5K x S / Sell 1,250 x PT / Sell 40 x G / Sell 7K x S / Buy 60 x G | ($457,910.00) | $2,770,730.37 | 6.25% | $481.030 |
| July | 11 | Disbursed 75 K on July 10th | | $2,770,730.37 | 6.25% | $481.030 |
| July | 12 | | | $2,770,730.37 | 6.25% | $481.030 |
| July | 13 | Buy 25,500 x Silver / Sell 215 x Platinum - Rec'd Bank Wire 75K | $17,551.00 | $2,788,281.37 | 6.25% | $484.077 |
| July | 14 | Buy 7,000 x Silver / Sell 60 x Platinum | $22,847.00 | $2,811,128.37 | 6.25% | $488.043 |
| July | 15 | June Interest       Buy 11,000 x Silver / Sell 20 x Platinum | $131,641.30 | $2,942,769.67 | 6.25% | $510.898 |
| July | 16 | Buy 3,000 x Silver - Rec'd BankWire 50 K | ($11,110.00) | $2,931,659.67 | 6.25% | $508.969 |
| July | 17 | Buy 15 x Platinum / 35 x Gold / 4,000 x Silver | $103,534.50 | $3,035,194.17 | 6.25% | $526.943 |
| July | 18 | | | $3,035,194.17 | 6.25% | $526.943 |
| July | 19 | | | $3,035,194.17 | 6.25% | $526.943 |
| July | 20 | Buy 50 x Gold / Buy 3,000 x Silver | $86,830.00 | $3,122,024.17 | 6.25% | $542.018 |
| July | 21 | Buy 2,000 x Silver | $26,280.00 | $3,148,304.17 | 6.25% | $546.581 |
| July | 22 | Sell 100 x Gold / Buy 6,000 x Silver / Sell 3,000 x Silver | ($53,730.00) | $3,094,574.17 | 6.25% | $537.252 |
| July | 23 | Buy 2,000 x Silver | $27,200.00 | $3,121,774.17 | 6.25% | $541.975 |
| July | 24 | Buy 4,000 x Silver / Sell 20 x Platinum | $31,380.00 | $3,153,154.17 | 6.25% | $547.423 |
| July | 25 | | | $3,153,154.17 | 6.25% | $547.423 |
| July | 26 | | | $3,153,154.17 | 6.25% | $547.423 |
| July | 27 | Buy 2,000 x Silver - Received Bank Wire - $75K | ($47,320.00) | $3,105,834.17 | 6.25% | $539.207 |
| July | 28 | Buy 13,000 x Silver | $180,620.00 | $3,286,454.17 | 6.25% | $570.565 |
| July | 29 | Buy 250 x PD / Buy 30 x Gold / Buy 8,000 x Silver - Rec'd BW 120K | $87,617.00 | $3,374,071.17 | 6.25% | $585.776 |
| July | 30 | Buy 24,500 x Silver - Rec'd Bank Wire 75K | $261,420.00 | $3,635,491.17 | 6.25% | $631.162 |
| July | 31 | Buy 80 x Gold / Buy 6,000 x Silver / Sell 100 x PD / Sell x 35 PT | $90,157.00 | $3,725,648.17 | 6.25% | $646.814 |
| August | 3 | Buy 20,500 x Silver / Sell 20 x Platinum | $254,285.00 | $3,979,933.17 | | |
| **Total Interest Due:** | | | | | | **$16,867.94** |

|  | INTEREST DUE: | 06-15-09 | $ | 8,611.81 | Equity % | 30.917% |
| --- | --- | --- | --- | --- | --- | --- |
|  | INTEREST PAYMENT: | | $ | - | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 7**



**A-MARK PRECIOUS METALS, INC.**

## Margin Account Statement

| Margin Billing for: | August 2009 |
|---|---|

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 140
Irvine, CA 92612

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 400.00 |
| DF EX DEL SB | 413,580.00 |
| DF EX DEL PLAT | 250.00 |
| DF EX DEL PALL | 1,300.00 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $2,153,897 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $3,725,648.17 | | |
| August | 1 | | | $3,725,648.17 | 6.25% | $646.814 |
| August | 2 | | | $3,725,648.17 | 6.25% | $646.814 |
| August | 3 | Buy 25,500 x AG / Sell 20 x PT | $321,935.00 | $4,047,583.17 | 6.25% | $702.705 |
| August | 4 | | | $4,047,583.17 | 6.25% | $702.705 |
| August | 5 | Sell 100 x PT / Buy 10,000 x AG - Rec'd Bank Wire $60K | ($40,700.00) | $4,006,883.17 | 6.25% | $695.639 |
| August | 6 | Buy 7,000 x AG / Sell 20 x PT / Sell 24,000 x AG | ($274,440.00) | $3,732,443.17 | 6.25% | $647.994 |
| August | 7 | Buy 20,500 x AG / Sell 35 x PT / Sell 4,000 x AG - Rec'd BW 70K | $128,195.00 | $3,860,638.17 | 6.25% | $670.250 |
| August | 8 | | | $3,860,638.17 | 6.25% | $670.250 |
| August | 9 | | | $3,860,638.17 | 6.25% | $670.250 |
| August | 10 | Buy 17,500 x AG / Buy 200 x PD / Sell 5,000 x AG - Bank Wire 90K | $152,860.00 | $4,013,498.17 | 6.25% | $696.788 |
| August | 11 | Buy 11,000 x AG / Sell 5,000 x AG / Buy 200 x PD | $143,790.00 | $4,157,288.17 | 6.25% | $721.751 |
| August | 12 | Sell 5,000 x AG / Buy 450 x PD | $53,612.50 | $4,210,900.67 | 6.25% | $731.059 |
| August | 13 | Buy 24,000 x AG | $343,100.00 | $4,554,000.67 | 6.25% | $790.625 |
| August | 14 | Rec'd Bank Wire | ($50,000.00) | $4,504,000.67 | 6.25% | $781.945 |
| August | 15 | July Interest | $16,867.94 | $4,520,868.61 | 6.25% | $784.873 |
| August | 16 | | | $4,520,868.61 | 6.25% | $784.873 |
| August | 17 | Buy 2,000 x AG / Buy 40 x AU | $68,208.00 | $4,589,076.61 | 6.25% | $796.715 |
| August | 18 | Buy 10,000 x AG | $148,000.00 | $4,737,076.61 | 6.25% | $822.409 |
| August | 19 | Buy 15,000 x AG - Rec'd Bank Wire 80K | $130,600.00 | $4,867,676.61 | 6.25% | $845.083 |
| August | 20 | Buy 6,000 x AG - Rec'd Bank Wire 50K | $34,160.00 | $4,901,836.61 | 6.25% | $851.013 |
| August | 21 | Buy 19,000 x AG | $264,000.00 | $5,165,836.61 | 6.25% | $896.847 |
| August | 22 | | | $5,165,836.61 | 6.25% | $896.847 |
| August | 23 | | | $5,165,836.61 | 6.25% | $896.847 |
| August | 24 | Buy 5,000 x AG | $69,750.00 | $5,235,586.61 | 6.25% | $908.956 |
| August | 25 | | | $5,235,586.61 | 6.25% | $908.956 |
| August | 26 | | | $5,235,586.61 | 6.25% | $908.956 |
| August | 27 | Sell 10 x PT / Buy 9,000 x AG | $117,105.00 | $5,352,691.61 | 6.25% | $929.287 |
| August | 28 | Buy 210 x PT/Buy 95 x AU/Sell 24,600 x AG/Sell 50 x AU/Sell 30 x PT | ($84,216.50) | $5,268,475.11 | 6.25% | $914.666 |
| August | 29 | | | $5,268,475.11 | 6.25% | $914.666 |
| August | 30 | | | $5,268,475.11 | 6.25% | $914.666 |
| August | 31 | Buy 17K x AG/Sell 20.5 K x AG/Buy 25 x AU/Buy 200 x PD/Buy 35 x PT | $77,627.50 | $5,346,102.61 | 6.25% | $928.143 |

| Total Interest Due: | | | | | | $24,679.39 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| INTEREST DUE: | 08-15-09 | $ | 8,611.81 | Equity %   31.682% |
| INTEREST PAYMENT: | | $ | - | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 8**



**A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | September 2009 |
|---|---|

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 140
Irvine, CA 92612

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 390.00 |
| DF EX DEL SB | 466,580.00 |
| DF EX DEL PLAT | 1,460.00 |
| DF EX DEL PALL | 350.00 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $462.804 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $5,346,102.61 | | |
| September | 1 | Buy 25 x PT / Sell 30,500 x AG - Disbursed 50K | ($370,095.00) | $4,976,007.61 | 6.25% | $863.890 |
| September | 2 | Sell 29,000 x AG / Buy 30 x PT / Buy 100 x AU | ($297,377.50) | $4,678,630.11 | 6.25% | $812.262 |
| September | 3 | Sell 16,000 x AG / Buy 50 x PD - Disbursed 30K | ($195,635.00) | $4,482,995.11 | 6.25% | $778.298 |
| September | 4 | Buy 135 x PT / Sell 52,000 x AG - Disbursed 50K | ($577,285.00) | $3,905,710.11 | 6.25% | $678.075 |
| September | 5 | | | $3,905,710.11 | 6.25% | $678.075 |
| September | 6 | | | $3,905,710.11 | 6.25% | $678.075 |
| September | 7 | | | $3,905,710.11 | 6.25% | $678.075 |
| September | 8 | Buy 270 x PT / Sell 66,000 x AG / Sell 50 x AU - Rec'd Bank Wire 120K | ($947,800.00) | $2,957,910.11 | 6.25% | $513.526 |
| September | 9 | Sell 96,000 x AG / Buy 40 x PT | ($1,482,880.00) | $1,475,030.11 | 6.25% | $256.082 |
| September | 10 | Buy 180 x PT / Buy 10 x AU / Sell 40 x AU / Sell 23,000 x AG | ($178,780.00) | $1,296,250.11 | 6.25% | $225.043 |
| September | 11 | Sell 10 x AU / Sell 8,000 x AG / Buy 40 x PT | ($90,441.00) | $1,205,809.11 | 6.25% | $209.342 |
| September | 12 | | | $1,205,809.11 | 6.25% | $209.342 |
| September | 13 | | | $1,205,809.11 | 6.25% | $209.342 |
| September | 14 | Buy 20,500 x AG / Buy 205 x PT / Sell 4,000 x AG - Disbursed 120K | $654,205.00 | $1,860,014.11 | 6.25% | $322.919 |
| September | 15 | August Interest        Sell 25 K x AG / Buy 52 K x AG / Buy 65 x PT | $768,544.39 | $2,628,558.50 | 6.25% | $456.347 |
| September | 16 | Buy 34,500 x AG (Disbursed 200K 9/15/09) | $572,555.00 | $3,201,113.50 | 6.25% | $555.749 |
| September | 17 | Buy 27,000 x AG / Buy 20 x AU / Buy 10 x PT | $489,442.00 | $3,690,555.50 | 6.25% | $640.721 |
| September | 18 | Sell 10 x PT / Buy 27,000 x AG / Sell 200 x PD | $422,740.00 | $4,113,295.50 | 6.25% | $714.114 |
| September | 19 | | | $4,113,295.50 | 6.25% | $714.114 |
| September | 20 | | | $4,113,295.50 | 6.25% | $714.114 |
| September | 21 | Sell 15 x PT/ Buy 39K x AG / Buy 50 x PD / Buy 10 x PT-Rec'd BW 100K | $587,245.00 | $4,700,540.50 | 6.25% | $816.066 |
| September | 22 | Buy 29,000 x AG / Buy 35 x PT / Buy 50 x PD | $557,380.00 | $5,257,920.50 | 6.25% | $912.833 |
| September | 23 | Sell 900 x PD / Buy 37,000 x AG - Rec'd Bank Wire 100K | $259,170.00 | $5,517,090.50 | 6.25% | $957.828 |
| September | 24 | Buy 15,000 x AG / Sell 30 x PT - Rec'd Bank Wire 100K | $118,130.00 | $5,635,220.50 | 6.25% | $978.337 |
| September | 25 | Buy 27,500 x AG / Buy 120 x PT - Shipped CSGB - Rec'd BW 150K | $521,235.00 | $6,156,455.50 | 6.25% | $1,068.829 |
| September | 26 | | | $6,156,455.50 | 6.25% | $1,068.829 |
| September | 27 | | | $6,156,455.50 | 6.25% | $1,068.829 |
| September | 28 | Buy 19,500 x AG / Buy 40 x PT - Rec'd Bank Wire 130K | $241,150.00 | $6,397,605.50 | 6.25% | $1,110.695 |
| September | 29 | | | $6,397,605.50 | 6.25% | $1,110.695 |
| September | 30 | Buy 125 x PT / Buy 25,000 x AG | $565,775.00 | $6,963,380.50 | 6.25% | $1,208.920 |
| October | 1 | Buy 7,000 x AG / Sell 40 x AU | $73,816.00 | $7,037,196.50 | | |
| October | 2 | Buy 12,000 x AG / Sell 10 x PT | $186,240.00 | $7,223,436.50 | | |
| **Total Interest Due:** | | | | | | |
| | | | | | | **$21,209.37** |

| | | | | | |
|---|---|---|---|---|---|
| INTEREST DUE: | 09-15-09 | $ | 8,611.81 | Equity % | 31.367% |
| INTEREST PAYMENT: | | $ | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement. (310) 587-1474

429 Santa Monica Blvd. Suite 230   Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 9**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | October 2009 |
|---|---|

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 140**
**Irvine, CA 92612**

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 1,210 |
| DF EX DEL SB | 591,880 |
| DF EX DEL PLAT | 1,080 |
| DF EX DEL PALL | 645 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $407,742 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $6,963,380.50 | | |
| October | 1 | Buy 7,000 x AG / Sell 40 x AU | $73,816.00 | $7,037,196.50 | 6.25% | $1,221.736 |
| October | 2 | Buy 12,000 x AG / Sell 10 x PT | $186,240.00 | $7,223,436.50 | 6.25% | $1,254.069 |
| October | 3 | | | $7,223,436.50 | 6.25% | $1,254.069 |
| October | 4 | | | $7,223,436.50 | 6.25% | $1,254.069 |
| October | 5 | Disbursed $100,000 | $100,000.00 | $7,323,436.50 | 6.25% | $1,271.430 |
| October | 6 | Buy 120 x AU / Buy 22,000 x AG | $476,540.00 | $7,799,976.50 | 6.25% | $1,354.163 |
| October | 7 | Sell 40,000 x AG / Buy 200 x PT | ($387,200.00) | $7,412,776.50 | 6.25% | $1,286.940 |
| October | 8 | Sell 195 x AU/Buy 60 x PT/Buy 7,000 x AG/Buy 50 x PD - Rec'd BW 100K | ($87,715.00) | $7,325,061.50 | 6.25% | $1,271.712 |
| October | 9 | Buy 8,000 x AG / Buy 105 x AU / Buy 10 x PT - Rec'd BW 100K | $162,462.00 | $7,487,523.50 | 6.25% | $1,299.917 |
| October | 10 | | | $7,487,523.50 | 6.25% | $1,299.917 |
| October | 11 | | | $7,487,523.50 | 6.25% | $1,299.917 |
| October | 12 | | | $7,487,523.50 | 6.25% | $1,299.917 |
| October | 13 | Buy 10 x PT / Buy 13,500 x AG / Buy 115 x AU | $374,214.00 | $7,861,737.50 | 6.25% | $1,364.885 |
| October | 14 | Buy 2,000 x AG / Buy 20 x PT - Rec'd Bank Wire on the 15th - 120,000 K | $62,670.00 | $7,924,407.50 | 6.25% | $1,375.765 |
| October | 15 | September Interest        Sell 60 x PT / Buy 175 x Gold/ Buy 10K x AG | $183,885.37 | $8,108,292.87 | 6.25% | $1,407.690 |
| October | 16 | Buy 15,500 x AG - Shipped 9 x KRANDS - RFI 225772 | $287,496.00 | $8,395,788.87 | 6.25% | $1,457.602 |
| October | 17 | | | $8,395,788.87 | 6.25% | $1,457.602 |
| October | 18 | | | $8,395,788.87 | 6.25% | $1,457.602 |
| October | 19 | Buy 14,000 x AG / Buy 25 x AU / Buy 25 PT / Sell 2,000 AG | $270,592.50 | $8,666,381.37 | 6.25% | $1,504.580 |
| October | 20 | Buy 8,000 x AG / Buy 25 x PT - Shipped 7 x 10 oz Gold Bars | $247,870.00 | $8,914,251.37 | 6.25% | $1,547.613 |
| October | 21 | Buy 4,000 x AG / Buy 60 x AU | $133,794.00 | $9,048,045.37 | 6.25% | $1,570.841 |
| October | 22 | Sell 125 x PT/ Buy 24K x AG/ Buy 100 x PD/ Sell 5K x AG/Buy 100 x PT | $212,487.00 | $9,260,532.37 | 6.25% | $1,607.731 |
| October | 23 | Sell 110 x PT / Buy 17500 x AG / Sell 50 PT / Buy 45 PT / Sell 5,000 AG | ($33,810.00) | $9,226,722.37 | 6.25% | $1,601.862 |
| October | 24 | Rec'd Bank Wire on 10-23 $100K | | $9,226,722.37 | 6.25% | $1,601.862 |
| October | 25 | | | $9,226,722.37 | 6.25% | $1,601.862 |
| October | 26 | Sell 14,000 AG/ Sell 110 PT/ Buy 6000 AG / Buy 155 AU/ Buy 215 PT | $167,904.00 | $9,394,626.37 | 6.25% | $1,631.012 |
| October | 27 | Buy 9800 x AG | $175,880.00 | $9,570,506.37 | 6.25% | $1,661.546 |
| October | 28 | Sell 18,000 x AG | ($306,900.00) | $9,263,606.37 | 6.25% | $1,608.265 |
| October | 29 | Buy 35,500 x AG / Sell 310 x PT / Buy 100 x AU - Shipped 9 x Krand | $292,479.00 | $9,556,085.37 | 6.25% | $1,659.043 |
| October | 30 | Buy 160 x AU / Buy 7500 x AG / Sell 195 x PT / Buy 80 x PD | $68,537.50 | $9,624,622.87 | 6.25% | $1,670.941 |
| Nov | 2 | Buy 65 x PD / Sell 40 x PT | ($32,365.00) | $9,592,257.87 | | |
| Nov | 3 | Buy 5000 x AG | $82,250.00 | $9,674,507.87 | | |
| **Total Interest Due:** | | | | | | **$43,156.16** |

| INTEREST DUE: | 10-15-09 | $ | 8,611.81 | | Equity % | 26.064% |
|---|---|---|---|---|---|---|
| INTEREST PAYMENT: | | $ | | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica  California 90401  Telephone (310) 587-1474  Fax (310) 319-0279

**EXHIBIT "3"**
**Page 10**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | November 2009 |
| --- | --- |

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 140**
**Irvine, CA  92612**

| Product Description | Quantity |
| --- | --- |
| DF EX DEL GOLD | 975 |
| DF EX DEL SB | 497,380 |
| DF EX DEL PLAT | 1,035 |
| DF EX DEL PALL | 855 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $764,407 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $9,624,622.87 | | |
| November | 1 | | | $9,624,622.87 | 6.25% | $1,670.941 |
| November | 2 | Buy 65 x PD / Sell 40 x PT | ($32,365.00) | $9,592,257.87 | 6.25% | $1,665.323 |
| November | 3 | Buy 5000 x AG | $82,250.00 | $9,674,507.87 | 6.25% | $1,679.602 |
| November | 4 | | | $9,674,507.87 | 6.25% | $1,679.602 |
| November | 5 | Sell 100 x AU | ($107,820.00) | $9,566,687.87 | 6.25% | $1,660.883 |
| November | 6 | Buy 170 x PD | $56,610.00 | $9,623,297.87 | 6.25% | $1,670.711 |
| November | 7 | | | $9,623,297.87 | 6.25% | $1,670.711 |
| November | 8 | | | $9,623,297.87 | 6.25% | $1,670.711 |
| November | 9 | Sell 55 x AU / Buy 4,000 x AG / Buy 130 x AU | $151,995.00 | $9,775,292.87 | 6.25% | $1,697.099 |
| November | 10 | Sell 15,000 x AG / Buy 175 x PT | ($24,500.00) | $9,750,792.87 | 6.25% | $1,692.846 |
| November | 11 | | | $9,750,792.87 | 6.25% | $1,692.846 |
| November | 12 | Sell 80 x AU / Sell 30 x AU / Buy 40 x PD / Sell 20 x PT | ($135,256.00) | $9,615,536.87 | 6.25% | $1,669.364 |
| November | 13 | Buy 50 x PD | $17,250.00 | $9,632,786.87 | 6.25% | $1,672.359 |
| November | 14 | | | $9,632,786.87 | 6.25% | $1,672.359 |
| November | 15 | October Interest | $43,156.16 | $9,675,943.03 | 6.25% | $1,679.851 |
| November | 16 | Sell 50 x PD | ($17,650.00) | $9,658,293.03 | 6.25% | $1,676.787 |
| November | 17 | | | $9,658,293.03 | 6.25% | $1,676.787 |
| November | 18 | Sell 41,000 x AG / Buy 180 x PT / Sell 10 x PT | ($316,405.00) | $9,341,888.03 | 6.25% | $1,621.856 |
| November | 19 | Buy 125 x PT/ Sell 235 x PT/ Sell 50 x PD/ Sell 6k x AG- Disbursed 500K | $210,880.00 | $9,552,768.03 | 6.25% | $1,658.467 |
| November | 20 | Buy 60 x PT / Sell 40 x PT / Buy 50 x PD | $48,260.00 | $9,601,028.03 | 6.25% | $1,666.845 |
| November | 21 | | | $9,601,028.03 | 6.25% | $1,666.845 |
| November | 22 | | | $9,601,028.03 | 6.25% | $1,666.845 |
| November | 23 | Buy 10 x PT | $14,410.00 | $9,615,438.03 | 6.25% | $1,669.347 |
| November | 24 | | | $9,615,438.03 | 6.25% | $1,669.347 |
| November | 25 | Sell 220 x PT - Received Bank Wire 100K | ($421,785.00) | $9,193,653.03 | 6.25% | $1,596.120 |
| November | 26 | | | $9,193,653.03 | 6.25% | $1,596.120 |
| November | 27 | Buy 120 x PT / Buy 10,000 x AG / Sell 220 x PT | $41,940.00 | $9,235,593.03 | 6.25% | $1,603.402 |
| November | 28 | | | $9,235,593.03 | 6.25% | $1,603.402 |
| November | 29 | | | $9,235,593.03 | 6.25% | $1,603.402 |
| November | 30 | | | $9,235,593.03 | 6.25% | $1,603.402 |
| December | 2 | Buy 4.500 x AG / Sell 70 x PT | ($18,847.50) | $9,216,745.53 | | |
| December | 3 | Sell 61,000 x AG / Buy 100 x PT / Sell 100 x AU | ($1,137,960.00) | $8,078,785.53 | | |
| **Total Interest Due:** | | | | | | **$49,724.18** |

| | INTEREST DUE: | 11-15-09 | $ | 8,611.81 | | Equity % | 28.251% |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | INTEREST PAYMENT: | | $ | - | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions  regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica   California 90401   Telephone (310) 587-1474    Fax (310) 319-0279

**EXHIBIT "3"**
**Page 11**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | December 2009 |
|---|---|

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 140
Irvine, CA 92612

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 665 |
| DF EX DEL SB | 450,280 |
| DF EX DEL PLAT | 1,230 |
| DF EX DEL PALL | 1,040 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $2,020,203 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $9,235,593.03 | | |
| December | 1 | | | $9,235,593.03 | 6.25% | $1,603.402 |
| December | 2 | Buy 4,500 x AG / Sell 70 x PT | ($18,847.50) | $9,216,745.53 | 6.25% | $1,600.129 |
| December | 3 | Sell 61,000 x AG / Buy 100 x PT / Sell 100 x AU | ($1,425,660.00) | $7,791,085.53 | 6.25% | $1,352.619 |
| December | 4 | Sell 150 x PD / Sell 18,000 x AG / Sell 375 x AU / Buy 220 x PT | ($527,525.50) | $7,263,560.03 | 6.25% | $1,261.035 |
| December | 5 | | | $7,263,560.03 | 6.25% | $1,261.035 |
| December | 6 | | | $7,263,560.03 | 6.25% | $1,261.035 |
| December | 7 | Buy 170 x PT/Sell 18K x AG/Sell 75 x PT/Buy 96,500 x AG /Buy 35 x AU | $2,353,620.00 | $9,617,180.03 | 6.25% | $1,669.649 |
| December | 8 | Buy 2,000 x AG | $37,320.00 | $9,654,500.03 | 6.25% | $1,676.128 |
| December | 9 | Buy 60 x PD - Disbursed 200K | $222,530.00 | $9,877,030.03 | 6.25% | $1,714.762 |
| December | 10 | | | $9,877,030.03 | 6.25% | $1,714.762 |
| December | 11 | Buy 40 x PT / Sell 34,000 x AG | ($$527,250.00) | $9,349,780.03 | 6.25% | $1,623.226 |
| December | 12 | | | $9,349,780.03 | 6.25% | $1,623.226 |
| December | 13 | | | $9,349,780.03 | 6.25% | $1,623.226 |
| December | 14 | Buy 240 x PT / Sell 13,600 x AG - Disbursed 250K | $357,369.00 | $9,707,149.03 | 6.25% | $1,685.269 |
| December | 15 | November Interest          Sell 137,500 x AG/ Buy 5,500 x AG/ Buy 150 x PD | ($2,133,950.82) | $7,573,198.21 | 6.25% | $1,314.791 |
| December | 16 | Buy 50 x PD / Buy 16,000 x AG | $296,000.00 | $7,869,198.21 | 6.25% | $1,366.180 |
| December | 17 | Buy 7,000 x AG / Buy 20 x PT | $151,380.00 | $8,020,578.21 | 6.25% | $1,392.461 |
| December | 18 | Sell 30 x PT / Buy 6,500 x AG - Disbursed 250K - Rec'd BW 250K | $71,440.00 | $8,092,018.21 | 6.25% | $1,404.864 |
| December | 19 | | | $8,092,018.21 | 6.25% | $1,404.864 |
| December | 20 | | | $8,092,018.21 | 6.25% | $1,404.864 |
| December | 21 | Sell 15 x PT / Buy 8,500 x AG - Rec'd Bank Wire $100K | $25,955.00 | $8,117,973.21 | 6.25% | $1,409.370 |
| December | 22 | | | $8,117,973.21 | 6.25% | $1,409.370 |
| December | 23 | Buy 18,000 x AG | $306,360.00 | $8,424,333.21 | 6.25% | $1,462.558 |
| December | 24 | Sell 100,000 x AG / Sell 400 x PT / Buy 75,000 x AG | ($964,400.00) | $7,459,933.21 | 6.25% | $1,295.127 |
| December | 25 | | | $7,459,933.21 | 6.25% | $1,295.127 |
| December | 26 | | | $7,459,933.21 | 6.25% | $1,295.127 |
| December | 27 | | | $7,459,933.21 | 6.25% | $1,295.127 |
| December | 28 | | | $7,459,933.21 | 6.25% | $1,295.127 |
| December | 29 | Buy 50 x PD / Buy 50 x PT | $92,050.00 | $7,551,983.21 | 6.25% | $1,311.108 |
| December | 30 | Buy 18,500 x AG / Buy 40 x PT / Buy 30 x AU / Buy 25 x PD | $427,814.00 | $7,979,797.21 | 6.25% | $1,385.381 |
| December | 31 | | | $7,979,797.21 | 6.25% | $1,385.381 |
| January | 4 | Buy: 200 x PD /8k x AG / 10 x PT - Sell:  75 x PT /8K x AG /200 x PD | ($93,840.00) | $7,885,957.21 | | |
| **Total Interest Due:** | | | | | | **$44,796.33** |

| | | | | | Equity % | 24.813% |
|---|---|---|---|---|---|---|
| INTEREST DUE: | 12-15-09 | $ | 8,611.81 | | | |
| INTEREST PAYMENT: | | $ | | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions  regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica   California 90401  Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"
Page 12**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | January 2010 |
|---|---|

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 180**
**Irvine, CA 92612**

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 1,200 |
| DF EX DEL SB | 227,780 |
| DF EX DEL PLAT | 1,160 |
| DF EX DEL PALL | 6,565 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $2,535,289 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $7,979,797.21 | | |
| January | 1 | Buy: 200 x PD /8k x AG / 10 x PT - Sell: 75 x PT /8K x AG /200 x PD | ($93,840.00) | $7,885,957.21 | 6.25% | $1,369.090 |
| January | 2 | | | $7,885,957.21 | 6.25% | $1,369.090 |
| January | 3 | | | $7,885,957.21 | 6.25% | $1,369.090 |
| January | 4 | | | $7,885,957.21 | 6.25% | $1,369.090 |
| January | 5 | Buy 550 x PD / Sell 28,000 x AG | ($249,630.00) | $7,636,327.21 | 6.25% | $1,325.751 |
| January | 6 | Buy 350 x PD/ Sell 415 x PD | ($26,742.50) | $7,609,584.71 | 6.25% | $1,321.108 |
| January | 7 | Sell 11,000 x AG / Buy 700 x PD / Sell 190 x PD / Buy 4,000 x AG | $94,865.00 | $7,704,449.71 | 6.25% | $1,337.578 |
| January | 8 | Buy 300 x PD / 20 x PT / Sell 150 x PD | $96,190.00 | $7,800,639.71 | 6.25% | $1,354.278 |
| January | 9 | | | $7,800,639.71 | 6.25% | $1,354.278 |
| January | 10 | Shipped 10 x 1 oz EGC 2009 on the 11th. | | $7,800,639.71 | 6.25% | $1,354.278 |
| January | 11 | Sell: 15,000 x AG / 70 x PT  -  Buy: 60 x AU / 950 x PD / 20 x PT | $123,855.00 | $7,924,494.71 | 6.25% | $1,375.780 |
| January | 12 | Buy: 250 x PD / 65 x AU / 2K x AG / 10 x EGC 09- Sell: 500 x PD | $18,980.00 | $7,943,474.71 | 6.25% | $1,379.075 |
| January | 13 | Buy 40 x PT / Buy 40 x AU / 4,000 x AG | $185,580.00 | $8,129,054.71 | 6.25% | $1,411.294 |
| January | 14 | Sell 195 x PT/ Sell 250 x PD/ Buy 40 x PT/ Buy 50 x AU/ Buy 8,500 x AG | ($142,775.00) | $7,986,279.71 | 6.25% | $1,386.507 |
| January | 15 | December Interest        Buy 110 x AU / Buy 50 x PD | $190,471.33 | $8,176,751.04 | 6.25% | $1,419.575 |
| January | 16 | | | $8,176,751.04 | 6.25% | $1,419.575 |
| January | 17 | | | $8,176,751.04 | 6.25% | $1,419.575 |
| January | 18 | | | $8,176,751.04 | 6.25% | $1,419.575 |
| January | 19 | Buy 75 x AU / Buy 1,560 x PD / Sell 125 x PT / Sell 27,000 x AG | $85,355.00 | $8,262,106.04 | 6.25% | $1,434.393 |
| January | 20 | Sell: 300 x PD / Buy: 50 x PD / 10,000 x AG - Disbursed 300K | $372,800.00 | $8,634,906.04 | 6.25% | $1,499.116 |
| January | 21 | Sell: 250 x PD / Buy: 60 x PT / 50 x PD | $7,830.00 | $8,642,736.04 | 6.25% | $1,500.475 |
| January | 22 | Buy: 350 x PD / 11,000 x AG / 20 x PT / 50 x AU | $449,232.50 | $9,091,968.54 | 6.25% | $1,578.467 |
| January | 23 | | | $9,091,968.54 | 6.25% | $1,578.467 |
| January | 24 | | | $9,091,968.54 | 6.25% | $1,578.467 |
| January | 25 | Buy 50 x AU - Disbursed 100K | $155,435.00 | $9,247,403.54 | 6.25% | $1,605.452 |
| January | 26 | Sell: 159,000 x AG / Buy: 550 x PD / 50 x AU | ($2,414,045.00) | $6,833,358.54 | 6.25% | $1,186.347 |
| January | 27 | Buy: 40 x AU / 100 x PD / 95 x PT / Sell: 115 x AU | $237,202.50 | $7,070,561.04 | 6.25% | $1,227.528 |
| January | 28 | Buy: 1,250 x PD / Sell: 50 x PD | $516,350.00 | $7,586,911.04 | 6.25% | $1,317.172 |
| January | 29 | Buy: 100 x PD / Sell: 10,000 x AG | ($122,200.00) | $7,464,711.04 | 6.25% | $1,295.957 |
| January | 30 | | | $7,464,711.04 | 6.25% | $1,295.957 |
| January | 31 | | | $7,464,711.04 | 6.25% | $1,295.957 |

| Total Interest Due: | | | | | | $43,148.34 |

| INTEREST DUE: | 01-15-10 | $ | 8,611.81 | | Equity % | 20.934% |
|---|---|---|---|---|---|---|
| INTEREST PAYMENT: | | $ | - | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions  regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 13**


**A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | February 2010 |
|---|---|

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 180**
**Irvine, CA 92612**

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 1,155 |
| DF EX DEL SB | 143,480 |
| DF EX DEL PLAT | 700 |
| DF EX DEL PALL | 9,295 |

Account Number: 101116

| Under/(Over) Limit: | $3,509,762 |
|---|---|

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $7,464,711.04 | | |
| February | 1 | Buy: 650 x PD / 20 x PT / Sell: 280 x PD / 14,000 x AG / 15 x PT | ($60,990.00) | $7,403,721.04 | 6.25% | $1,285.368 |
| February | 2 | Buy: 100 x PD / 20 x PT / 100 x AU / Sell: 8,000 x AG | $51,335.00 | $7,455,056.04 | 6.25% | $1,294.281 |
| February | 3 | Buy: 150 x PD / 4,000 x AG / Sell: 4,000 AG | $65,210.00 | $7,520,266.04 | 6.25% | $1,305.602 |
| February | 4 | Buy: 100 x PD / 8,000 x AG | $177,790.00 | $7,698,056.04 | 6.25% | $1,336.468 |
| February | 5 | Buy: 50 x AU / Sell 40 x PT / 40 x AU / 6,000 x AG | ($149,527.00) | $7,548,529.04 | 6.25% | $1,310.509 |
| February | 6 | | | $7,548,529.04 | 6.25% | $1,310.509 |
| February | 7 | | | $7,548,529.04 | 6.25% | $1,310.509 |
| February | 8 | Buy: 1,100 x PD / Sell: 75,800 x AG / 50 x PD / 70 x AU / 25 x PT | ($980,527.00) | $6,568,002.04 | 6.25% | $1,140.278 |
| February | 9 | B: 37K x AG/20 x PT/50 x AU/250 x PD/S: 825 x PD/470 x PT/39K x AG | ($858,650.00) | $5,709,352.04 | 6.25% | $991.207 |
| February | 10 | Buy: 175 x PD/30 x PT/2,000 x AG/Sell: 150 x PD/21,500 x AG/15 x PT | ($261,790.00) | $5,447,562.04 | 6.25% | $945.757 |
| February | 11 | Buy: 30 x PD / 2,000 x AG | $43,545.00 | $5,491,107.04 | 6.25% | $953.317 |
| February | 12 | Buy: 200 x PD / Sell: 5,000 x AG / 50 x AU | ($46,995.00) | $5,444,112.04 | 6.25% | $945.158 |
| February | 13 | | | $5,444,112.04 | 6.25% | $945.158 |
| February | 14 | | | $5,444,112.04 | 6.25% | $945.158 |
| February | 15 | January Interest | $43,148.34 | $5,487,260.38 | 6.25% | $952.649 |
| February | 16 | Buy: 45 x AU / 10,000 x AG / Sell: 90 x AU | $106,354.00 | $5,593,614.38 | 6.25% | $971.114 |
| February | 17 | | | $5,593,614.38 | 6.25% | $971.114 |
| February | 18 | Buy: 20 x PT / 5,000 x AG | $110,160.00 | $5,703,774.38 | 6.25% | $990.239 |
| February | 19 | Buy: 21,000 x AG / 60 x AU / 150 x PD / 20 x PT | $502,314.00 | $6,206,088.38 | 6.25% | $1,077.446 |
| February | 20 | | | $6,206,088.38 | 6.25% | $1,077.446 |
| February | 21 | | | $6,206,088.38 | 6.25% | $1,077.446 |
| February | 22 | Buy: 600 x PD / 3K x AG / 10 oz Credit Suisse / Sell: 150 x PD / 11K x AG | $79,560.00 | $6,285,648.38 | 6.25% | $1,091.258 |
| February | 23 | Buy: 50 x PD / Sell: 25,000 x AG - Rec'd Bank Wire $200K | ($589,575.00) | $5,696,073.38 | 6.25% | $988.902 |
| February | 24 | Buy: 950 x PD / 12,000 x AG / Sell: 6,000 x AG | $515,965.00 | $6,212,038.38 | 6.25% | $1,078.479 |
| February | 25 | | | $6,212,038.38 | 6.25% | $1,078.479 |
| February | 26 | | | $6,212,038.38 | 6.25% | $1,078.479 |
| February | 27 | | | $6,212,038.38 | 6.25% | $1,078.479 |
| February | 28 | | | $6,212,038.38 | 6.25% | $1,078.479 |
| March | 1 | Buy: 150 x PD | $63,450.00 | $6,275,488.38 | | |
| March | 3 | Buy: 13,000 x AG | $214,750.00 | $6,490,238.38 | | |

| Total Interest Due: | | | | | | $30,609.29 |
|---|---|---|---|---|---|---|

| | INTEREST DUE: | 02-15-10 | $ | 8,611.81 | | Equity % | 29.156% |
|---|---|---|---|---|---|---|---|
| | INTEREST PAYMENT: | | $ | - | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jenna Ellison with any problems, questions or suggestions regarding this statement. (310) 587-1487

429 Santa Monica Blvd. Suite 230  Santa Monica  California 90401  Telephone (310) 587-1474  Fax (310) 319-0279

**EXHIBIT "3"**
**Page 14**


**A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | March 2010 |
|---|---|

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA  92612

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 800 |
| DF EX DEL SB | 254,480 |
| DF EX DEL PLAT | 485 |
| DF EX DEL PALL | 9,140 |
| Account Number:  101116 | |
| Under/(Over) Limit: | $2,645,813 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $6,212,038.38 | | |
| March | 1 | Buy: 150 x PD | $63,450.00 | $6,275,488.38 | 6.25% | $1,089.495 |
| March | 2 | Buy: 13,000 x AG | $214,750.00 | $6,490,238.38 | 6.25% | $1,126.777 |
| March | 3 | Disbursed $250,000 | $250,000.00 | $6,740,238.38 | 6.25% | $1,170.180 |
| March | 4 | Buy: 300 x PD / 5,000 x AG | $218,300.00 | $6,958,538.38 | 6.25% | $1,208.080 |
| March | 5 | B: 400 x PD /7K x AG/ 20 x AU/ 20 x PT/S: 300 x PD/ 10K x AG/ 60 x PT | ($44,687.00) | $6,913,851.38 | 6.25% | $1,200.321 |
| March | 6 | | | $6,913,851.38 | 6.25% | $1,200.321 |
| March | 7 | Received Bank Wire on March 8th | | $6,913,851.38 | 6.25% | $1,200.321 |
| March | 8 | B: 18,000 x AG/ 325 x PD/ 70 x AU/ S: 25 x PT / 19,000 x AG / 250 x PD | ($242,169.00) | $6,671,682.38 | 6.25% | $1,158.278 |
| March | 9 | Buy: 20 x PT / Sell: 150 x PD | ($39,715.00) | $6,631,967.38 | 6.25% | $1,151.383 |
| March | 10 | Buy: 17,500 x AU / 50 x PD / Sell: 500 x PD | $91,352.50 | $6,723,319.88 | 6.25% | $1,167.243 |
| March | 11 | Buy: 200 x PD / 12,000 x AG / 25 x PT | $341,720.00 | $7,065,039.88 | 6.25% | $1,226.569 |
| March | 12 | Buy: 150 x PD / 25 x AU / Sell: 4,000 x AG / 130 x PD | ($31,542.50) | $7,033,497.38 | 6.25% | $1,221.093 |
| March | 13 | | | $7,033,497.38 | 6.25% | $1,221.093 |
| March | 14 | | | $7,033,497.38 | 6.25% | $1,221.093 |
| March | 15 | February Interest        Buy: 350 x PD / 5K x AG / 40 x PT / Sell: 250 x PD | $229,284.29 | $7,262,781.67 | 6.25% | $1,260.900 |
| March | 16 | Buy: 238733 - 50 x 10 oz AMSB / Sell: 3,000 x AG | ($42,595.00) | $7,220,186.67 | 6.25% | $1,253.505 |
| March | 17 | | | $7,220,186.67 | 6.25% | $1,253.505 |
| March | 18 | Sell: 150 x PT / 40 x AU / 100 x PD/ Buy: 800 x PD / 3,000 x AG | $96,470.50 | $7,316,657.17 | 6.25% | $1,270.253 |
| March | 19 | Sell: 80 x PD/ 5K x AG /Buy: 2,500 x AG /500 x PD /40 x AU- RFI 238590 | $189,867.00 | $7,506,524.17 | 6.25% | $1,303.216 |
| March | 20 | | | $7,506,524.17 | 6.25% | $1,303.216 |
| March | 21 | | | $7,506,524.17 | 6.25% | $1,303.216 |
| March | 22 | Buy: 55,000 x AG / 100 x PD / Sell: 1,800 x PD / 10 x PD | $154,610.00 | $7,661,134.17 | 6.25% | $1,330.058 |
| March | 23 | Buy: 7,500 x AG / 50 x PD / Sell: 100 x PD | $106,700.00 | $7,767,834.17 | 6.25% | $1,348.582 |
| March | 24 | Sell: 8,000 x AG | ($133,360.00) | $7,634,474.17 | 6.25% | $1,325.430 |
| March | 25 | Buy: 5,000 x AG / 50 x PD | $108,575.00 | $7,743,049.17 | 6.25% | $1,344.279 |
| March | 26 | Buy: 13,000 x AG / 50 x PD/ Sell: 200 x PD / 15 x PT | $126,315.00 | $7,869,364.17 | 6.25% | $1,366.209 |
| March | 27 | | | $7,869,364.17 | 6.25% | $1,366.209 |
| March | 28 | | | $7,869,364.17 | 6.25% | $1,366.209 |
| March | 29 | Sell: 470 x AU / 50 x PT / Buy: 11,500 x AG -  Rec'd Bank Wire $200K | ($599,827.50) | $7,269,536.67 | 6.25% | $1,262.072 |
| March | 30 | Buy: 5,000 x AG | $84,650.00 | $7,354,186.67 | 6.25% | $1,276.769 |
| March | 31 | Buy RFI# 244392 / 140 x PD / Sell: 50 x PD | $66,303.00 | $7,420,489.67 | 6.25% | $1,288.279 |

| Total Interest Due: | | | | | | $38,784.16 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| INTEREST DUE: | 03-15-10 | $ | 8,611.81 | Equity % |
| INTEREST PAYMENT: | | $ | | 28.504% |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement. (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica    California 90401   Telephone (310) 587-1474    Fax (310) 319-0279

**EXHIBIT "3"**
**Page 15**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | April 2010 |
|---|---|

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 180**
**Irvine, CA 92612**

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 2,100 |
| DF EX DEL SB | 317,980 |
| DF EX DEL PLAT | 420 |
| DF EX DEL PALL | 8,485 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $813,421 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $7,420,489.67 | | |
| April | 1 | Buy: 550 x PD / Sell: 10,000 x AG / 20 x PT | $55,650.00 | $7,476,139.67 | 6.25% | $1,297.941 |
| April | 2 | | | $7,476,139.67 | 6.25% | $1,297.941 |
| April | 3 | | | $7,476,139.67 | 6.25% | $1,297.941 |
| April | 4 | | | $7,476,139.67 | 6.25% | $1,297.941 |
| April | 5 | | | $7,476,139.67 | 6.25% | $1,297.941 |
| April | 6 | Buy: 7,000 x AG / 10 x AU / 50 x PD | $158,144.00 | $7,634,283.67 | 6.25% | $1,325.396 |
| April | 7 | Buy: 5K x AG / 380 x PD/ 30 x PT / Sell: 870 x PD / 15K x AG / 85 x PT | ($521,110.00) | $7,113,173.67 | 6.25% | $1,234.926 |
| April | 8 | Buy: 650 x PD / Sell: 100 x PD / 7,000 x AG | $153,910.00 | $7,267,083.67 | 6.25% | $1,261.646 |
| April | 9 | Buy: 50 x AU / 490 x PD/ 20 x PT / Sell: 4,000 x AG | $269,930.00 | $7,537,013.67 | 6.25% | $1,308.509 |
| April | 10 | | | $7,537,013.67 | 6.25% | $1,308.509 |
| April | 11 | | | $7,537,013.67 | 6.25% | $1,308.509 |
| April | 12 | Buy: 350 x PD / Sell: 4,000 x AG | $105,017.50 | $7,642,031.17 | 6.25% | $1,326.742 |
| April | 13 | Sell: 60 x PD / 5,000 x AG / 50 x AU - Buy:500 x PD / RFI 242010 | $87,052.00 | $7,729,083.17 | 6.25% | $1,341.855 |
| April | 14 | B: 375 x AU/ 150 x PD/ 30 x PT/S: 375 x PD/ 25 x PT/ 10K x AG/ 50 x AU | $84,526.25 | $7,813,609.42 | 6.25% | $1,356.529 |
| April | 15 | March Interest     B: 100 x AU/ 50 x PD / S: 705 x PD / 4,000 x AG | ($256,558.34) | $7,557,051.08 | 6.25% | $1,311.988 |
| April | 16 | Buy: 800 x PD / 14,000 x AG/ 60 x AU / 20 x PT/ Sell: 300 x PD | $641,527.00 | $8,198,578.08 | 6.25% | $1,423.364 |
| April | 17 | | | $8,198,578.08 | 6.25% | $1,423.364 |
| April | 18 | | | $8,198,578.08 | 6.25% | $1,423.364 |
| April | 19 | Buy: 8,000 x AG / Sell: 200 x PD / 50 x AU - RFI 239861: 10 oz Pamp Gold Bars | $39,767.50 | $8,238,345.58 | 6.25% | $1,430.268 |
| April | 20 | Sell: 2,375 x PD / Buy: 430 x AU / 29,000 x AG | ($245,603.00) | $7,992,742.58 | 6.25% | $1,387.629 |
| April | 21 | Buy: 28,000 x AG / 520 x AG / 40 x PD / Sell: 30 x PD | $1,092,480.00 | $9,085,222.58 | 6.25% | $1,577.296 |
| April | 22 | Sell: 50 x PD / Buy: 50 x PD - RFI 239701 | $5,942.50 | $9,091,165.08 | 6.25% | $1,578.327 |
| April | 23 | Buy: 2,500 x AG / Sell: 210 x PD / 65 x PT / 70 x AU | ($265,101.00) | $8,826,064.08 | 6.25% | $1,532.303 |
| April | 24 | | | $8,826,064.08 | 6.25% | $1,532.303 |
| April | 25 | | | $8,826,064.08 | 6.25% | $1,532.303 |
| April | 26 | Sell: 230 x PD / Buy: 210 x PD / 70 x PT | $112,340.00 | $8,938,404.08 | 6.25% | $1,551.806 |
| April | 27 | Buy: 50 x PD | $28,150.00 | $8,966,554.08 | 6.25% | $1,556.693 |
| April | 28 | Sell: 25 x AU  Buy:  65 x PD 5,000 x AG | $99,805.00 | $9,066,359.08 | 6.25% | $1,574.021 |
| April | 29 | Sell: 40 x PT  Buy:  75 x PD / Bank Wire to refund excess equity | $72,675.00 | $9,139,034.08 | 6.25% | $1,586.638 |
| April | 30 | Sell: 30 x PT 200 x PD  Buy: 145 x PD 7,000 x AG | $47,545.00 | $9,186,579.08 | 6.25% | $1,594.892 |

| Total Interest Due: | | | | | | $42,278.89 |
|---|---|---|---|---|---|---|

| INTEREST DUE: | 04-15-10 | $38,784.16 | | Equity % | 100.000% |
|---|---|---|---|---|---|
| INTEREST PAYMENT: | | $ - | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement. (310) 587-1474

429 Santa Monica Blvd.  Suite 230   Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 16**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | May 2010 |
|---|---|

| Bill To: | Hunter Wise Financial Group LLC |
|---|---|

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA 92612

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 1,600 |
| DF EX DEL SB | 98,980 |
| DF EX DEL PLAT | 180 |
| DF EX DEL PALL | 7,195 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $5,979,939 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $9,186,579.08 | | |
| May | 1 | | | $9,186,579.08 | 6.25% | $1,594.892 |
| May | 2 | | | $9,186,579.08 | 6.25% | $1,594.892 |
| May | 3 | | | $9,186,579.08 | 6.25% | $1,594.892 |
| May | 4 | Rec'd Bank Wire | ($100,000.00) | $9,086,579.08 | 6.25% | $1,577.531 |
| May | 5 | B: 895 x PD /7K x AG / 140 x AU/ 10 x PT /S: 140-AU /B: 7-CSGB & 5-EGC | $658,125.90 | $9,744,704.98 | 6.25% | $1,691.789 |
| May | 6 | Sell: 9,000 x AG - Rec'd Bank Wire $300K | ($462,090.00) | $9,282,614.98 | 6.25% | $1,611.565 |
| May | 7 | Sell: 5,000 x AG / 80 x PD - Rec'd Bank Wire $200K | ($326,570.00) | $8,956,044.98 | 6.25% | $1,554.869 |
| May | 8 | | | $8,956,044.98 | 6.25% | $1,554.869 |
| May | 9 | | | $8,956,044.98 | 6.25% | $1,554.869 |
| May | 10 | | | $8,956,044.98 | 6.25% | $1,554.869 |
| May | 11 | Buy: 1,070 x PD | $551,900.00 | $9,507,944.98 | 6.25% | $1,650.685 |
| May | 12 | Buy: 350 x PD | $184,975.00 | $9,692,919.98 | 6.25% | $1,682.799 |
| May | 13 | Sell: 112,000 x AG/ 140 x PD / Buy: 1,080 x PD / 85 x AU / 5,000 x AG | ($1,444,595.00) | $8,248,324.98 | 6.25% | $1,424.727 |
| May | 14 | Buy: 280 x PD / Sell: 10,000 x AG | ($41,900.00) | $8,206,424.98 | 6.25% | $1,424.727 |
| May | 15 | April Interest | $42,278.89 | $8,248,703.87 | 6.25% | $1,432.067 |
| May | 16 | | | $8,248,703.87 | 6.25% | $1,432.067 |
| May | 17 | Buy: 925 x PD / 20 x AU/ Sell: 30,000 x AG / 35 x AU | ($95,727.00) | $8,152,976.87 | 6.25% | $1,415.447 |
| May | 18 | Buy: 330 x PD / Sell: 10,000 x AG | ($17,450.00) | $8,135,526.87 | 6.25% | $1,412.418 |
| May | 19 | Buy: 5,000 x AG / 230 x PD - Disbursed $150K | $360,655.00 | $8,496,181.87 | 6.25% | $1,475.032 |
| May | 20 | Buy: 70 x PD / Sell: 270 x AU | ($295,765.00) | $8,200,416.87 | 6.25% | $1,423.683 |
| May | 21 | Sell: 2,235 x PT / Buy: 110 x PD | ($1,000,503.00) | $7,199,913.87 | 6.25% | $1,249.985 |
| May | 22 | | | $7,199,913.87 | 6.25% | $1,249.985 |
| May | 23 | | | $7,199,913.87 | 6.25% | $1,249.985 |
| May | 24 | Sell: 5,215 x PD / 61,000 x AG / 420 x AU / 220 x PT / Buy: 50 x AU | ($4,004,716.00) | $3,195,197.87 | 6.25% | $554.722 |
| May | 25 | Buy: 110 x AU | $130,130.00 | $3,325,327.87 | 6.25% | $577.314 |
| May | 26 | Buy: 630 x PD / 100 x AU / 5,000 x AG - RFI 243121: KILO Gold & CSGB | $545,386.15 | $3,870,714.02 | 6.25% | $671.999 |
| May | 27 | Buy: 50 x AU / 430 x PD | $246,275.00 | $4,116,989.02 | 6.25% | $714.755 |
| May | 28 | Buy: 250 x PD/ 140 x AU/ Sell: 220 x AU / 110 x AU - RFI 243884 | ($96,928.00) | $4,020,061.02 | 6.25% | $697.927 |
| May | 29 | | | $4,020,061.02 | 6.25% | $697.927 |
| May | 30 | | | $4,020,061.02 | 6.25% | $697.927 |
| May | 31 | | | $4,020,061.02 | 6.25% | $697.927 |

| Total Interest Due: | | | | | | $39,726.42 |
|---|---|---|---|---|---|---|

| INTEREST DUE: | 05-15-10 | | | Equity % | 45.424% |
|---|---|---|---|---|---|
| INTEREST PAYMENT: | $ | $38,784.16 | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement. (310) 587-1474

429 Santa Monica Blvd. Suite 230  Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 17**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | June 2010 |
|---|---|

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA 92612

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 655 |
| DF EX DEL SB | 63,480 |
| DF EX DEL PLAT | 155 |
| DF EX DEL PALL | 10,025 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $6,216,660 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $3,710,186.02 | | |
| June | 1 | Buy: 80 x PD | $347,115.00 | $4,057,301.02 | 6.25% | $704.393 |
| June | 2 | Buy: 3,000 x AG / 545 x PD | $309,875.00 | $4,367,176.02 | 6.25% | $758.190 |
| June | 3 | | | $4,367,176.02 | 6.25% | $758.190 |
| June | 4 | | | $4,367,176.02 | 6.25% | $758.190 |
| June | 5 | | | $4,367,176.02 | 6.25% | $758.190 |
| June | 6 | | | $4,367,176.02 | 6.25% | $758.190 |
| June | 7 | Buy: 100 x PD | $45,100.00 | $4,412,276.02 | 6.25% | $766.020 |
| June | 8 | Sell: 13,000 x AG / 650 x PD / 100 x AU / Buy: 5,000 x AG / 50 x AU | ($479,610.00) | $3,932,666.02 | 6.25% | $682.755 |
| June | 9 | Buy RFI 239245 | $13,873.70 | $3,946,539.72 | 6.25% | $685.163 |
| June | 10 | Buy: 300 x PD / Sell: 600 x AU | ($613,045.00) | $3,333,494.72 | 6.25% | $578.732 |
| June | 11 | Buy: 240 x PD / 4,000 x AG -  Buy: RFI 245056 | $46,050.00 | $3,379,544.72 | 6.25% | $586.727 |
| June | 12 | | | $3,379,544.72 | 6.25% | $586.727 |
| June | 13 | | | $3,379,544.72 | 6.25% | $586.727 |
| June | 14 | Buy: 480 x PD / Sell: 25 x PT / 120 x AU | $32,667.00 | $3,412,211.72 | 6.25% | $592.398 |
| June | 15 | May Interest          Buy: 2,500 x AG / Sell: 450 x PD | ($114,798.58) | $3,297,413.14 | 6.25% | $572.468 |
| June | 16 | Buy: 5,000 x AG / 790 x PD / Sell: 125 x AU - RFI: 245365 | $356,903.00 | $3,654,316.14 | 6.25% | $634.430 |
| June | 17 | Buy: 290 x PD / Sell: 25 x AU | $107,395.00 | $3,761,711.14 | 6.25% | $653.075 |
| June | 18 | Buy: 280 x PD / 140 x AU / Sell: 115 x AU - Rec'd Bank Wire $200K | ($35,670.00) | $3,726,041.14 | 6.25% | $646.882 |
| June | 19 | | | $3,726,041.14 | 6.25% | $646.882 |
| June | 20 | | | $3,726,041.14 | 6.25% | $646.882 |
| June | 21 | Buy: 60 x PD / 8,000 x AG / 30 x AU - RFI 240764 | $227,241.00 | $3,953,282.14 | 6.25% | $686.334 |
| June | 22 | Sell: 5,000 x AG / 90 x PD / Buy: 110 x PD / RFI: 245587 / RFI 245589 | ($23,503.50) | $3,929,778.64 | 6.25% | $682.253 |
| June | 23 | Buy: 50 x PD / Sell: 50 x PD / 5,000 x AG | ($94,275.00) | $3,835,503.64 | 6.25% | $665.886 |
| June | 24 | Buy: 180 x PD | $88,450.00 | $3,923,953.64 | 6.25% | $681.242 |
| June | 25 | Buy: 225 x PD / 70 x AU / Sell: 3,000 x AG / 70 x PD | $105,293.00 | $4,029,246.64 | 6.25% | $699.522 |
| June | 26 | | | $4,029,246.64 | 6.25% | $699.522 |
| June | 27 | | | $4,029,246.64 | 6.25% | $699.522 |
| June | 28 | Buy: RFI: 240843 / Sell: 50 x PD | $3,053.80 | $4,032,300.44 | 6.25% | $700.052 |
| June | 29 | Buy: 50 x PD | $24,050.00 | $4,056,350.44 | 6.25% | $704.228 |
| June | 30 | Buy: 485 x PD / Sell: 100 x AU / 20,000 x AG | ($273,010.00) | $3,783,340.44 | 6.25% | $656.830 |
| July | 1 | Buy: 600 x PD / RFI: 239070, 239080 / Sell: 50 x AU | $253,108.00 | $4,036,448.44 | | |
| July | 2 | Sell: 50 x PD / 6,000 x AG | ($133,945.00) | $3,902,503.44 | | |
| Total Interest Due: | | | | | | $20,236.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| INTEREST DUE: | 06-15-10 | $38,784.16 | | | Equity % | 41.685% |
| INTEREST PAYMENT: | | $       - | | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230   Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 18**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | July 2010 |
| --- | --- |

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA  92612

| Product Description | Quantity |
| --- | --- |
| DF EX DEL GOLD | 700 |
| DF EX DEL SB | 89,880 |
| DF EX DEL PLAT | 310 |
| DF EX DEL PALL | 10,645 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $5,018,251 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $3,783,340.44 | | |
| July | 1 | Buy: 600 x PD / RFI: 239070, 239080 / Sell: 50 x AU | $253,108.00 | $4,036,448.44 | 6.25% | $700.772 |
| July | 2 | Sell: 50 x PD / 6,000 x AG - Rec'd Bank Wire 200K | ($333,945.00) | $3,702,503.44 | 6.25% | $642.796 |
| July | 3 | | | $3,702,503.44 | 6.25% | $642.796 |
| July | 4 | | | $3,702,503.44 | 6.25% | $642.796 |
| July | 5 | | | $3,702,503.44 | 6.25% | $642.796 |
| July | 6 | S: 50 x AU/ 9K x AG/ 40 x PD/B: 690 x PD/ 55 x PT/ 75 x AU/ 2K x AG/ RFI:239004 | $265,128.50 | $3,967,631.94 | 6.25% | $688.825 |
| July | 7 | | | $3,967,631.94 | 6.25% | $688.825 |
| July | 8 | Buy: 7,400 x AG / 130 x PD / 20 x AU | $213,140.00 | $4,180,771.94 | 6.25% | $725.828 |
| July | 9 | Buy: 5,000 x AG / RFI: 246499 / RFI: 246603 / RFI: 246314 | $110,989.00 | $4,291,760.94 | 6.25% | $745.097 |
| July | 10 | | | $4,291,760.94 | 6.25% | $745.097 |
| July | 11 | | | $4,291,760.94 | 6.25% | $745.097 |
| July | 12 | Sell: 160 x PD | ($70,720.00) | $4,221,040.94 | 6.25% | $732.820 |
| July | 13 | Buy: 470 x PD / 5,000 x AG | $307,235.00 | $4,528,275.94 | 6.25% | $786.159 |
| July | 14 | Buy: 12,000 x AG / 50 x PD | $237,985.00 | $4,766,260.94 | 6.25% | $827.476 |
| July | 15 | June Interest        Buy: 50 x PD / Sell: 50 x PD | $20,511.60 | $4,786,772.54 | 6.25% | $831.037 |
| July | 16 | Sell: 100 x AU | ($120,500.00) | $4,666,272.54 | 6.25% | $810.117 |
| July | 17 | | | $4,666,272.54 | 6.25% | $810.117 |
| July | 18 | | | $4,666,272.54 | 6.25% | $810.117 |
| July | 19 | Buy: RFI 246857 | $18,740.00 | $4,685,012.54 | 6.25% | $813.370 |
| July | 20 | Buy: 190 x PD - Disbursed 100K | $186,075.00 | $4,871,087.54 | 6.25% | $845.675 |
| July | 21 | | | $4,871,087.54 | 6.25% | $845.675 |
| July | 22 | Buy: 4,000 x AG | $70,880.00 | $4,941,967.54 | 6.25% | $857.980 |
| July | 23 | | | $4,941,967.54 | 6.25% | $857.980 |
| July | 24 | | | $4,941,967.54 | 6.25% | $857.980 |
| July | 25 | | | $4,941,967.54 | 6.25% | $857.980 |
| July | 26 | | | $4,941,967.54 | 6.25% | $857.980 |
| July | 27 | | | $4,941,967.54 | 6.25% | $857.980 |
| July | 28 | Sell: 100 x PD / Buy: 85 x AU / 60 x PD | $81,655.00 | $5,023,622.54 | 6.25% | $872.157 |
| July | 29 | Sell: 320 x PD | ($149,424.00) | $4,874,198.54 | 6.25% | $846.215 |
| July | 30 | Sell: 100 x PD / Buy: 100 x PT | $107,550.00 | $4,981,748.54 | 6.25% | $864.887 |
| July | 31 | | | $4,981,748.54 | 6.25% | $864.887 |
| Aug | 2 | Buy: 15 x AU / 50 x PD / Sell: 300 x PD | ($105,668.00) | $4,876,080.54 | | |
| Total Interest Due: | | | | | | $24,319.32 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| INTEREST DUE: | 07-15-10 | $38,784.16 | | Equity % | 40.938% |
| INTEREST PAYMENT: | | $ | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica    California 90401    Telephone (310) 587-1474    Fax (310) 319-0279

**EXHIBIT "3"**
**Page 19**



**A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | August 2010 |
| --- | --- |

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA  92612

| Product Description | Quantity |
| --- | --- |
| DF EX DEL GOLD | 685 |
| DF EX DEL SB | 53,380 |
| DF EX DEL PLAT | 280 |
| DF EX DEL PALL | 10,610 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $5,272,093 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $4,981,748.54 | | |
| August | 1 | Buy: 15 x AU / 50 x PD | $41,932.00 | $5,023,680.54 | | $872.167 |
| August | 2 | Sell: 300 x PD - Disbursed $100K | ($47,600.00) | $4,976,080.54 | 6.25% | $863.903 |
| August | 3 | Disbursed $100K | $100,000.00 | $5,076,080.54 | 6.25% | $881.264 |
| August | 4 | Sell: 5,000 x AG / Buy: 100 x PD / 20 x AU | ($16,795.00) | $5,059,285.54 | 6.25% | $878.348 |
| August | 5 | Buy: 40 x AU / Sell: 890 x PD / 15 x PT | ($423,641.00) | $4,635,644.54 | 6.25% | $804.799 |
| August | 6 | Sell: 3,000 x AG / 150 x PD | ($129,660.00) | $4,505,984.54 | 6.25% | $782.289 |
| August | 7 | | | $4,505,984.54 | 6.25% | $782.289 |
| August | 8 | | | $4,505,984.54 | 6.25% | $782.289 |
| August | 9 | Sell: 65 x PT / 150 x PD | ($175,420.00) | $4,330,564.54 | 6.25% | $751.834 |
| August | 10 | | | $4,330,564.54 | 6.25% | $751.834 |
| August | 11 | | | $4,330,564.54 | 6.25% | $751.834 |
| August | 12 | Sell: 100 x PD / 4,000 x AG - Disbursed 100K | ($20,780.00) | $4,309,784.54 | 6.25% | $748.226 |
| August | 13 | Sell: 11,000 x AG / Buy: 575 x PD | $72,505.00 | $4,382,289.54 | 6.25% | $760.814 |
| August | 14 | | | $4,382,289.54 | 6.25% | $760.814 |
| August | 15 | July Interest | $24,319.32 | $4,406,608.86 | 6.25% | $765.036 |
| August | 16 | Buy: 580 x PD / 60 x PT / Sell: 140 x AU / 12,500 x AG - Disbursed 100K | $70,720.00 | $4,477,328.86 | 6.25% | $777.314 |
| August | 17 | Buy: 300 x PD / Sell: 8,000 x AG / 25 x AU | ($31,395.00) | $4,445,933.86 | 6.25% | $771.864 |
| August | 18 | Buy: 390 x PD/ 25 x PT/ Sell: 30 x PD/ 15 x PT /5,500 x AG - RFI: 250384 | $99,265.00 | $4,545,198.86 | 6.25% | $789.097 |
| August | 19 | Buy: 120 x PD / Sell: 20 x AU / 20 x PT / 5,000 x AG | ($88,300.00) | $4,456,898.86 | 6.25% | $773.767 |
| August | 20 | Buy: 200 x PD / Sell: 3,000 x AG | $44,030.00 | $4,500,928.86 | 6.25% | $781.411 |
| August | 21 | | | $4,500,928.86 | 6.25% | $781.411 |
| August | 22 | | | $4,500,928.86 | 6.25% | $781.411 |
| August | 23 | | | $4,500,928.86 | 6.25% | $781.411 |
| August | 24 | Buy: 17,500 x AG | $315,175.00 | $4,816,103.86 | 6.25% | $836.129 |
| August | 25 | | | $4,816,103.86 | 6.25% | $836.129 |
| August | 26 | Buy: 90 x PD / Sell: 40 x AU | ($5,320.00) | $4,810,783.86 | 6.25% | $835.206 |
| August | 27 | Buy: 270 x PD / Sell: 50 x PD | $108,445.00 | $4,919,228.86 | 6.25% | $854.033 |
| August | 28 | | | $4,919,228.86 | 6.25% | $854.033 |
| August | 29 | | | $4,919,228.86 | 6.25% | $854.033 |
| August | 30 | Sell: 610 x PD / Buy: 6,000 x AG | ($191,322.00) | $4,727,906.86 | 6.25% | $820.817 |
| August | 31 | Sell: 660 x PD / 3,000 x AG / 50 x AU / Buy: 90 x PD | ($403,814.00) | $4,324,092.86 | 6.25% | $750.711 |
| Sept | 1 | Buy: 200 x AU / Sell: 110 x PD | $192,810.00 | $4,516,902.86 | | |
| Total Interest Due: | | | | | | $24,816.52 |

| | INTEREST DUE: | 08-15-10 | $38,784.16 | | Equity % | 40.776% |
| --- | --- | --- | --- | --- | --- | --- |
| | INTEREST PAYMENT: | | $ | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions  regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230  Santa Monica  California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 20**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| | | |
|---|---|---|
| Margin Billing for: | September 2010 | |

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA 92612

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 805 |
| DF EX DEL SB | 37,880 |
| DF EX DEL PLAT | 295 |
| DF EX DEL PALL | 6,500 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $7,519,574 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $4,324,092.86 | | |
| September | 1 | Buy: 200 x AU / Sell: 110 x PD | $192,810.00 | $4,516,902.86 | 6.25% | $784.185 |
| September | 2 | Buy: 35 x AU / 15 x PT / Sell: 80 x AU / 1520 x PD / 15,000 x AG | ($1,078,685.50) | $3,438,217.36 | 6.25% | $596.913 |
| September | 3 | Sell: 1,180 x PD / 3,000 x AG / Buy: 30 x AU - Disbursed 100K | ($528,708.00) | $2,909,509.36 | 6.25% | $505.123 |
| September | 4 | | | $2,909,509.36 | 6.25% | $505.123 |
| September | 5 | | | $2,909,509.36 | 6.25% | $505.123 |
| September | 6 | | | $2,909,509.36 | 6.25% | $505.123 |
| September | 7 | Sell: 6,000 x AG / 35 x AU / 50 x PD | ($187,487.50) | $2,722,021.86 | 6.25% | $472.573 |
| September | 8 | Disbursed $200K | $200,000.00 | $2,922,021.86 | 6.25% | $507.295 |
| September | 9 | Sell: 900 x PD | ($470,400.00) | $2,451,621.86 | 6.25% | $425.629 |
| September | 10 | Buy: 100 x PD / 60 x PT / 4,000 x AG Sell: 35 x AU | $182,404.50 | $2,634,026.36 | 6.25% | $457.296 |
| September | 11 | | | $2,634,026.36 | 6.25% | $457.296 |
| September | 12 | | | $2,634,026.36 | 6.25% | $457.296 |
| September | 13 | Buy: 3,000 x AG / 55 X PD | $88,730.00 | $2,722,756.36 | 6.25% | $472.701 |
| September | 14 | Buy: 50 x PD / 4,000 x AG | $105,575.00 | $2,828,331.36 | 6.25% | $491.030 |
| September | 15 | August Interest     Sell: 300 x PD/10K x AG/ Buy: 250 x PD /35 x AU | ($156,645.98) | $2,671,685.38 | 6.25% | $463.834 |
| September | 16 | Buy: 2,500 x AG/ 50 x PD/ Sell: 340 x PD / 50 x AU / 5,000 x AG/ 40 x PT | ($338,260.00) | $2,333,425.38 | 6.25% | $405.109 |
| September | 17 | Buy: 100 x PD | $54,900.00 | $2,388,325.38 | 6.25% | $414.640 |
| September | 18 | | | $2,388,325.38 | 6.25% | $414.640 |
| September | 19 | | | $2,388,325.38 | 6.25% | $414.640 |
| September | 20 | Sell: 5,000 x AG  Buy: 4,000 x AG / 60 x PD / 20-AU | $38,246.00 | $2,426,571.38 | 6.25% | $421.280 |
| September | 21 | Sell: 3,000 x AG / 350 x PD | ($252,700.00) | $2,173,871.38 | 6.25% | $377.408 |
| September | 22 | Sell: 50 x PD / 5,000 x AG | ($130,650.00) | $2,043,221.38 | 6.25% | $354.726 |
| September | 23 | Sell: 3,500 x AG / Buy: 60 x PD - RFI: 248610: 5 x CSGB (Shipped) | ($33,110.00) | $2,010,111.38 | 6.25% | $348.978 |
| September | 24 | Sell: 8,000 x AG / Buy: 70 x AG | ($78,100.00) | $1,932,011.38 | 6.25% | $335.419 |
| September | 25 | | | $1,932,011.38 | 6.25% | $335.419 |
| September | 26 | | | $1,932,011.38 | 6.25% | $335.419 |
| September | 27 | Buy: 90 x PD / Sell: 70 x PD | $11,465.00 | $1,943,476.38 | 6.25% | $337.409 |
| September | 28 | Buy: 265 x PD / RFI:249349: 1 x 10 OZ JM (Shipped) | $162,260.00 | $2,105,736.38 | 6.25% | $365.579 |
| September | 29 | Buy: 23,000 x AG / Sell: 60 x PD | $460,100.00 | $2,565,836.38 | 6.25% | $445.458 |
| September | 30 | Buy: 200 x A-Mark Rounds (Shipped) / Sell: 160 x PD | ($85,410.00) | $2,480,426.38 | 6.25% | $430.630 |
| October | 1 | Sell: 130 x PD / Buy: 130 x AU / 4,500 x AG | $195,509.00 | $2,675,935.38 | | |
| October | 4 | Buy: 3,000 x AG / Sell: 20 x PT / 80 x PD | ($11,925.00) | $2,664,010.38 | | |
| **Total Interest Due:** | | | | | | **$13,343.29** |

| | | | | | |
|---|---|---|---|---|---|
| INTEREST DUE: | 09-15-10 | $38,784.16 | | Equity % | 56.176% |
| INTEREST PAYMENT: | | $    - | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement. (310) 587-1474

429 Santa Monica Blvd. Suite 230  Santa Monica  California 90401  Telephone (310) 587-1474  Fax (310) 319-0279

**EXHIBIT "3"**
**Page 21**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | October 2010 |
| --- | --- |

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA  92612

| Product Description | Quantity |
| --- | --- |
| DF EX DEL GOLD | 1,235 |
| DF EX DEL SB | 76,880 |
| DF EX DEL PLAT | 295 |
| DF EX DEL PALL | 6,810 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $5,999,685 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $2,480,426.38 | | |
| October | 1 | **Sell:** 130 x PD / **Buy:** 130 x AU / 4,500 x AG | $195,509.00 | $2,675,935.38 | 6.25% | $464.572 |
| October | 2 | | | $2,675,935.38 | 6.25% | $464.572 |
| October | 3 | | | $2,675,935.38 | 6.25% | $464.572 |
| October | 4 | **Buy:** 3,000 x AG / **Sell:** 20 x PT / 80 x PD - Disbursed $150K | $138,075.00 | $2,814,010.38 | 6.25% | $488.543 |
| October | 5 | **Buy:** RFI: 248689 (shipped 108 x Sil CML) / **Sell:** 50 x PD | ($26,058.00) | $2,787,952.38 | 6.25% | $484.020 |
| October | 6 | **Buy:** 3,000 x AG / **Sell:** 50 x PD | $38,150.00 | $2,826,102.38 | 6.25% | $490.643 |
| October | 7 | **Sell:** 5,500 x AG | ($122,620.00) | $2,703,482.38 | 6.25% | $469.355 |
| October | 8 | **Buy:** 50 x PT / 140 x PD / **Sell:** 4,000 x AG | $75,535.00 | $2,779,017.38 | 6.25% | $482.468 |
| October | 9 | | | $2,779,017.38 | 6.25% | $482.468 |
| October | 10 | | | $2,779,017.38 | 6.25% | $482.468 |
| October | 11 | **Buy:** 20 x PT / 150 x PD / 5,000 x AG/ **Sell:** 40 x PT / 12,000 x AG | ($104,029.00) | $2,674,988.38 | 6.25% | $464.408 |
| October | 12 | **Buy:** 100 x PD / 10,000 x AG / 20 x AU | $315,735.00 | $2,990,723.38 | 6.25% | $519.223 |
| October | 13 | **Buy:** 40 x PD | $23,680.00 | $3,014,403.38 | 6.25% | $523.334 |
| October | 14 | **Buy:** 215 x PD / 3,000 x AG / **Sell:** 5,000 x AG | $20,732.50 | $3,035,135.88 | 6.25% | $526.933 |
| October | 15 | September Interest         **Buy:** 150 x PD/ 40 x AU / **Sell:** 3,000 x AG | $145,173.29 | $3,180,309.17 | 6.25% | $552.137 |
| October | 16 | | | $3,180,309.17 | 6.25% | $552.137 |
| October | 17 | RFI: 253220, 252526, 252527, 252529 valued 10/18 Physical Trades | | $3,180,309.17 | 6.25% | $552.137 |
| October | 18 | **Buy:** 2,500 x AG/160 x PD/100 x AG/ **Sell:** 15 x PT/40 x PD/130 x AG/ 3K x AG | $186,168.68 | $3,366,477.85 | 6.25% | $584.458 |
| October | 19 | **Buy:** 60 x PD / 5,000 x AG - Rec'd Bank Wire $150K | $6,930.00 | $3,373,407.85 | 6.25% | $585.661 |
| October | 20 | **Buy:** 20 x PT | $33,960.00 | $3,407,367.85 | 6.25% | $591.557 |
| October | 21 | **Buy:** 4,500 x AG | $106,165.00 | $3,513,532.85 | 6.25% | $609.988 |
| October | 22 | **Buy:** 7,500 x AG | $179,025.00 | $3,692,557.85 | 6.25% | $641.069 |
| October | 23 | | | $3,692,557.85 | 6.25% | $641.069 |
| October | 24 | | | $3,692,557.85 | 6.25% | $641.069 |
| October | 25 | **Sell:** 35 x PT / **Buy:** 50 x PD | ($29,650.00) | $3,662,907.85 | 6.25% | $635.922 |
| October | 26 | **Sell:** 50 x PD | ($29,450.00) | $3,633,457.85 | 6.25% | $630.809 |
| October | 27 | **Buy:** 3,000 x AG / 120 x PD / **Sell:** 150 x PD / RFI 253431 - Rec'd Bank Wire | ($31,349.00) | $3,602,108.85 | 6.25% | $625.366 |
| October | 28 | **Buy:** 8,000 x AG / **Sell:** 70 x PD / RFI: 250600 | $170,636.00 | $3,772,744.85 | 6.25% | $654.990 |
| October | 29 | **Buy:** 220 x AU / 4,500 x AG / **Sell:** 275 x PD | $227,570.00 | $4,000,314.85 | 6.25% | $694.499 |
| October | 30 | | | $4,000,314.85 | 6.25% | $694.499 |
| October | 31 | | | $4,000,314.85 | 6.25% | $694.499 |

| Total Interest Due: | | | | | | $17,389.45 |
| --- | --- | --- | --- | --- | --- | --- |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| INTEREST DUE: | 10-15-10 | $38,784.16 | | Equity % | 100.000% |
| INTEREST PAYMENT: | | $ | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions  regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230   Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 22**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | November 2010 |
|---|---|

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA 92612

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 1,375 |
| DF EX DEL SB | 194,180 |
| DF EX DEL PLAT | 275 |
| DF EX DEL PALL | 7,425 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $3,328,334 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $4,000,314.85 | | |
| October | 1 | Buy: 50 x PD / 7,500 x AG / Sell: 130 x PD | $129,435.00 | $4,129,749.85 | 6.25% | $716.970 |
| October | 2 | Buy: 180 x AU / 8,000 x AG / 140 x PD / Sell: 250 x PD | $371,538.50 | $4,501,288.35 | 6.25% | $781.474 |
| October | 3 | Buy: 4,500 x AG / 60 x PD / Sell: 2,500 x AG / 200 x PD | ($40,915.00) | $4,460,373.35 | 6.25% | $774.370 |
| October | 4 | | | $4,460,373.35 | 6.25% | $774.370 |
| October | 5 | Rec'd Bank Wire | ($600,000.00) | $3,860,373.35 | 6.25% | $670.204 |
| October | 6 | | | $3,860,373.35 | 6.25% | $670.204 |
| October | 7 | | | $3,860,373.35 | 6.25% | $670.204 |
| October | 8 | Sell: 230 x PD/ 35 x AU / Buy: 12,200 x AG / 20 x PD | $128,740.00 | $3,989,113.35 | 6.25% | $692.554 |
| October | 9 | Buy: 230 x PD / 7,500 x AG - Rec'd Bank Wire $300K | $58,250.00 | $4,047,363.35 | 6.25% | $702.667 |
| October | 10 | Sell: 60 x AU / 400 x PD/ Buy: 14,500 x AG / Physical RFI:253913 | $74,767.10 | $4,122,130.45 | 6.25% | $715.648 |
| October | 11 | Rec'd Bank Wire on the 12th | | $4,122,130.45 | 6.25% | $715.648 |
| October | 12 | S:13K x AG/ 50 x PD/ B: 21K x AG /90 x PD/ 25 x AU /RFI: 254080 & 251290 | $80,562.50 | $4,202,692.95 | 6.25% | $729.634 |
| October | 13 | | | $4,202,692.95 | 6.25% | $729.634 |
| October | 14 | Buy: 7,000 x AG / 25 x PD Sell: 120-PD | $125,255.00 | $4,327,947.95 | 6.25% | $751.380 |
| October | 15 | September Interest      Sell: 40 x PD / Buy: 4,000 x AG - Rtn Excess Equity | $450,089.45 | $4,778,037.40 | 6.25% | $829.520 |
| October | 16 | Buy: 70 x AU / Sell: 50 x PD / RFI: 254636 | $71,391.00 | $4,849,428.40 | 6.25% | $841.915 |
| October | 17 | Buy: 32,000 x AG / 100 x PD | $905,210.00 | $5,754,638.40 | 6.25% | $999.069 |
| October | 18 | Buy: 2,000 x AG / Sell: 12,000 x Silver | ($254,390.00) | $5,500,248.40 | 6.25% | $954.904 |
| October | 19 | Sell: 5,000 x AG / Buy: 200 x PD / 30 x PT / 10,000 x AG / RFI: 254938 | ($75,805.00) | $5,424,443.40 | 6.25% | $941.744 |
| October | 20 | Rec'd Bank Wire on the 19th - $400,000 | | $5,424,443.40 | 6.25% | $941.744 |
| October | 21 | | | $5,424,443.40 | 6.25% | $941.744 |
| October | 22 | Buy: 12,500 x AG / 80 x PD | $390,230.00 | $5,814,673.40 | 6.25% | $1,009.492 |
| October | 23 | Buy: 2,000 x AG / 140 x PD | $151,882.50 | $5,966,555.90 | 6.25% | $1,035.860 |
| October | 24 | Buy: 9,500 x AG / 140 x AU - Rec'd Bank Wire $200K | $253,744.00 | $6,220,299.90 | 6.25% | $1,079.913 |
| October | 25 | | | $6,220,299.90 | 6.25% | $1,079.913 |
| October | 26 | | | $6,220,299.90 | 6.25% | $1,079.913 |
| October | 27 | | | $6,220,299.90 | 6.25% | $1,079.913 |
| October | 28 | Buy: 3,000 x AG / 80 x PD | $138,020.00 | $6,358,319.90 | 6.25% | $1,103.875 |
| October | 29 | Buy: 2,300 x AG / 60 x PD / Sell: 2,200 x Silver | $45,046.00 | $6,403,365.90 | 6.25% | $1,111.695 |
| October | 30 | Buy: 10,000 x AG | $268,300.00 | $6,671,665.90 | 6.25% | $1,158.275 |
| December | 1 | Buy: 100 x AU / 2,000 x AG / 330 x PD / Sell: 4,000 x AG | $309,810.00 | $6,981,475.90 | | |
| December | 2 | RFI: 255625/ Sell: 100 x AU / 50 x PT / Buy: 290 x PD | ($13,424.00) | $6,968,051.90 | | |
| **Total Interest Due:** | | | | | | **$26,284.45** |

INTEREST DUE:          10-15-10          $38,784.16          | Equity % | 48.827% |

INTEREST PAYMENT:     $

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230   Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 23**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | December 2010 |
| --- | --- |

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA  92612

| Product Description | Quantity |
| --- | --- |
| DF EX DEL GOLD | 1,690 |
| DF EX DEL SB | 247,180 |
| DF EX DEL PLAT | 350 |
| DF EX DEL PALL | 4,215 |

Account Number: 101116
Under/(Over) Limit: $2,873,793

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $6,671,665.90 | | |
| December | 1 | **Buy:** 100 x AU / 2,000 x AG / 330 x PD / **Sell:** 4,000 x AG | $309,810.00 | $6,981,475.90 | 6.25% | $1,212.06 |
| December | 2 | RFI: 255625/ Sell: 100 x AU / 50 x PT / **Buy:** 290 x PD | ($13,424.00) | $6,968,051.90 | 6.25% | $1,209.73 |
| December | 3 | **Sell:** 110 x PD / 80 x AU / **Buy:** 250 x AU / 13,000 x AG | $528,285.00 | $7,496,336.90 | 6.25% | $1,301.45 |
| December | 4 | | | $7,496,336.90 | 6.25% | $1,301.45 |
| December | 5 | | | $7,496,336.90 | 6.25% | $1,301.45 |
| December | 6 | RFI: 255731 / **Buy:** 10,000 x AG / **Sell:** 60 x PD | $242,693.36 | $7,739,030.26 | 6.25% | $1,343.58 |
| December | 7 | **Buy:** 6,000 x AG / 40 x PD / **Sell:** 100 x PD | $129,470.00 | $7,868,500.26 | 6.25% | $1,366.06 |
| December | 8 | **Buy:** 12K x AG / **Sell:** 3,100 x PD / 7K x AG - Rtn Excess Equity $200K | ($2,011,680.00) | $5,856,820.26 | 6.25% | $1,016.81 |
| December | 9 | **Buy:** 6,000 x AG / **Sell:** 195 x AU / 5,000 x AG / 40 x PD | ($265,546.00) | $5,591,274.26 | 6.25% | $970.71 |
| December | 10 | **Sell:** 30,000 x AG / **Buy:** 17,500 x AG/ 20 x PT | ($318,250.00) | $5,273,024.26 | 6.25% | $915.46 |
| December | 11 | | | $5,273,024.26 | 6.25% | $915.46 |
| December | 12 | | | $5,273,024.26 | 6.25% | $915.46 |
| December | 13 | **Buy:** 10 x PD / 4,000 x AG / 250 x AU / **Sell:** 90 x PD | $403,140.00 | $5,676,164.26 | 6.25% | $985.45 |
| December | 14 | **Buy:** 5,000 x AG | $141,700.00 | $5,817,864.26 | 6.25% | $1,010.05 |
| December | 15 | November Interest         **Buy:** 4,000 x AG / **Sell:** 75 x PD / 10 x AU | $74,064.45 | $5,891,928.71 | 6.25% | $1,022.90 |
| December | 16 | **Buy:** 25 x AU / 35 x PT / 115 x PD / **Sell:** 60 x PD | $137,600.00 | $6,029,528.71 | 6.25% | $1,046.79 |
| December | 17 | **Buy:** 50 x PD | $37,800.00 | $6,067,328.71 | 6.25% | $1,053.36 |
| December | 18 | | | $6,067,328.71 | 6.25% | $1,053.36 |
| December | 19 | | | $6,067,328.71 | 6.25% | $1,053.36 |
| December | 20 | **Buy:** 20 x PT / 50 x PD | $71,210.00 | $6,138,538.71 | 6.25% | $1,065.72 |
| December | 21 | | | $6,138,538.71 | 6.25% | $1,065.72 |
| December | 22 | **Buy:** 195 x AU / 90 x PD | $336,734.00 | $6,475,272.71 | 6.25% | $1,124.18 |
| December | 23 | **Buy:** 70 x PD/ **Sell:** 75 x AU- Rtn Excess Equity $600K/ Rec'd BW $300K | $248,762.50 | $6,724,035.21 | 6.25% | $1,167.37 |
| December | 24 | | | $6,724,035.21 | 6.25% | $1,167.37 |
| December | 25 | | | $6,724,035.21 | 6.25% | $1,167.37 |
| December | 26 | | | $6,724,035.21 | 6.25% | $1,167.37 |
| December | 27 | **Buy:** 70 x PD / **Sell:** 2,500 x AG | ($20,020.00) | $6,704,015.21 | 6.25% | $1,163.89 |
| December | 28 | Physical trades 261700 & 256498 | $13,714.40 | $6,717,729.61 | 6.25% | $1,166.27 |
| December | 29 | **Buy:** 14,000 x AG / 30 x AU / **Sell:** 75 x AU | $347,977.00 | $7,065,706.61 | 6.25% | $1,226.69 |
| December | 30 | **Buy:** 2,000 x AG | $60,500.00 | $7,126,206.61 | 6.25% | $1,237.19 |
| December | 31 | **Buy:** 4,000 x AG / **Sell:** 70 x PD | $67,260.00 | $7,193,466.61 | 6.25% | $1,248.87 |
| **Total Interest Due:** | | | | | | $34,962.90 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| INTEREST DUE: | 12-15-10 | $74,064.45 | | Equity % | 47.968% |
| INTEREST PAYMENT: | | $ | - | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jeff Schick with any problems, questions or suggestions  regarding this statement.  (310) 587-1474

429 Santa Monica Blvd.  Suite 230   Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 24**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | January 2011 |
|---|---|

| | |
|---|---|
| Bill To: | Hunter Wise Financial Group LLC<br>2361 Campus Drive<br>Suite 180<br>Irvine, CA  92612 |

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 1,255 |
| DF EX DEL SB | 268,680 |
| DF EX DEL PLAT | 315 |
| DF EX DEL PALL | 4,090 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $2,457,569 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $7,193,466.61 | | |
| January | 1 | | | $7,193,466.61 | 6.25% | $1,248.87 |
| January | 2 | | | $7,193,466.61 | 6.25% | $1,248.87 |
| January | 3 | Disbursed Bank Wire | $200,000.00 | $7,393,466.61 | 6.25% | $1,283.59 |
| January | 4 | Buy: 2,000 x AG / Sell: 40 x PD | $29,820.00 | $7,423,286.61 | 6.25% | $1,288.77 |
| January | 5 | Buy:16K x AG/ 150 x PD /Sell: 400 x PD/ 13K x AG / 261970 | ($89,015.00) | $7,334,271.61 | 6.25% | $1,273.31 |
| January | 6 | Sell: 45,000 x AG / Buy: 6,300 x AG | ($1,155,510.00) | $6,178,761.61 | 6.25% | $1,072.70 |
| January | 7 | Buy: 190 x AU / 5,000 x AG / Sell: 75 x PD / 258203 | $375,968.50 | $6,554,730.11 | 6.25% | $1,137.97 |
| January | 8 | | | $6,554,730.11 | 6.25% | $1,137.97 |
| January | 9 | | | $6,554,730.11 | 6.25% | $1,137.97 |
| January | 10 | Buy: 20,000 x AG / 50 x AU | $652,000.00 | $7,206,730.11 | 6.25% | $1,251.17 |
| January | 11 | Buy: 15,000 x AG / Sell: 175 x AU | $193,830.00 | $7,400,560.11 | 6.25% | $1,284.82 |
| January | 12 | Buy: 8,000 x AG | $231,400.00 | $7,631,960.11 | 6.25% | $1,324.99 |
| January | 13 | Buy: 9,000 x AG | $266,110.00 | $7,898,070.11 | 6.25% | $1,371.19 |
| January | 14 | Buy: 4,000 x AG / Sell: 75 x PD / 258503 | $60,979.00 | $7,959,049.11 | 6.25% | $1,381.78 |
| January | 15 | December Interest | $34,962.90 | $7,994,012.01 | 6.25% | $1,387.85 |
| January | 16 | | | $7,994,012.01 | 6.25% | $1,387.85 |
| January | 17 | | | $7,994,012.01 | 6.25% | $1,387.85 |
| January | 18 | Buy: 2,000 x AG / 50 x PD / Sell: 100 x PD - 258631 - Rec'd BW | ($311,745.00) | $7,682,267.01 | 6.25% | $1,333.73 |
| January | 19 | | | $7,682,267.01 | 6.25% | $1,333.73 |
| January | 20 | Buy: 10,500 x AG | $303,550.00 | $7,985,817.01 | 6.25% | $1,386.43 |
| January | 21 | Buy: 15,000 x AG / Sell: 60 x PD | $389,590.00 | $8,375,407.01 | 6.25% | $1,454.06 |
| January | 22 | | | $8,375,407.01 | 6.25% | $1,454.06 |
| January | 23 | | | $8,375,407.01 | 6.25% | $1,454.06 |
| January | 24 | Sell: 240 x PD / Buy: 2,000 x AG | ($138,540.00) | $8,236,867.01 | 6.25% | $1,430.01 |
| January | 25 | Buy: 545 x PD / Sell: 13,300 x AG / 264846 / 264837 | $54,233.90 | $8,291,100.91 | 6.25% | $1,439.43 |
| January | 26 | Sell: 27,000 x AG / 40 x PD | ($759,780.00) | $7,531,320.91 | 6.25% | $1,307.52 |
| January | 27 | Sell: 25 x PT / 5,000 x AG / Buy: 90 x PD | ($107,675.00) | $7,423,645.91 | 6.25% | $1,288.83 |
| January | 28 | Buy: 3,000 x AG / 70 x PD | $136,780.00 | $7,560,425.91 | 6.25% | $1,312.57 |
| January | 29 | | | $7,560,425.91 | 6.25% | $1,312.57 |
| January | 30 | Sell: 10 x PT | ($17,995.00) | $7,542,430.91 | 6.25% | $1,309.45 |
| January | 31 | Buy: 9,000 x AG / 265024 / Sell: 500 x AU | ($385,150.00) | $7,157,280.91 | 6.25% | $1,242.58 |

| Total Interest Due: | | | | | | $40,666.56 |
|---|---|---|---|---|---|---|

| INTEREST DUE: | 01-15-11 | $34,962.90 | Equity % | 48.389% |
|---|---|---|---|---|
| INTEREST PAYMENT: | | $ | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jenna Ellison with any problems, questions or suggestions regarding this statement.  (310) 587-1487

429 Santa Monica Blvd.  Suite 230  Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 25**



**A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | February 2011 |
| --- | --- |

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA 92612

| Product Description | Quantity |
| --- | --- |
| DF EX DEL GOLD | 1,095 |
| DF EX DEL SB | 303,680 |
| DF EX DEL PLAT | 310 |
| DF EX DEL PALL | 5,445 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $1,969,805 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $7,157,280.91 | | |
| February | 1 | Sell: 80 x PD - RTN EXCESS EQUITY - $100,000 | $35,320.00 | $7,192,600.91 | 6.25% | $1,248.72 |
| February | 2 | Buy: 6,000 x AG - RTN EXCESS EQUITY - $100,000 | $269,600.00 | $7,462,200.91 | 6.25% | $1,295.52 |
| February | 3 | Sell: 40 x PT / 5,000 x AG / Buy: 75 x PD / 5,000 x AG | ($12,375.00) | $7,449,825.91 | 6.25% | $1,293.37 |
| February | 4 | Buy: 7,500 x AG / 25 x PD | $233,120.00 | $7,682,945.91 | 6.25% | $1,333.84 |
| February | 5 | | | $7,682,945.91 | 6.25% | $1,333.84 |
| February | 6 | | | $7,682,945.91 | 6.25% | $1,333.84 |
| February | 7 | Buy: 7,000 x AG | $199,770.00 | $7,882,715.91 | 6.25% | $1,368.53 |
| February | 8 | Buy: 2,000 x AG / Rec'd Bank Wire $300K | ($241,620.00) | $7,641,095.91 | 6.25% | $1,326.58 |
| February | 9 | Buy: 135 x PD / 10 x PT / 5,000 x AG | $275,970.00 | $7,917,065.91 | 6.25% | $1,374.49 |
| February | 10 | Buy: 35 x AU / 10 x PT / Sell: 50 x PD - Rec'd Bank Wire $450 | ($425,312.50) | $7,491,753.41 | 6.25% | $1,300.65 |
| February | 11 | Buy: 30 x PD / 60 x AU / 3,000 x AG | $197,435.00 | $7,689,188.41 | 6.25% | $1,334.93 |
| February | 12 | | | $7,689,188.41 | 6.25% | $1,334.93 |
| February | 13 | | | $7,689,188.41 | 6.25% | $1,334.93 |
| February | 14 | Buy: 7,000 x AG | $211,070.00 | $7,900,258.41 | 6.25% | $1,371.57 |
| February | 15 | January Interest          Sell: 5,000 x AG / 175 x AU | ($346,537.19) | $7,553,721.22 | 6.25% | $1,311.41 |
| February | 16 | Sell: 4,000 x AG | ($122,160.00) | $7,431,561.22 | 6.25% | $1,290.20 |
| February | 17 | Sell: 50 x PD / 10 x PT / 200 x AU / 2,000 x AG | ($396,460.00) | $7,035,101.22 | 6.25% | $1,221.37 |
| February | 18 | Rec'd Bank Wire | ($200,000.00) | $6,835,101.22 | 6.25% | $1,186.65 |
| February | 19 | | | $6,835,101.22 | 6.25% | $1,186.65 |
| February | 20 | | | $6,835,101.22 | 6.25% | $1,186.65 |
| February | 21 | | | $6,835,101.22 | 6.25% | $1,186.65 |
| February | 22 | Buy: 100 x AU/ 7,500 x AG / 25 x PT / 50 x PD/ RFI: 260222 | $466,607.50 | $7,301,708.72 | 6.25% | $1,267.66 |
| February | 23 | | | $7,301,708.72 | 6.25% | $1,267.66 |
| February | 24 | Buy: 530 x PD / Sell: 5,000 x AG | $265,802.50 | $7,567,511.22 | 6.25% | $1,313.80 |
| February | 25 | Buy: 250 x PD / 6,000 x AG / RFI 260189 | $424,844.00 | $7,992,355.22 | 6.25% | $1,387.56 |
| February | 26 | | | $7,992,355.22 | 6.25% | $1,387.56 |
| February | 27 | | | $7,992,355.22 | 6.25% | $1,387.56 |
| February | 28 | Buy: 300 x PD / Sell: 6,000 x AG | $37,840.00 | $8,030,195.22 | 6.25% | $1,394.13 |
| March | 1 | Buy: 50 x PD | $39,650.00 | $8,069,845.22 | | |
| March | 2 | Buy: 6,000 x AG / 90 x PD / 20 x AU | $302,536.00 | $8,372,381.22 | | |

| Total Interest Due: | | | | | | $36,561.27 |

| | INTEREST DUE: | 02-15-11 | $40,666.56 | | Equity % | 51.997% |
| | INTEREST PAYMENT: | | $  - | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jenna Ellison with any problems, questions or suggestions regarding this statement.  (310) 587-1487

429 Santa Monica Blvd.  Suite 230   Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 26**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | March 2011 |
|---|---|

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 180**
**Irvine, CA  92612**

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 1,620 |
| DF EX DEL SB | 371,780 |
| DF EX DEL PLAT | 310 |
| DF EX DEL PALL | 3,075 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $541,573 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $8,030,195.22 | | |
| March | 1 | Buy: 50 x PD | $39,650.00 | $8,069,845.22 | 6.25% | $1,401.01 |
| March | 2 | Buy: 6,000 x AG / 90 x PD / 20 x AU / RFI: 263968 | $305,979.00 | $8,375,824.22 | 6.25% | $1,454.14 |
| March | 3 | RFI: 264364 / 264377 / Buy: 7,500 x AG / Disbursed Bank Wire $200K | $492,183.00 | $8,868,007.22 | 6.25% | $1,539.58 |
| March | 4 | Buy: 80 x AG/ 160 x PD / Sell: 8,500 x AG / Rec'd Bank Wire $200K | ($247,593.00) | $8,620,414.22 | 6.25% | $1,496.60 |
| March | 5 | | | $8,620,414.22 | 6.25% | $1,496.60 |
| March | 6 | | | $8,620,414.22 | 6.25% | $1,496.60 |
| March | 7 | | | $8,620,414.22 | 6.25% | $1,496.60 |
| March | 8 | Sell: 4,000 x AG | $240.00 | $8,620,654.22 | 6.25% | $1,496.64 |
| March | 9 | Buy: 10,000 x AG / 200 x PD / Sell: 6,000 x AG | $308,100.00 | $8,928,754.22 | 6.25% | $1,550.13 |
| March | 10 | Buy: 160 x PD / 20 x PT | $162,770.00 | $9,091,524.22 | 6.25% | $1,578.39 |
| March | 11 | Buy: 60 x PD - Rec'd Bank Wire $200K | ($152,930.00) | $8,938,594.22 | 6.25% | $1,551.84 |
| March | 12 | | | $8,938,594.22 | 6.25% | $1,551.84 |
| March | 13 | | | $8,938,594.22 | 6.25% | $1,551.84 |
| March | 14 | Sell: 100 x PD / 100 x AU - Disbursed 150 K | ($67,450.00) | $8,871,144.22 | 6.25% | $1,540.13 |
| March | 15 | February Interest        Sell: 180 x PD / Buy: 4,000 x AG | $45,421.27 | $8,916,565.49 | 6.25% | $1,548.01 |
| March | 16 | Buy: 18,000 x AG / 160 x AU / Sell: 20 x AU / 170 x PD / 110 x AU | $564,013.00 | $9,480,578.49 | 6.25% | $1,645.93 |
| March | 17 | Buy: RFI: 260551 / Sell: 605 x PD | ($410,129.50) | $9,070,448.99 | 6.25% | $1,574.73 |
| March | 18 | Buy: 70 x AU / 4,000 x AG / Sell: 645 x PD - Rec'd Bank Wire $150K | ($363,631.50) | $8,706,817.49 | 6.25% | $1,511.60 |
| March | 19 | | | $8,706,817.49 | 6.25% | $1,511.60 |
| March | 20 | | | $8,706,817.49 | 6.25% | $1,511.60 |
| March | 21 | Buy: 22,600 x AG / Sell: 585 x PD | $359,197.00 | $9,066,014.49 | 6.25% | $1,573.96 |
| March | 22 | Buy: 650 x AU | $923,325.00 | $9,989,339.49 | 6.25% | $1,734.26 |
| March | 23 | Buy: 2,500 x AG / Sell: 50 x AU / 600 x PD - Rec'd Bank Wire 150K | ($573,750.00) | $9,415,589.49 | 6.25% | $1,634.65 |
| March | 24 | Sell: 75 x AU / 20 x PT / Buy: 2,000 x AG | ($68,902.50) | $9,346,686.99 | 6.25% | $1,622.69 |
| March | 25 | Rec'd Bank Wire | ($150,000.00) | $9,196,686.99 | 6.25% | $1,596.65 |
| March | 26 | | | $9,196,686.99 | 6.25% | $1,596.65 |
| March | 27 | | | $9,196,686.99 | 6.25% | $1,596.65 |
| March | 28 | Buy: 7,000 x AG | $261,740.00 | $9,458,426.99 | 6.25% | $1,642.09 |
| March | 29 | Sell: 80 x AU | ($114,216.00) | $9,344,210.99 | 6.25% | $1,622.26 |
| March | 30 | RFI: 262939 / Sell: 65 x PD / Buy: 3,000 x AG | $78,359.30 | $9,422,570.29 | 6.25% | $1,635.86 |
| March | 31 | Buy: 2,000 x AG | $74,040.00 | $9,496,610.29 | 6.25% | $1,648.72 |

| Total Interest Due: | | | | | | $48,409.85 |
|---|---|---|---|---|---|---|

| INTEREST DUE: | 03-15-11 | $36,561.27 | | Equity % | 50.353% |
|---|---|---|---|---|---|
| INTEREST PAYMENT: | | $ | - | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jenna Ellison with any problems, questions or suggestions regarding this statement.  (310) 587-1487

429 Santa Monica Blvd.  Suite 230   Santa Monica   California 90401   Telephone (310) 587-1474    Fax (310) 319-0279

**EXHIBIT "3"**
**Page 27**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| | |
|---|---|
| Margin Billing for: | **April 2011** |

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 180**
**Irvine, CA  92612**

| Product Description | Quantity |
|---|---|
| **DF EX DEL GOLD** | 1,510 |
| **DF EX DEL SB** | 475,780 |
| **DF EX DEL PLAT** | 530 |
| **DF EX DEL PALL** | 1,645 |
| Account Number: 101116 | |
| Under/(Over) Limit: | **$1,271,194** |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $9,496,610.29 | | |
| April | 1 | **Sell:** 100 x PD / **Buy:** 20 x AU / 5,500 x AG - Disbursed Bank Wire $100 K | $258,470.00 | $9,755,080.29 | 5.00% | $1,354.87 |
| April | 2 | | | $9,755,080.29 | 5.00% | $1,354.87 |
| April | 3 | | | $9,755,080.29 | 5.00% | $1,354.87 |
| April | 4 | **Buy:** 9,000 x AG - Disbursed Bank Wire 100K | $439,840.00 | $10,194,920.29 | 5.00% | $1,415.96 |
| April | 5 | **Sell:** 70 x PD / 11,500 x AG | $381,170.00 | $10,576,090.29 | 5.00% | $1,468.90 |
| April | 6 | **Sell:** 150 x AU | ($214,903.00) | $10,361,187.29 | 5.00% | $1,439.05 |
| April | 7 | **Buy:** 33,500 x AG | $1,314,405.00 | $11,675,592.29 | 5.00% | $1,621.61 |
| April | 8 | **Buy:** 8,000 AG | $316,420.00 | $11,992,012.29 | 5.00% | $1,665.56 |
| April | 9 | **Buy:** 50 x PT / 2,000 x AG | $169,380.00 | $12,161,392.29 | 5.00% | $1,689.08 |
| April | 10 | | | $12,161,392.29 | 5.00% | $1,689.08 |
| April | 11 | **Buy:** 16,000 x AG / **Sell:** 375 x PD | $343,065.00 | $12,504,457.29 | 5.00% | $1,736.73 |
| April | 12 | **Buy:**200 x PT/ 3,500 x AG/ 60 x PD /**Sell:** 160 x PD/ 40 x PT/15,000 x AG | ($255,755.00) | $12,248,702.29 | 5.00% | $1,701.21 |
| April | 13 | **Buy:** 6,000 x AG/ 100 x PD / **Sell:** 50 x PD / 34,000 x AG / 200 x AU | ($1,361,725.00) | $10,886,977.29 | 5.00% | $1,512.08 |
| April | 14 | **Buy:** 5,000 x AG / **Sell:** 5,000 x AG / 20 x PD | ($15,790.00) | $10,871,187.29 | 5.00% | $1,509.89 |
| April | 15 | March Interest          **Buy:** 7,000 x AG - Rec'd Bank Wire 500K | ($168,450.15) | $10,702,737.14 | 5.00% | $1,486.49 |
| April | 16 | | | $10,702,737.14 | 5.00% | $1,486.49 |
| April | 17 | | | $10,702,737.14 | 5.00% | $1,486.49 |
| April | 18 | **Buy:** 475 x AU / 15,000 x AG / **Sell:** 100 x PD | $1,330,345.00 | $12,033,082.14 | 5.00% | $1,671.26 |
| April | 19 | **Buy:** 10 x PT / 7,000 x AG / **Sell:** 25,000 x AG | ($746,850.00) | $11,286,232.14 | 5.00% | $1,567.53 |
| April | 20 | **Buy:** 13,000 x AG / **Sell:** 150 x AU / 40 x PD | $310,475.00 | $11,596,707.14 | 5.00% | $1,610.65 |
| April | 21 | **Buy:** 20,000 x AG / **Sell:** 10,000 AG / 180 x PD | $302,155.00 | $11,898,862.14 | 5.00% | $1,652.62 |
| April | 22 | | | $11,898,862.14 | 5.00% | $1,652.62 |
| April | 23 | | | $11,898,862.14 | 5.00% | $1,652.62 |
| April | 24 | | | $11,898,862.14 | 5.00% | $1,652.62 |
| April | 25 | | | $11,898,862.14 | 5.00% | $1,652.62 |
| April | 26 | **Sell:** 105 x PD / **Buy:** 2,000 x AG | $11,007.50 | $11,909,869.64 | 5.00% | $1,654.15 |
| April | 27 | **Buy:** 49,000 x AG / 145 x AU / **Sell:** 170 x PD | $2,368,146.50 | $14,278,016.14 | 5.00% | $1,983.06 |
| April | 28 | **Sell:** 11,000 x AG / 70 x PD | ($549,210.00) | $13,728,806.14 | 5.00% | $1,906.78 |
| April | 29 | | | $13,728,806.14 | 5.00% | $1,906.78 |
| April | 30 | | | $13,728,806.14 | 5.00% | $1,906.78 |
| May | 3 | **Sell:** 7,000 x AG / 50 x AU / 200 x PD / **Buy:** 50 x PD | ($505,385.00) | $13,223,421.14 | | |
| May | 4 | **Buy:** 10,000 x AG / **Sell:** 14,000 x AG / 200 x AU | ($506,460.00) | $12,716,961.14 | | |
| **Total Interest Due:** | | | | | | $48,443.33 |

| | | | | |
|---|---|---|---|---|
| INTEREST DUE: | 04-15-11 | $36,561.27 | **Equity %** | **54.193%** |
| INTEREST PAYMENT: | | $                 - | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jenna Ellison with any problems, questions or suggestions regarding this statement.  (310) 587-1487

**429 Santa Monica Blvd.  Suite 230   Santa Monica    California 90401    Telephone (310) 587-1474    Fax (310) 319-0279**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | May 2011 |
|---|---|

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 180**
**Irvine, CA 92612**

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 1,720 |
| DF EX DEL SB | 339,780 |
| DF EX DEL PLAT | 310 |
| DF EX DEL PALL | 1,210 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $7,319,501 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $13,728,806.14 | | |
| May | 1 | | | $13,728,806.14 | 5.00% | $1,906.78 |
| May | 2 | Disbursed Bank Wire | $300,000.00 | $14,028,806.14 | 5.00% | $1,948.45 |
| May | 3 | Sell: 7,000 x AG / 50 x AU / 200 x PD / Buy: 50 x PD / Disbursed Bank Wire 500K | ($5,385.00) | $14,023,421.14 | 5.00% | $1,947.70 |
| May | 4 | Buy: 10,000 x AG / 35 x PT / 50 x AU / Sell: 69,000 x AG / 200 x AU - Disbursed 500K | ($2,321,990.00) | $11,701,431.14 | 5.00% | $1,625.20 |
| May | 5 | Sell: 134,000 x AG / 20 x PT / 50 x PD / Buy: 25 x PT / 60 x PD - Disbursed 500K | ($5,041,555.00) | $6,659,876.14 | 5.00% | $924.98 |
| May | 6 | Sell: 37,500 x AG / 95 x PD | ($1,550,205.00) | $5,109,671.14 | 5.00% | $709.68 |
| May | 7 | | | $5,109,671.14 | 5.00% | $709.68 |
| May | 8 | | | $5,109,671.14 | 5.00% | $709.68 |
| May | 9 | Sell: 445 x PD / 300 x PT/ 48,000 x AG / Buy: 3,000 x AG | ($2,486,317.50) | $2,623,353.64 | 5.00% | $364.35 |
| May | 10 | Buy: 20 x AU / 35,000 x AG | $1,291,495.00 | $3,914,848.64 | 5.00% | $543.73 |
| May | 11 | Buy: 30,000 x AG / 20 x AU - Disbursed 500K | $1,651,344.00 | $5,566,192.64 | 5.00% | $773.08 |
| May | 12 | Buy: 22,000 x AG / 70 x AU / 50 x PD / Sell: 55 x PD / 30 x AU | $903,105.00 | $6,469,297.64 | 5.00% | $898.51 |
| May | 13 | Buy: 5,000 x AG - Rec'd Bank Wire | ($15,560.00) | $6,453,737.64 | 5.00% | $896.35 |
| May | 14 | | | $6,453,737.64 | 5.00% | $896.35 |
| May | 15 | April Interest | $48,443.33 | $6,502,180.97 | 5.00% | $903.08 |
| May | 16 | Sell: 19,000 / Buy: 150 x AU | ($421,460.00) | $6,080,720.97 | 5.00% | $844.54 |
| May | 17 | Buy: 16,000 x 20 x AU | $589,520.00 | $6,670,240.97 | 5.00% | $926.42 |
| May | 18 | Buy: 6,000 x AG / 20 x PT - Disbursed 300K | $540,920.00 | $7,211,160.97 | 5.00% | $1,001.55 |
| May | 19 | Sell: 25 x PT - Physical Delivery 268778 - Rec'd Bank Wire 500K | ($541,014.00) | $6,670,146.97 | 5.00% | $926.41 |
| May | 20 | Buy: 4,500 x AG | $159,000.00 | $6,829,146.97 | 5.00% | $948.49 |
| May | 21 | | | $6,829,146.97 | 5.00% | $948.49 |
| May | 22 | | | $6,829,146.97 | 5.00% | $948.49 |
| May | 23 | Buy: 11,000 x AG | $384,060.00 | $7,213,206.97 | 5.00% | $1,001.83 |
| May | 24 | Buy: 6,000 x AG / Sell: 2,500 x AG | $124,935.00 | $7,338,141.97 | 5.00% | $1,019.19 |
| May | 25 | Sell: 50 x AU / 40 x PD | ($105,005.00) | $7,233,136.97 | 5.00% | $1,004.60 |
| May | 26 | Buy: 20 x PT / 5,000 x AG | $218,750.00 | $7,451,886.97 | 5.00% | $1,034.98 |
| May | 27 | Buy: 6,500 x AG / 100 x PD / Sell: 60 x AU | $228,612.00 | $7,680,498.97 | 5.00% | $1,066.74 |
| May | 28 | | | $7,680,498.97 | 5.00% | $1,066.74 |
| May | 29 | | | $7,680,498.97 | 5.00% | $1,066.74 |
| May | 30 | | | $7,680,498.97 | 5.00% | $1,066.74 |
| May | 31 | Sell: 80 x AU / Buy: 20 x AU / 2,000 x AG / 40 x PD | $13,700.00 | $7,694,198.97 | 5.00% | $1,068.64 |
| June | 1 | Buy: 8,000 x AG / 25 x PT / 80 x AU | $501,704.00 | $8,195,902.97 | | |

| Total Interest Due: | | | | | | $31,698.19 |

| INTEREST DUE: | 05-15-11 | $36,561.27 | | Equity % | 55.208% |
|---|---|---|---|---|---|
| INTEREST PAYMENT: | | $ | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Jenna Ellison with any problems, questions or suggestions regarding this statement. (310) 587-1487

429 Santa Monica Blvd.  Suite 230   Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 29**



**A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | June 2011 |
|---|---|

| | |
|---|---|
| Bill To: | **Hunter Wise Financial Group LLC** |
| | **2361 Campus Drive** |
| | **Suite 180** |
| | **Irvine, CA  92612** |

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 1,515 |
| DF EX DEL SB | 415,780 |
| DF EX DEL PLAT | 395 |
| DF EX DEL PALL | 470 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $9,782,311 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $7,694,198.97 | | |
| June | 1 | **Buy:** 8,000 x AG / 25 x PT / 80 x AU - Rec'd Bank Wire $200K | $301,704.00 | $7,995,902.97 | 5.00% | $1,110.54 |
| June | 2 | **Buy:** 2,000 x AG / 55 x AU / 40 x PT / 50 x PD / **Sell:** 50 x PD / 20 x AU | $204,295.50 | $8,200,198.47 | 5.00% | $1,138.92 |
| June | 3 | **Buy:** 4,000 x AG - Rec'd Bank Wire | ($147,480.00) | $8,052,718.47 | 5.00% | $1,118.43 |
| June | 4 | | | $8,052,718.47 | 5.00% | $1,118.43 |
| June | 5 | | | $8,052,718.47 | 5.00% | $1,118.43 |
| June | 6 | **Sell:** 50 x PD / 4,000 x AG / **Buy:** 125 x AU / 5,000 x AG | $190,584.50 | $8,243,302.97 | 5.00% | $1,144.90 |
| June | 7 | **Sell:** 35 x PD / **Buy:** 4,000 x AG | $117,522.50 | $8,360,825.47 | 5.00% | $1,161.23 |
| June | 8 | **Buy:** 10 x PT / 12,000 x AG / **Sell:** 115 x AU / 70 x PD | $227,742.00 | $8,588,567.47 | 5.00% | $1,192.86 |
| June | 9 | **Buy:** 5,000 x AG / 125 x AU / 45 x PT / **Sell:** 65 x AU - Rec'd Bank Wire | $157,848.00 | $8,746,415.47 | 5.00% | $1,214.78 |
| June | 10 | **Buy:** 2,000 x AG - Rec'd Bank Wire 300K | ($226,640.00) | $8,519,775.47 | 5.00% | $1,183.30 |
| June | 11 | | | $8,519,775.47 | 5.00% | $1,183.30 |
| June | 12 | | | $8,519,775.47 | 5.00% | $1,183.30 |
| June | 13 | **Buy:** 7,000 x AG / 20 x AU / **Sell:** 60 x PD | $244,950.00 | $8,764,725.47 | 5.00% | $1,217.32 |
| June | 14 | **Sell:** 60 x PD / **Buy:** 12,200 x AG / 25 x AU | $437,340.50 | $9,202,065.97 | 5.00% | $1,278.06 |
| June | 15 | May Interest | $31,698.19 | $9,233,764.16 | 5.00% | $1,282.47 |
| June | 16 | **Sell:** 50 x PD 10,200 x AG **Buy:** 80 x AU / **Apply:** $ for 30-.10 oz EGC 274459 | ($267,811.00) | $8,965,953.16 | 5.00% | $1,245.27 |
| June | 17 | **Buy:** 17,000 x AG / **Apply:** $ for 10-10 oz AG bars | $612,800.00 | $9,578,753.16 | 5.00% | $1,330.38 |
| June | 18 | | | $9,578,753.16 | 5.00% | $1,330.38 |
| June | 19 | | | $9,578,753.16 | 5.00% | $1,330.38 |
| June | 20 | **Sell:** 50 x PD / **Buy:**  2,000 x AG | $33,470.00 | $9,612,223.16 | 5.00% | $1,335.03 |
| June | 21 | **Sell:** 100 x PD / **Buy:** 9,000 x AG | $246,985.00 | $9,859,208.16 | 5.00% | $1,369.33 |
| June | 22 | **Buy:** 21,500 x AG / 65 x PD / **Sell:** 35 x AU / 100 x PD | $692,728.00 | $10,551,936.16 | 5.00% | $1,465.55 |
| June | 23 | **Sell:** 150 x PD / **Buy:** 50 x AU / 12,000 x AG | $401,990.00 | $10,953,926.16 | 5.00% | $1,521.38 |
| June | 24 | **Sell:** 80 x AU / 40 x PD | ($154,744.00) | $10,799,182.16 | 5.00% | $1,499.89 |
| June | 25 | | | $10,799,182.16 | 5.00% | $1,499.89 |
| June | 26 | | | $10,799,182.16 | 5.00% | $1,499.89 |
| June | 27 | **Sell:** 80 x PD / 3,000 x AG / **Buy:** 20 x AU / 2,000 x AG - RFI: 275383 | ($6,481.00) | $10,792,701.16 | 5.00% | $1,498.99 |
| June | 28 | **Sell:** 12,000 x AG / 80 x AU / 60 x PD | ($575,012.00) | $10,217,689.16 | 5.00% | $1,419.12 |
| June | 29 | **Sell:** 13,500 x AG | ($454,780.00) | $9,762,909.16 | 5.00% | $1,355.96 |
| June | 30 | **Buy:** 20 x PT | $33,940.00 | $9,796,849.16 | 5.00% | $1,360.67 |
| **Total Interest Due:** | | | | | | **$38,708.40** |

| | | | | | |
|---|---|---|---|---|---|
| INTEREST DUE: | 06-15-11 | $36,561.27 | | Equity % | 100.000% |
| INTEREST PAYMENT: | | $            - | | | |

| |
|---|
| IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH, |
| INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH. |

| |
|---|
| Please contact Jenna Ellison with any problems, questions or suggestions regarding this statement.  (310) 587-1487 |

429 Santa Monica Blvd.  Suite 230  Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 30**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | July 2011 |
|---|---|

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 180**
**Irvine, CA  92612**

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 2,400 |
| DF EX DEL SB | 547,780 |
| DF EX DEL PLAT | 455 |
| DF EX DEL PALL | 145 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $5,378,809 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $9,796,849.16 | | |
| July | 1 | Buy: 40 x AU / Sell: 30 x PT | $8,752.00 | $9,805,601.16 | 5.00% | $1,361.89 |
| July | 2 | | | $9,805,601.16 | 5.00% | $1,361.89 |
| July | 3 | | | $9,805,601.16 | 5.00% | $1,361.89 |
| July | 4 | | | $9,805,601.16 | 5.00% | $1,361.89 |
| July | 5 | Buy: 50 x AU / 100 x PD / 2,000 x AG / Sell: 400 x AU / 40 x PD | ($409,625.00) | $9,395,976.16 | 5.00% | $1,305.00 |
| July | 6 | Sell: 50 x PD - Disbursed Bank Wire $200K | $162,200.00 | $9,558,176.16 | 5.00% | $1,327.52 |
| July | 7 | | | $9,558,176.16 | 5.00% | $1,327.52 |
| July | 8 | Buy: 4,000 x AG | $144,220.00 | $9,702,396.16 | 5.00% | $1,347.56 |
| July | 9 | | | $9,702,396.16 | 5.00% | $1,347.56 |
| July | 10 | | | $9,702,396.16 | 5.00% | $1,347.56 |
| July | 11 | Buy: 10,000 x AG / RFI: 275965 | $381,445.00 | $10,083,841.16 | 5.00% | $1,400.53 |
| July | 12 | Buy: 25 x AU / 50 x PD / Sell: 40 x PD / 5 x PT / 2,000 x AG | ($35,067.50) | $10,048,773.66 | 5.00% | $1,395.66 |
| July | 13 | Buy: 3,000 x AG | $107,220.00 | $10,155,993.66 | 5.00% | $1,410.55 |
| July | 14 | Buy: 11,000 x AG / 50 x AU / Sell: 8,000 x AG / 20 x PD | $97,565.00 | $10,253,558.66 | 5.00% | $1,424.11 |
| July | 15 | June Interest          Buy: 25 x AU / 10,000 x AG / Sell: 70 x PD | $405,955.90 | $10,659,514.56 | 5.00% | $1,480.49 |
| July | 16 | | | $10,659,514.56 | 5.00% | $1,480.49 |
| July | 17 | | | $10,659,514.56 | 5.00% | $1,480.49 |
| July | 18 | Sell: 15 x PT / Buy: 6,000 x AG / 95 x PD / 70 x PT | $403,814.50 | $11,063,329.06 | 5.00% | $1,536.57 |
| July | 19 | Buy: 31,000 x AG / 965 x AU | $2,736,677.00 | $13,800,006.06 | 5.00% | $1,916.67 |
| July | 20 | Buy:20 x AU/10,500 x AG/60 x PD/ Sell: 3,000 x AG / 300 x AU/ Rec'd BW | ($597,681.00) | $13,202,325.06 | 5.00% | $1,833.66 |
| July | 21 | Buy: 50 x PD | $39,900.00 | $13,242,225.06 | 5.00% | $1,839.20 |
| July | 22 | Sell: 20 x PD / 7,000 x AG /Buy: 16,000 x AG - Rec'd Bank Wire $500k | ($151,870.00) | $13,090,355.06 | 5.00% | $1,818.10 |
| July | 23 | | | $13,090,355.06 | 5.00% | $1,818.10 |
| July | 24 | | | $13,090,355.06 | 5.00% | $1,818.10 |
| July | 25 | Buy: 11,500 x AG / 25 x AU / Sell: 85 x PT/ 180 x AU/Physical Tr# 270453 | $67,655.30 | $13,158,010.36 | 5.00% | $1,827.50 |
| July | 26 | Buy:6K x AG/40 x PT/55 x AU /Sell: 3K x AG/ 50 x PD/10 x PT - Rec'd BW | ($93,000.50) | $13,065,009.86 | 5.00% | $1,814.58 |
| July | 27 | Buy: 19,000 x AG / 330 x AU / 60 x PT / Sell: 80 x AU | $1,280,039.00 | $14,345,048.86 | 5.00% | $1,992.37 |
| July | 28 | Buy: 8,500 x AG / Sell: 50 x PD / 15 x PT | $276,142.50 | $14,621,191.36 | 5.00% | $2,030.72 |
| July | 29 | Sell: 220 x PD / Buy: 20 x PT / 10,500 x AG | $282,695.00 | $14,903,886.36 | 5.00% | $2,069.98 |
| July | 30 | | | $14,903,886.36 | 5.00% | $2,069.98 |
| July | 31 | | | $14,903,886.36 | 5.00% | $2,069.98 |

| **Total Interest Due:** | | | | | | **$49,978.13** |
|---|---|---|---|---|---|---|

| November 2011 | INTEREST DUE: | 07-15-11 | $36,561.27 | | Equity % | 100.000% |
|---|---|---|---|---|---|---|
| November 2011 | INTEREST PAYMENT: | $ | | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTHS BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Operations with any problems, questions or suggestions regarding this statement.  (310) 587-1487

429 Santa Monica Blvd.  Suite 230  Santa Monica    California 90401    Telephone (310) 587-1474    Fax (310) 319-0279

**EXHIBIT "3"**
**Page 31**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | August 2011 |
| --- | --- |

| | Product Description | Quantity |
| --- | --- | --- |
| | DF EX DEL GOLD | 5,305 |
| | DF EX DEL SB | 818,480 |
| | DF EX DEL PLAT | 245 |
| | DF EX DEL PALL | 260 |
| | Account Number: 101116 | |
| | Under/(Over) Limit: | ($2,014,943) |

Bill To:
Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA  92612

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $14,903,886.36 | | |
| August | 1 | Sell: 2,000 x AG / 40 x PD | ($112,100.00) | $14,791,786.36 | 5.00% | $2,054.41 |
| August | 2 | Buy: 6,500 x AG / 10 x PD / 25 x AU / Sell: 50 x PD - Rec'd Bank Wire | ($232,197.50) | $14,559,588.86 | 5.00% | $2,022.17 |
| August | 3 | Buy: 17,000 x AG / 50 x AU / Sell: 65 x PD / 3,000 x AG | $581,380.00 | $15,140,968.86 | 5.00% | $2,102.91 |
| August | 4 | Buy: 56,000 x AG / 270 x AU / Physical trade# 276183 / Rec'd Bank Wire | $2,210,958.00 | $17,351,926.86 | 5.00% | $2,409.99 |
| August | 5 | Buy: 26,700 x AG / 170 x AU / Sell: 35 x PT / 15 x PD / Rec'd Bank Wire | $571,938.00 | $17,923,864.86 | 5.00% | $2,489.43 |
| August | 6 | | | $17,923,864.86 | 5.00% | $2,489.43 |
| August | 7 | | | $17,923,864.86 | 5.00% | $2,489.43 |
| August | 8 | Buy: 22,000 x AG / 20 x PD / 50 x AU | $995,540.00 | $18,919,404.86 | 5.00% | $2,627.70 |
| August | 9 | Buy: 610 x AG / 20,500 x AG / 25 x PD / Sell: 40 x PT - Rec'd Bank Wire | $1,263,292.50 | $20,182,697.36 | 5.00% | $2,803.15 |
| August | 10 | Buy: 24,500 x AG/30 x AU/50 x PD/272405/Sell: 30 x PT - Rec'd BW | $526,399.00 | $20,709,096.36 | 5.00% | $2,876.26 |
| August | 11 | Sell:70 x AU/8k x AG/Buy: 13K x AG/115 x AU/272536 / Disbursed BW $100K | $472,298.50 | $21,181,394.86 | 5.00% | $2,941.86 |
| August | 12 | Buy: 5,000 x AG / 70 x AU - Rec'd Bank Wire | $22,402.00 | $21,203,796.86 | 5.00% | $2,944.97 |
| August | 13 | | | $21,203,796.86 | 5.00% | $2,944.97 |
| August | 14 | | | $21,203,796.86 | 5.00% | $2,944.97 |
| August | 15 | July Interest          Sell: 270 x AU / Buy: 325 x AU / 40 x PD | $171,903.13 | $21,375,699.99 | 5.00% | $2,968.85 |
| August | 16 | Buy: 100 x AU / 11,000 x AG - Rec'd Bank Wire | $401,265.00 | $21,776,964.99 | 5.00% | $3,024.58 |
| August | 17 | Buy: 13,000 x AG / 450 x AU | $1,303,894.00 | $23,080,858.99 | 5.00% | $3,205.67 |
| August | 18 | Buy: 12,000 x AG / 195 x AU | $827,077.50 | $23,907,936.49 | 5.00% | $3,320.55 |
| August | 19 | Buy: 325 x AU / 25 x PT / 10,000 x AG / Sell: 35 x AU / 35 x PD | $941,144.75 | $24,849,081.24 | 5.00% | $3,451.26 |
| August | 20 | | | $24,849,081.24 | 5.00% | $3,451.26 |
| August | 21 | | | $24,849,081.24 | 5.00% | $3,451.26 |
| August | 22 | Sell: 150 x AU / Sell: 70 x AU / 65 x PT / 50 x PD | ($10,311.00) | $24,838,770.24 | 5.00% | $3,449.83 |
| August | 23 | Buy: 235 x AU / 10 x PT / 7,500 x AG / Sell: 25 x PT / 30 x PD | $704,361.50 | $25,543,131.74 | 5.00% | $3,547.66 |
| August | 24 | Buy: 265 x AU / 11,000 x AG / Sell: 20 x PT / 40 x AU / 276936/ 271806 | $883,756.00 | $26,426,887.74 | 5.00% | $3,670.40 |
| August | 25 | Sell: 50 x AU / Buy: 90 x AU / 19,000 x AG | $879,835.00 | $27,306,722.74 | 5.00% | $3,792.60 |
| August | 26 | Buy: 75 x AU 9,000 x AG 10 x PD/ Sell: 285 x AU 6,000 x AG 20 X PT | ($291,780.00) | $27,014,942.74 | 5.00% | $3,752.08 |
| August | 27 | | | $27,014,942.74 | 5.00% | $3,752.08 |
| August | 28 | | | $27,014,942.74 | 5.00% | $3,752.08 |
| August | 29 | | | $27,014,942.74 | 5.00% | $3,752.08 |
| August | 30 | Sell: 275 x AU / 10,000 x AG  Buy: 70 x AU | ($758,602.50) | $26,256,340.24 | 5.00% | $3,646.71 |
| August | 31 | Buy: 330 x AU / 4,500 x AG / 70 x PD - Disbursed Bank Wire $300K | $1,127,676.50 | $27,384,016.74 | 5.00% | $3,803.34 |

| Total Interest Due: | | | | | | $95,933.92 |
| --- | --- | --- | --- | --- | --- | --- |

| November 2011 | INTEREST DUE: | 08-15-11 | $36,561.27 | Equity % | 38.673% |
| --- | --- | --- | --- | --- | --- |
| November 2011 | INTEREST PAYMENT: | $ | . | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Operations with any problems, questions or suggestions regarding this statement.  (310) 587-1487

429 Santa Monica Blvd.  Suite 230  Santa Monica  California 90401  Telephone (310) 587-1474  Fax (310) 319-0279

**EXHIBIT "3"**
**Page 32**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | September 2011 |
| --- | --- |

| | | Product Description | Quantity |
| --- | --- | --- | --- |
| Bill To: | Hunter Wise Financial Group LLC<br>2361 Campus Drive<br>Suite 180<br>Irvine, CA 92612 | DF EX DEL GOLD | 4,965 |
| | | DF EX DEL SB | 522,280 |
| | | DF EX DEL PLAT | 105 |
| | | DF EX DEL PALL | 130 |
| | | Account Number: 101116 | |
| | | Under/(Over) Limit: | $5,459,251 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $27,384,016.74 | | |
| September | 1 | **Buy:** 135 x PD / 7,000 x AG | $396,500.00 | $27,780,516.74 | 5.00% | $3,858.41 |
| September | 2 | **Buy:** 400 x AU / 15,000 x AG | $1,354,980.00 | $29,135,496.74 | 5.00% | $4,046.60 |
| September | 3 | | | $29,135,496.74 | 5.00% | $4,046.60 |
| September | 4 | | | $29,135,496.74 | 5.00% | $4,046.60 |
| September | 5 | | | $29,135,496.74 | 5.00% | $4,046.60 |
| September | 6 | **Buy:**55 x PT /11K x AG /160 x AU/**Sell:** 750 x AU /34K x AG -Rec'd BW | ($2,484,288.50) | $26,651,208.24 | 5.00% | $3,701.56 |
| September | 7 | | | $26,651,208.24 | 5.00% | $3,701.56 |
| September | 8 | **Buy:** 150 x AU /12,000 x AG / **Sell:** 55 x PT / 30 x AU /15,000 x AG | ($1,305.00) | $26,649,903.24 | 5.00% | $3,701.38 |
| September | 9 | **Buy:** 30 x AU / **Sell:** 25 x PT | $8,932.50 | $26,658,835.74 | 5.00% | $3,702.62 |
| September | 10 | | | $26,658,835.74 | 5.00% | $3,702.62 |
| September | 11 | | | $26,658,835.74 | 5.00% | $3,702.62 |
| September | 12 | **Buy:** 120 x AU / 50 x PT / 7,000 x AG / **Sell:** 70 x AU - Disbursed BW - $300K | $783,417.00 | $27,442,252.74 | 5.00% | $3,811.42 |
| September | 13 | **Buy:** 6,000 x AG | $250,440.00 | $27,692,692.74 | 5.00% | $3,846.21 |
| September | 14 | **Buy:** 9,000 x AG / 60 x AU / **Sell:** 45 x PD / 2,000 x AG / 80 x AU | $218,659.00 | $27,911,351.74 | 5.00% | $3,876.58 |
| September | 15 | August Interest      **Buy:** 20 x AU | $132,285.92 | $28,043,637.66 | 5.00% | $3,894.95 |
| September | 16 | **Buy:** 2,500 x Silver | $101,400.00 | $28,145,037.66 | 5.00% | $3,909.03 |
| September | 17 | | | $28,145,037.66 | 5.00% | $3,909.03 |
| September | 18 | | | $28,145,037.66 | 5.00% | $3,909.03 |
| September | 19 | **Sell:** 125 x AU / 45 x PD / **Buy:** 2,000 x AG | ($175,750.00) | $27,969,287.66 | 5.00% | $3,884.62 |
| September | 20 | **Buy:** 2,000 x AG / 100 x AU | $261,230.00 | $28,230,517.66 | 5.00% | $3,920.91 |
| September | 21 | **Buy:** 8,500 x AG / **Sell:** 50 x AU / 20 x PD | $233,630.00 | $28,464,147.66 | 5.00% | $3,953.35 |
| September | 22 | **Buy:** 30 x AU | $54,150.00 | $28,518,297.66 | 5.00% | $3,960.87 |
| September | 23 | **Buy:** 45 x PD / 12,000 x AG / 225 x AU | $915,565.00 | $29,433,862.66 | 5.00% | $4,088.04 |
| September | 24 | | | $29,433,862.66 | 5.00% | $4,088.04 |
| September | 25 | | | $29,433,862.66 | 5.00% | $4,088.04 |
| September | 26 | **Sell:** 38,500 x AG / 170 x PD / 50 x AU / **Buy:** 70 x AU | ($1,471,852.50) | $27,962,010.16 | 5.00% | $3,883.61 |
| September | 27 | **Sell:** 154,700 x AG / 25 x AU / **Buy:** 50 x PD - Rec'd Bank Wire $500K | ($5,583,771.00) | $22,378,239.16 | 5.00% | $3,108.09 |
| September | 28 | **Sell:** 54,000 x AG / 130 x PT / 550 x AU / **Buy:** 20 x PT | ($2,639,240.00) | $19,738,999.16 | 5.00% | $2,741.53 |
| September | 29 | **Buy:** 60 x PD | $39,030.00 | $19,778,029.16 | 5.00% | $2,746.95 |
| September | 30 | **Buy:** 185 x AU / **Sell:** 15,000 x AG / 30 x PD / 45 x AU | ($237,280.00) | $19,540,749.16 | 5.00% | $2,713.99 |

| **Total Interest Due:** | | | | | | $112,591.42 |
| --- | --- | --- | --- | --- | --- | --- |

| November 2011 | INTEREST DUE: | 09-15-11 | $36,561.27 | | Equity % | 100.000% |
| --- | --- | --- | --- | --- | --- | --- |
| November 2011 | INTEREST PAYMENT | | $ | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Operations with any problems, questions or suggestions regarding this statement. (310) 587-1487

429 Santa Monica Blvd. Suite 230  Santa Monica  California 90401  Telephone (310) 587-1474  Fax (310) 319-0279

**EXHIBIT "3"**
**Page 33**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | October 2011 |
|---|---|

Bill To:

**Hunter Wise Financial Group LLC**
**2361 Campus Drive**
**Suite 180**
**Irvine, CA  92612**

| Product Description | Quantity |
|---|---|
| DF EX DEL GOLD | 6,020 |
| DF EX DEL SB | 604,280 |
| DF EX DEL PLAT | 295 |
| DF EX DEL PALL | 515 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $6,825,014 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $19,540,749.16 | | |
| October | 1 | | | $19,540,749.16 | 5.00% | $2,713.99 |
| October | 2 | | | $19,540,749.16 | 5.00% | $2,713.99 |
| October | 3 | Sell: 55,000 x AG / 100 x AU / Buy: 50 x AU / 25 x PD - Rec'd Bank Wire | ($2,223,350.00) | $17,317,399.16 | 5.00% | $2,405.19 |
| October | 4 | Sell: 15,000 x AG | ($445,950.00) | $16,871,449.16 | 5.00% | $2,343.26 |
| October | 5 | | | $16,871,449.16 | 5.00% | $2,343.26 |
| October | 6 | Sell: 70 x PD - Rec'd Bank Wire | ($338,658.75) | $16,532,790.41 | 5.00% | $2,296.22 |
| October | 7 | Buy: 40 x AU / 20 x PT / Rec'd Bank Wire | ($204,624.00) | $16,328,166.41 | 5.00% | $2,267.80 |
| October | 8 | | | $16,328,166.41 | 5.00% | $2,267.80 |
| October | 9 | | | $16,328,166.41 | 5.00% | $2,267.80 |
| October | 10 | | | $16,328,166.41 | 5.00% | $2,267.80 |
| October | 11 | Buy: 22,500 x AG / 250 x AU / Sell: 25 x PD | $1,099,465.50 | $17,427,631.91 | 5.00% | $2,420.50 |
| October | 12 | Sell: 80 x AU | ($134,099.00) | $17,293,532.91 | 5.00% | $2,401.88 |
| October | 13 | Buy: 7,500 x AG / 50 x PD / 300 x AU / 279576 / Rec'd Bank Wire | $504,447.50 | $17,797,980.41 | 5.00% | $2,471.94 |
| October | 14 | Buy: 125 x AU / 5,000 x AG / Rec'd Bank Wire | $72,935.00 | $17,870,915.41 | 5.00% | $2,482.07 |
| October | 15 | September Interest | $112,591.42 | $17,983,506.83 | 5.00% | $2,497.71 |
| October | 16 | | | $17,983,506.83 | 5.00% | $2,497.71 |
| October | 17 | Buy: 20 x AU / 12,000 x AG / Sell: 50 x AU | $330,530.00 | $18,314,036.83 | 5.00% | $2,543.62 |
| October | 18 | Buy: 80 x PD | $49,240.00 | $18,363,276.83 | 5.00% | $2,550.46 |
| October | 19 | Buy: 2,500 x AG | $79,000.00 | $18,442,276.83 | 5.00% | $2,561.43 |
| October | 20 | Buy:25 x AU / 15 x PT | $63,810.00 | $18,506,086.83 | 5.00% | $2,570.29 |
| October | 21 | Buy: 40 x AU / Sell: 20 x PD - Rec'd Bank Wire | ($346,160.00) | $18,159,926.83 | 5.00% | $2,522.21 |
| October | 22 | | | $18,159,926.83 | 5.00% | $2,522.21 |
| October | 23 | | | $18,159,926.83 | 5.00% | $2,522.21 |
| October | 24 | Buy: 50 x AU / 2,000 x AG / Sell: 10,000 x AG | ($161,025.00) | $17,998,901.83 | 5.00% | $2,499.85 |
| October | 25 | Buy: 2,500 x AG - Rec'd Bank Wire $300K | ($221,700.00) | $17,777,201.83 | 5.00% | $2,469.06 |
| October | 26 | Sell: 20 x PT / Buy:  25,000 x AG / 30 x AU - Rec'd Bank Wire $400K | $412,679.00 | $18,189,880.83 | 5.00% | $2,526.37 |
| October | 27 | Buy: 100 x AU / 40 x PD / Sell: 40 x PD | $170,920.00 | $18,360,800.83 | 5.00% | $2,550.11 |
| October | 28 | Buy: 5K x AG/50 x AU /210 x PD / 60 x PT /Sell: 100 x AU - Rec'd Wire | ($185,815.00) | $18,174,985.83 | 5.00% | $2,524.30 |
| October | 29 | | | $18,174,985.83 | 5.00% | $2,524.30 |
| October | 30 | | | $18,174,985.83 | 5.00% | $2,524.30 |
| October | 31 | Buy: 100 x AU / 40 x PT / 160 x PD / 8,000 x AG | $630,500.00 | $18,805,485.83 | 5.00% | $2,611.87 |

| Total Interest Due: | | | | | | $76,681.53 |
|---|---|---|---|---|---|---|

| November 2011 | INTEREST DUE: | 10-15-11 | $112,591.42 | Equity % | 100.000% |
|---|---|---|---|---|---|
| November 2011 | INTEREST PAYMENT: | | $ | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTHS BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Operations with any problems, questions or suggestions regarding this statement.  (310) 587-1487

429 Santa Monica Blvd.  Suite 230   Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279



**A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | November 2011 |
| --- | --- |

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA 92612

| Product Description | Quantity |
| --- | --- |
| DF EX DEL GOLD | 6,540 |
| DF EX DEL SB | 657,280 |
| DF EX DEL PLAT | 605 |
| DF EX DEL PALL | 1,110 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $2,671,087 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $18,805,485.83 | | |
| November | 1 | | | $18,805,485.83 | 5.00% | $2,611.87 |
| November | 2 | Buy: 155 x AU / 75 x PT - Rec'd Bank Wire | ($12,383.00) | $18,793,102.83 | 5.00% | $2,610.15 |
| November | 3 | Buy: 50 x AU / 190 x PD /283360 | $213,115.00 | $19,006,217.83 | 5.00% | $2,639.75 |
| November | 4 | Buy: 100 x AU/ 130 x AU / 5,000 x AG / Sell: 40 x AU | $483,375.00 | $19,489,592.83 | 5.00% | $2,706.89 |
| November | 5 | | | $19,489,592.83 | 5.00% | $2,706.89 |
| November | 6 | | | $19,489,592.83 | 5.00% | $2,706.89 |
| November | 7 | Buy: 50 x PD / 11,000 x AG / Sell: 50 x AU | $321,230.00 | $19,810,822.83 | 5.00% | $2,751.50 |
| November | 8 | Buy: 50 x AU / 20 x PD / 12,000 x AG | $509,825.00 | $20,320,647.83 | 5.00% | $2,822.31 |
| November | 9 | Buy: 190 x AU / 20 x PD | $352,153.00 | $20,672,800.83 | 5.00% | $2,871.22 |
| November | 10 | Buy: 6,000 x AG / 50 x AU / 70 x PD | $346,707.50 | $21,019,508.33 | 5.00% | $2,919.38 |
| November | 11 | | | $21,019,508.33 | 5.00% | $2,919.38 |
| November | 12 | | | $21,019,508.33 | 5.00% | $2,919.38 |
| November | 13 | | | $21,019,508.33 | 5.00% | $2,919.38 |
| November | 14 | Sell: 10 x PT / 300 x AU /Buy:  2,500 x AG / 100 x PD / 220 x AU / 40 x PT | $154,485.00 | $21,173,993.33 | 5.00% | $2,940.83 |
| November | 15 | October Interest | $76,681.53 | $21,250,674.86 | 5.00% | $2,951.48 |
| November | 16 | Buy: 330 x AU / 35 x PD / Sell:  5,000 x AG / 120 x AU | $223,177.00 | $21,473,851.86 | 5.00% | $2,982.48 |
| November | 17 | Buy: 115 x PD / Sell: 100 x AU - 283033 | ($84,061.00) | $21,389,790.86 | 5.00% | $2,970.80 |
| November | 18 | Sell: 145 x PD / 30 x AU | ($41,572.00) | $21,348,218.86 | 5.00% | $2,965.03 |
| November | 19 | | | $21,348,218.86 | 5.00% | $2,965.03 |
| November | 20 | | | $21,348,218.86 | 5.00% | $2,965.03 |
| November | 21 | Buy: 75 x PT / Sell: 40 x AU / 40 x PD | $26,205.00 | $21,374,423.86 | 5.00% | $2,968.67 |
| November | 22 | Buy: 60 x PD / Sell: 7,000 x AG | ($189,630.00) | $21,184,793.86 | 5.00% | $2,942.33 |
| November | 23 | Buy: 17,500 x AG / 115 x PD | $612,805.00 | $21,797,598.86 | 5.00% | $3,027.44 |
| November | 24 | | | $21,797,598.86 | 5.00% | $3,027.44 |
| November | 25 | Buy: 35 x PD | $20,990.00 | $21,818,588.86 | 5.00% | $3,030.36 |
| November | 26 | | | $21,818,588.86 | 5.00% | $3,030.36 |
| November | 27 | | | $21,818,588.86 | 5.00% | $3,030.36 |
| November | 28 | Buy: 2,000 x AG - Disbursed bank wire $150K | $214,060.00 | $22,032,648.86 | 5.00% | $3,060.09 |
| November | 29 | Physical Trade# 284217 | $3,297.00 | $22,035,945.86 | 5.00% | $3,060.55 |
| November | 30 | Buy: 50 x PT / 3,000 x AG/ 150 x AU / Sell: 80 x AU | $292,967.00 | $22,328,912.86 | 5.00% | $3,101.24 |

| Total Interest Due: | | | | | | $87,124.52 |
| --- | --- | --- | --- | --- | --- | --- |

| November 2011 | INTEREST DUE: | 11-15-11 | $76,681.53 | | Equity % | 100.000% |
| --- | --- | --- | --- | --- | --- | --- |
| November 2011 | INTEREST PAYMENT: | | $ | - | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Operations with any problems, questions or suggestions regarding this statement.  (310) 587-1487

429 Santa Monica Blvd.  Suite 230  Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 35**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | December 2011 |
|---|---|

| | Product Description | Quantity |
|---|---|---|
| | DF EX DEL GOLD | 385 |
| | DF EX DEL SB | 403,280 |
| | DF EX DEL PLAT | 130 |
| | DF EX DEL PALL | 535 |

Account Number: 101116

**Bill To:**

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA 92612

Under/(Over) Limit: $17,170,501

| Date | | Description | Activity | Balance | Rate | Fee Due |
|---|---|---|---|---|---|---|
| | | Balance Forward: | | $22,328,912.86 | | |
| December | 1 | Buy: 4,000 x AG / 50 x AU | $214,085.00 | $22,542,997.86 | 5.00% | $3,130.97 |
| December | 2 | Buy: 25 x PT / 2,000 x AG / Sell: 30 x PD / 30 x AU | $34,342.50 | $22,577,340.36 | 5.00% | $3,135.74 |
| December | 3 | | | $22,577,340.36 | 5.00% | $3,135.74 |
| December | 4 | | | $22,577,340.36 | 5.00% | $3,135.74 |
| December | 5 | Sell: 75 x PT / 40 x PD / Buy: 13,000 x AG - Disbursed Bank Wire $300K | $585,605.00 | $23,162,945.36 | 5.00% | $3,217.08 |
| December | 6 | Buy: 70 x AU / 45 x PT / Sell: 35 x PD / 8,000 x AG | ($91,668.00) | $23,071,277.36 | 5.00% | $3,204.34 |
| December | 7 | Sell: 45 x PT / Buy: 40 x AU | ($127.00) | $23,071,150.36 | 5.00% | $3,204.33 |
| December | 8 | Buy: 30 x AU / 30 x PD / 2,000 x AG / Sell: 75 x PD / Trade# 286269 | $280,611.00 | $23,351,761.36 | 5.00% | $3,243.30 |
| December | 9 | Buy: 90 x AU / Sell: 28,000 x AG | ($751,272.00) | $22,600,489.36 | 5.00% | $3,138.96 |
| December | 10 | | | $22,600,489.36 | 5.00% | $3,138.96 |
| December | 11 | | | $22,600,489.36 | 5.00% | $3,138.96 |
| December | 12 | Buy: 100 x AU / 2,000 x AG / 70 x PD / Sell: 30 x AU / Disbursed $2.75 mill | $2,979,640.00 | $25,580,129.36 | 5.00% | $3,552.80 |
| December | 13 | Buy: 55 x AU / 10 x PT / Sell: 15 x PD | $99,232.50 | $25,679,361.86 | 5.00% | $3,566.58 |
| December | 14 | Buy: 50 x AU / 25 x PT/ Sell: 100 x PD / 270 x AU / 15,000 x AG/ 281351 | ($731,133.00) | $24,948,228.86 | 5.00% | $3,465.03 |
| December | 15 | November Interest       S: 30 x PT/130 x AU/13K x AG/30 x PD/B: 50 x AU/20 x PD | ($492,977.48) | $24,455,251.38 | 5.00% | $3,396.56 |
| December | 16 | Sell: 110,000 x Silver / 1,350 x AU / 225 x PT / 30 x PD | ($5,659,398.00) | $18,795,853.38 | 5.00% | $2,610.54 |
| December | 17 | | | $18,795,853.38 | 5.00% | $2,610.54 |
| December | 18 | | | $18,795,853.38 | 5.00% | $2,610.54 |
| December | 19 | Sell: 200 x AU/ 5,000 x AG / Buy: 6,000 x AG | ($284,470.00) | $18,511,383.38 | 5.00% | $2,571.03 |
| December | 20 | | | $18,511,383.38 | 5.00% | $2,571.03 |
| December | 21 | Sell: 4,500 x AU / 11,000 x AG / 300 x PD / 150 x PT / Buy: 35 x PT | ($7,970,065.00) | $10,541,318.38 | 5.00% | $1,464.07 |
| December | 22 | | | $10,541,318.38 | 5.00% | $1,464.07 |
| December | 23 | Sell: 20 x PD | ($12,560.00) | $10,528,758.38 | 5.00% | $1,462.33 |
| December | 24 | | | $10,528,758.38 | 5.00% | $1,462.33 |
| December | 25 | | | $10,528,758.38 | 5.00% | $1,462.33 |
| December | 26 | | | $10,528,758.38 | 5.00% | $1,462.33 |
| December | 27 | | | $10,528,758.38 | 5.00% | $1,462.33 |
| December | 28 | | | $10,528,758.38 | 5.00% | $1,462.33 |
| December | 29 | Sell: 2,000 x AG/ 250 x AU / Buy: 60 x AU | ($360,615.00) | $10,168,143.38 | 5.00% | $1,412.24 |
| December | 30 | Sell: 50 x PD / 40 x PT / 86,500 x AG / 55 x AG / Buy: 3000 x AG / 75 x AU | ($2,338,644.50) | $7,829,498.88 | 5.00% | $1,087.43 |
| December | 31 | | | $7,829,498.88 | 5.00% | $1,087.43 |
| January | 3 | Buy: 100 x AU / Sell: 140 x AU / 10 x PT / 3,500 x AG | ($170,256.50) | $7,659,242.38 | | |
| January | 4 | Sell: 3,000 x AG / 15 x PT / Buy: 9,000 x AG / 50 x AU | $223,885.00 | $7,883,127.38 | | |
| **Total Interest Due:** | | | | | | **$77,067.95** |

INTEREST DUE:             12-15-11          $87,124.52
INTEREST PAYMENT:                      $        -

| Equity % | 66.062% |
|---|---|

**IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,**
**INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.**

Please contact Operations with any problems, questions or suggestions regarding this statement.  (310) 587-1487

429 Santa Monica Blvd.  Suite 230  Santa Monica  California 90401  Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 36**

 **A-MARK PRECIOUS METALS, INC.**

**Margin Account Statement**

| Margin Billing for: | January 2012 |
| --- | --- |

Bill To:

Hunter Wise Financial Group LLC
2361 Campus Drive
Suite 180
Irvine, CA 92612

| Product Description | Quantity |
| --- | --- |
| DF EX DEL GOLD | 710 |
| DF EX DEL SB | 463,780 |
| DF EX DEL PLAT | 235 |
| DF EX DEL PALL | 1,175 |
| Account Number: 101116 | |
| Under/(Over) Limit: | $14,488,259 |

| Date | | Description | Activity | Balance | Rate | Fee Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | Balance Forward: | | $7,829,498.88 | | |
| January | 1 | | | $7,829,498.88 | | $1,087.43 |
| January | 2 | | | $7,829,498.88 | 5.00% | $1,087.43 |
| January | 3 | Buy: 100 x AU / Sell: 140 x AU / 10 x PT / 3,500 x AG | ($170,256.50) | $7,659,242.38 | 5.00% | $1,063.78 |
| January | 4 | Sell: 3,000 x AG / 15 x PT / Buy: 9,000 x AG / 50 x AG | $223,885.00 | $7,883,127.38 | 5.00% | $1,094.88 |
| January | 5 | Buy: 135 x AU / 10,500 x AG | $528,379.50 | $8,411,506.88 | 5.00% | $1,168.26 |
| January | 6 | Buy: 50 x AU / 2,000 x AG | $139,085.00 | $8,550,591.88 | 5.00% | $1,187.58 |
| January | 7 | | | $8,550,591.88 | 5.00% | $1,187.58 |
| January | 8 | | | $8,550,591.88 | 5.00% | $1,187.58 |
| January | 9 | Buy: 2,000 x AG / 30 x PD / 20 x PT / Sell: 20 x AU | $74,136.00 | $8,624,727.88 | 5.00% | $1,197.88 |
| January | 10 | Buy: 20 x AU | $32,340.00 | $8,657,067.88 | 5.00% | $1,202.37 |
| January | 11 | Buy: 70 x AU | $112,553.00 | $8,769,620.88 | 5.00% | $1,218.00 |
| January | 12 | Buy: 7,500 x AG | $225,000.00 | $8,994,620.88 | 5.00% | $1,249.25 |
| January | 13 | Buy: 45 x PT | $67,140.00 | $9,061,760.88 | 5.00% | $1,258.58 |
| January | 14 | | | $9,061,760.88 | 5.00% | $1,258.58 |
| January | 15 | December Interest | $77,067.95 | $9,138,828.83 | 5.00% | $1,269.28 |
| January | 16 | | | $9,138,828.83 | 5.00% | $1,269.28 |
| January | 17 | Buy: 350 x AU 2,000 x AG / 70 x PD / Sell: 100 x AU - Disbursed Bank Wire | $816,275.00 | $9,955,103.83 | 5.00% | $1,382.65 |
| January | 18 | Rec'd Bank Wire | ($400,000.00) | $9,555,103.83 | 5.00% | $1,327.10 |
| January | 19 | Buy: 60 x AU / 5,000 x AG | $249,968.00 | $9,805,071.83 | 5.00% | $1,361.82 |
| January | 20 | Buy: 35 x PD / Sell:30 x AU | ($26,330.00) | $9,778,741.83 | 5.00% | $1,358.16 |
| January | 21 | | | $9,778,741.83 | 5.00% | $1,358.16 |
| January | 22 | | | $9,778,741.83 | 5.00% | $1,358.16 |
| January | 23 | Sell: 70 x PD / Buy: 20 x PT | ($16,505.00) | $9,762,236.83 | 5.00% | $1,355.87 |
| January | 24 | Buy: 5,000 x AG / 10 x PT/ Sell: 15 x PT / 20 x PD / 65 x AU / 10,000 x AG | ($282,571.00) | $9,479,665.83 | 5.00% | $1,316.62 |
| January | 25 | Buy: 5,000 x AG / 390 x PD / Sell: 50 x AU / 15 x PD | $336,305.00 | $9,815,970.83 | 5.00% | $1,363.33 |
| January | 26 | Buy: 50 x AU / 240 x PD / Sell: 25 x PD | $230,225.00 | $10,046,195.83 | 5.00% | $1,395.30 |
| January | 27 | Sell: 75 x PD/ 100 x AU / Buy: 15,000 x AG | $277,625.00 | $10,323,820.83 | 5.00% | $1,433.86 |
| January | 28 | | | $10,323,820.83 | 5.00% | $1,433.86 |
| January | 29 | | | $10,323,820.83 | 5.00% | $1,433.86 |
| January | 30 | Buy: 5,000 x AG / 30 x PD | $187,920.00 | $10,511,740.83 | 5.00% | $1,459.96 |
| January | 31 | Sell: 50 x PD / 40 x AU / Buy: 5,500 x AG / 70 x PD / 15 x PT | $155,266.00 | $10,667,006.83 | 5.00% | $1,481.53 |
| February | 1 | Buy: 45 x AU / 30 x PD/ Sell: 4,000 x AG / 20 x PT / 40 x AU | ($137,184.50) | $10,529,822.33 | | |
| February | 2 | Buy: 40 x AU / 30 x PT / 10,000 x AG / Sell: 50 x AU | $364,597.75 | $10,894,420.08 | | |

| Total Interest Due: | | | | | | $39,808.01 |

| | INTEREST DUE: | 1-15-12 | $77,067.95 | | Equity % | 71.382% |
| --- | --- | --- | --- | --- | --- | --- |
| | INTEREST PAYMENT: | | $ | | | |

IF INTEREST DUE FOR PRIOR MONTH IS UNPAID BY END OF CURRENT MONTH,
INTEREST IS CHARGED ON PRIOR MONTH'S BILLING COMMENCING THE 15TH OF CURRENT MONTH.

Please contact Operations with any problems, questions or suggestions regarding this statement. (310) 587-1487

429 Santa Monica Blvd.  Suite 230  Santa Monica   California 90401   Telephone (310) 587-1474   Fax (310) 319-0279

**EXHIBIT "3"**
**Page 37**

# A-MARK PRECIOUS METALS, INC.

*A Leader In Precious Metals Since 1965*
A Spectrum Group International Company

**HUNTER WISE FINANCIAL GROUP LLC**

**Margin Statement and Invoice**

**February, 2012**

## Summary

| Product | Quantity | | |
|---------|----------|---|---|
| DF EX DEL G | 65 | Opening Balance | $10,667,006.83 |
| DF EX DEL PD | 770 | Monthly activity | 1,503,755.38 |
| DF EX DEL PLAT | 620 | Ending Balance | 12,170,762.21 |
| DF EX DEL S | 444,280 | | |
| | | Equity % | 28.712% |

| VALUE DATE | METAL NET ACTIVITY - BUYS/(SELLS) | | | | CASH ACTIVITY | BALANCE | INTEREST RATE | FEE CHARGED |
|---|---|---|---|---|---|---|---|---|
| | GOLD | SILVER | PLATINUM | PALLADIUM | | | | |
| **Opening Balance:** | | | | | | $ 10,667,006.83 | | |
| 02/01/12 | 5 | (4,000) | (20) | 30 | ($137,184.50) | $ 10,529,822.33 | 5.00 | $ 1,462.48 |
| 02/02/12 | (10) | 10,000 | 30 | | $ 364,597.75 | $ 10,894,420.08 | 5.00 | $ 1,513.11 |
| 02/03/12 | | 7,000 | 15 | (70) | $ 212,495.00 | $ 11,106,915.08 | 5.00 | $ 1,542.63 |
| 02/04/12 | | | | | | $ 11,106,915.08 | 5.00 | $ 1,542.63 |
| 02/05/12 | | | | | | $ 11,106,915.08 | 5.00 | $ 1,542.63 |
| 02/06/12 | 20 | | | | $ 35,200.00 | $ 11,142,115.08 | 5.00 | $ 1,547.52 |
| 02/07/12 | 50 | 3,000 | | (40) | $ 158,955.00 | $ 11,301,070.08 | 5.00 | $ 1,569.59 |
| 02/08/12 | | | | | | $ 11,301,070.08 | 5.00 | $ 1,569.59 |
| 02/09/12 | | 4,000 | 20 | (120) | $ 85,400.00 | $ 11,386,470.08 | 5.00 | $ 1,581.45 |
| 02/10/12 | (125) | 3,000 | | 25 | ($90,291.25) | $ 11,296,178.83 | 5.00 | $ 1,568.91 |
| 02/11/12 | | | | | | $ 11,296,178.83 | 5.00 | $ 1,568.91 |
| 02/12/12 | | | | | | $ 11,296,178.83 | 5.00 | $ 1,568.91 |
| 02/13/12 | | 10,000 | | | $ 339,840.00 | $ 11,636,018.83 | 5.00 | $ 1,616.11 |
| 02/14/12 | (70) | 12,000 | (35) | (50) | $ 190,264.00 | $ 11,826,282.83 | 5.00 | $ 1,642.54 |
| 02/15/12 | | 5,000 | | (60) | $ 166,757.98 | $ 11,993,040.81 | 5.00 | $ 1,665.70 |
| 02/16/12 | (80) | 4,000 | (15) | | $ 73,141.00 | $ 12,066,181.81 | 5.00 | $ 1,675.86 |
| 02/17/12 | (40) | 5,000 | 150 | | $ 344,380.00 | $ 12,410,561.81 | 5.00 | $ 1,723.69 |
| 02/18/12 | | | | | | $ 12,410,561.81 | 5.00 | $ 1,723.69 |
| 02/19/12 | | | | | | $ 12,410,561.81 | 5.00 | $ 1,723.69 |
| 02/20/12 | | | | | | $ 12,410,561.81 | 5.00 | $ 1,723.69 |
| 02/21/12 | (300) | 4,500 | 95 | (130) | ($205,205.00) | $ 12,205,356.81 | 5.00 | $ 1,695.19 |
| 02/22/12 | | | | | | $ 12,205,356.81 | 5.00 | $ 1,695.19 |
| 02/23/12 | | (3,000) | 50 | (15) | ($28,980.00) | $ 12,176,376.81 | 5.00 | $ 1,691.16 |
| 02/24/12 | 50 | | 70 | | $ 208,175.00 | $ 12,384,551.81 | 5.00 | $ 1,720.08 |
| 02/25/12 | | | | | | $ 12,384,551.81 | 5.00 | $ 1,720.08 |
| 02/26/12 | | | | | | $ 12,384,551.81 | 5.00 | $ 1,720.08 |
| 02/27/12 | | (7,000) | 25 | 75 | $ 51,575.00 | $ 12,436,126.81 | 5.00 | $ 1,727.24 |
| 02/28/12 | (50) | (13,000) | | | ($549,135.00) | $ 11,886,991.81 | 5.00 | $ 1,650.97 |
| 02/29/12 | | | 20 | | $ 283,770.40 | $ 12,170,762.21 | 5.00 | $ 1,690.38 |
| **Totals** | **(550)** | **40,500** | **405** | **(355)** | **$ 1,503,755.38** | | | |

Trading activity to be applied next month:

| | | | | | |
|---|---|---|---|---|---|
| 03/01/12 | | | (10) | (20) | ($31,515.00) |
| 03/02/12 | (100) | (54,000) | | | ($2,106,250.00) |

**TOTAL DUE:** $47,383.70

Please call Operations at (310) 587-1487 with any questions or concerns.

Interest is charged on unpaid prior month's billing commencing the 15th of the current month

429 SANTA MONICA BLVD. SUITE 230 · SANTA MONICA, CALIFORNIA 90401 · PHONE (310) 319-0200 · FAX (310) 319-0279

EXHIBIT "3"

Page 38

# A-MARK PRECIOUS METALS, INC.
*A Leader In Precious Metals Since 1965*
A Spectrum Group International Company

**HUNTER WISE FINANCIAL GROUP, LLC**

**Margin Statement and Invoice**

| March, 2012 |
|---|

## Summary

| Product | Quantity | | |
|---|---|---|---|
| | | Opening Balance | $12,170,762.21 |
| | | Monthly activity | (12,200,440.09) |
| | | Ending Balance | (29,677.88) |
| | | Equity % | |

| VALUE DATE | METAL NET ACTIVITY - BUYS/(SELLS) GOLD | SILVER | PLATINUM | PALLADIUM | CASH ACTIVITY | BALANCE | INTEREST RATE | FEE CHARGED |
|---|---|---|---|---|---|---|---|---|
| Opening Balance: | | | | | | $ 12,170,762.21 | | |
| 03/01/12 | | | (10) | (20) | ($31,515.00) | $ 12,139,247.21 | 5.00 | $ 1,686.01 |
| 03/02/12 | (100) | (54,000) | | | ($2,106,250.00) | $ 10,032,997.21 | 5.00 | $ 1,393.47 |
| 03/03/12 | | | | | | $ 10,032,997.21 | 5.00 | $ 1,393.47 |
| 03/04/12 | | | | | | $ 10,032,997.21 | 5.00 | $ 1,393.47 |
| 03/05/12 | | | 30 | | $ 51,060.00 | $ 10,084,057.21 | 5.00 | $ 1,400.56 |
| 03/06/12 | | 6,000 | (25) | 130 | $ 259,255.00 | $ 10,343,312.21 | 5.00 | $ 1,436.57 |
| 03/07/12 | | (5,000) | (60) | (200) | ($410,480.00) | $ 9,932,832.21 | 5.00 | $ 1,379.56 |
| 03/08/12 | 50 | (17,000) | (295) | | ($942,505.00) | $ 8,990,327.21 | 5.00 | $ 1,248.66 |
| 03/09/12 | 110 | 5,000 | | | $ 351,837.00 | $ 9,342,164.21 | 5.00 | $ 1,297.52 |
| 03/10/12 | | | | | | $ 9,342,164.21 | 5.00 | $ 1,297.52 |
| 03/11/12 | | | | | | $ 9,342,164.21 | 5.00 | $ 1,297.52 |
| 03/12/12 | (45) | 3,000 | (35) | | ($32,925.00) | $ 9,309,239.21 | 5.00 | $ 1,292.95 |
| 03/13/12 | | 9,000 | (20) | 50 | $ 310,490.00 | $ 9,619,729.21 | 5.00 | $ 1,336.07 |
| 03/14/12 | | | | 60 | $ 1,542,240.00 | $ 11,161,969.21 | 5.00 | $ 1,550.27 |
| 03/15/12 | | | 55 | | $ 140,921.20 | $ 11,302,890.41 | 5.00 | $ 1,569.85 |
| 03/16/12 | (180) | (19,500) | | (110) | ($1,002,527.00) | $ 10,300,363.41 | 5.00 | $ 1,430.61 |
| 03/17/12 | | | | | | $ 10,300,363.41 | 5.00 | $ 1,430.61 |
| 03/18/12 | | | | | | $ 10,300,363.41 | 5.00 | $ 1,430.61 |
| 03/19/12 | | (22,000) | | (100) | $ 716,885.00 | $ 11,017,248.41 | 5.00 | $ 1,530.17 |
| 03/20/12 | | (3,780) | (100) | (200) | ($428,708.60) | $ 10,588,539.81 | 5.00 | $ 1,470.63 |
| 03/21/12 | | | (170) | (200) | ($423,755.00) | $ 10,164,784.81 | 5.00 | $ 1,411.78 |
| 03/22/12 | | (400,000) | | (200) | ($10,194,462.69) | ($29,677.88) | 5.00 | $ 0.00 |
| 03/23/12 | | | | | | ($29,677.88) | 5.00 | $ 0.00 |
| 03/24/12 | | | | | | ($29,677.88) | 5.00 | $ 0.00 |
| 03/25/12 | | | | | | ($29,677.88) | 5.00 | $ 0.00 |
| 03/26/12 | | | | | | ($29,677.88) | 5.00 | $ 0.00 |
| 03/27/12 | | | | | | ($29,677.88) | 5.00 | $ 0.00 |
| 03/28/12 | | | | | | ($29,677.88) | 5.00 | $ 0.00 |
| 03/29/12 | | | | | | ($29,677.88) | 5.00 | $ 0.00 |
| 03/30/12 | | | | | | ($29,677.88) | 5.00 | $ 0.00 |
| 03/31/12 | | | | | | ($29,677.88) | 5.00 | $ 0.00 |
| Totals | (165) | (498,280) | (630) | (790) | ($12,200,440.09) | | | |

| **TOTAL DUE:** | **$29,677.88** |
|---|---|

Please call Operations at (310) 587-1487 with any questions or concerns.

Interest is charged on unpaid prior month's billing commencing the 15th of the current month

429 SANTA MONICA BLVD. SUITE 230 · SANTA MONICA, CALIFORNIA 90401 · PHONE (310) 319-0200 · (800) 359-0279

**EXHIBIT 1**

**Page 39**